UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★ DEC 1 1 2009 ★

U.S. DISTRIC...

BROOKLYN OFFICE

AMERICAN GENERAL LIFE INSURANCE COMPANY,

Plaintiff,

-against-

HANA SALAMON, JOEL KATZ, Individually and as Trustee for the HANA FAMILY TRUST, AARON KNOPFLER, Individually and as Trustee for the HANA FAMILY TRUST, and the HANA FAMILY TRUST,

Defendants.

Index No. CV 09 - 5428

Rule 7.1 Corporate Disclosure Statement

ROSS, J.

GOLD, M.J.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff, American General Life Insurance Company, makes the following disclosure as to the parent corporation and/or any publicly held corporation that owns 10% or more of its outstanding stock:

1. American General Life Insruance Company is a wholly owned subsidiary of AGC Life Insurance Company, a privately-held corporation.

2. AGC Life Insurance Company is a wholly owned subsidiary of American General Corporation, a privately-held corporation.

3. American General Corporation is a wholly owned subsidiary of American International Group, Inc., a publicly traded corporation.

Dated: November 24, 2009
White Plains, New York

_____
Michelle M. Arbitrio
Wilson Elser LLP
Attorneys for Plaintiff

American General Life Insurance Company
3 Gannett Drive
White Plains, NY 10604
Tel. 914.872.7788
Fax. 914.323.7001
Email. michelle.arbitrio@wilsonelser.com