## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss:
COUNTY OF WESTCHESTER       )

Rosemary Patterson, being duly sworn, deposes and says that deponent is not a party to this action is over 18 years of age and resides in Dutchess County, New York.

On December 16, 2009, I served the within NOTICE OF APPEARANCE (Fred N. Knopf) by depositing a true copy thereof enclosed in a postpaid wrapper, via U.S. Mail, addressed to each of the following persons at the address designated for service:

Hana Family Trust c/o Aaron Knopfler and Joel Katz
750 Forest Avenue
Lakewood, New Jersey 08701

Joel Katz, Individually and as Trustee for the Hana Family Trust
750 Forest Avenue
Lakewood, New Jersey 08701

Hana Salamon
4910 17th Avenue
Brooklyn, New York 11204

Aaron Knopfler, Individually and as Trustee for the Hana Family Trust
750 Forest Avenue
Lakewood, New Jersey 08701

_____
Rosemary Patterson

Sworn to before me this
__16th__ day of __December, 2009__

_____
**NICOLE INOCENCIO**
Notary Public, State of New York
**No.: 01IN4995148**
Qualified in Westchester County
Commission Expires: **April 20, 2010**