Form 27 - GENERAL PURPOSE                                                                        NI

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP ATT; BONNIE LARUSSO**   MICHELLE ARBITRIO
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

------------------------------------------------------------
AMERICAN GENERAL LIFE INSURANCE COMPANY
                                                  PLAINTIFF
                          - vs -
HANA SALAMON, ETAL
                                                  DEFENDANT
------------------------------------------------------------

index No. CV 09 5428
Date Filed

Office No.
**07478.00456**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RONALD IOVINO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **21ST** day of **DECEMBER, 2009** **2:10PM** at
%JOEL KATZ 13 LOUISBURG SQUARE
LAKEWOOD NJ 08701
I served a true copy of the **SUMMONS AND COMPLAINT,**
upon **HANA FAMILY TRUST**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**JOEL KATZ, GENERAL AGENT**
a true copy of each thereof.
        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **MALE**   COLOR: **WHITE**  HAIR: **BROWN**
APP.AGE: **40**  APP. HT: **5'8**  APP. WT: **175**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
23RD day of DECEMBER, 2009

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
 01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

RONALD IOVINO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-WEMED-51201