Form 1 - PERSONAL WITH MILITARY NI

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP ATT; BONNIE LARUSSO  MICHELLE ARBITRIO
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

---

AMERICAN GENERAL LIFE INSURANCE COMPANY

                                          PLAINTIFF
                    - vs -

HANA SALAMON, ETAL

                                          DEFENDANT

---

index No. **CV 09 5428**
Date Filed

Office No. **07478.00456**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RONALD IOVINO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New ~~York.~~ Jersey
That on the **21ST** day of **DECEMBER, 2009 2:10PM** at
  **13 LOUISBURG SQUARE**
  **LAKEWOOD NJ 08701**
I served the **SUMMONS AND COMPLAINT**,
upon **JOEL KATZ, INDIVIDUALLY AND AS TRUSTEE FOR THE HANA FAMILY TRUST**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JOEL KATZ, INDIVIDUALLY AND AS TRUSTEE FOR THE HANA FAMILY TRUST**
said **DEFENDANT** personally.
                    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **MALE**   COLOR: **WHITE**   HAIR: **BROWN**
APP.AGE: **40**   APP. HT: **5'8**   APP. WT: **175**
OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
23RD day of DECEMBER, 2009

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
  01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

RONALD IOVINO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-WEMED-51199