Form 5 - SUITABLE WITH MAILING

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP ATT; BONNIE
LARUSSO  MICHELLE ARBITRIO
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

index No. CV 09 5428
Date Filed

------------------------------------------------------------
AMERICAN GENERAL LIFE INSURANCE COMPANY
                                                PLAINTIFF
                          - vs -

HANA SALAMON, ETAL
                                                DEFENDANT

Office No. 07478.00456
Court Date.
------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

RONALD IOVINO being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 21ST day of DECEMBER, 2009 2:30PM at
       13 LOUISBURG SQUARE
       LAKEWOOD NJ 08701
I served the SUMMONS AND COMPLAINT,
upon AARON KNOPFLER, INDIVIDUALLY AND AS TRUSTEE FOR THE HANA FAMILY TRUST
the DEFENDANT therein named by delivering and leaving a true copy or copies of the aforementioned documents with JOEL KATZ,
a person of suitable age and discretion.
              Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

              SEX: MALE    COLOR: WHITE HAIR: BROWN
              APP.AGE: 40 APP. HT: 5'8 APP. WT: 175
              OTHER IDENTIFYING FEATURES


On 12/23/2009 I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT at the above address. That being
the last known residence, usual place of abode of the DEFENDANT.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:



Sworn to before me this
28TH day of JANUARY, 2010


KENNETH WISSNER
Notary Public, NEW YORK
01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2010

RONALD IOVINO
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-WEMED-51200