UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMERICAN GENERAL LIFE INSURANCE COMPANY,

                Plaintiffs,

- V -

HANA SALAMON, et al.,

                Defendants.

-----------------------------------------------------------X

ORDER OF RECUSAL

09 CV 5428 (ARR)

ROSS, U.S.D.J.

      I must recuse from the above-captioned case. Please have this case randomly reassigned to another judge.

      SO ORDERED:

Dated: Brooklyn, New York
       May 3     2010

                                              Allyne R. Ross
                                              United States District Court

COPIES TO:

Plaintiffs
Fred Knopf, Esq.
Wilson Elser Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
West Harrison, NY 10604

Defendants
Ira Lipsius
Schindel, Farman & Lipsius, LLP
14 Pennsylvania Plaza
Suite 500
New York, NY 10122

**Statistical Department, EDNY**