# Exhibit 1

RE: Hana Salamon                                              Investigator: Mostecak

| Date of Service | Activity | Hours | Expenses |
|---|---|---|---|
| 8/19/2008 | Travel to NYC to Meet D. Rosezweig of the Manhattan DA's Office | 1.00 | |
| | Meeting with Mr. D.R. - STOLI Issues | 1.50 | |
| | Return trip | 1.00 | |
| 8/20/2008 | Took exerpts from Log Notes for AG conf. call on 8/25 | 0.30 | |
| 8/25/2008 | Conference call with Katherine Easterby and Mgr. Todd re this case | 0.30 | |
| 8/27/2008 | Requested outside counsel to contact me (Michelle Arbitrio) | 0.10 | |
| | Sent Ms. Easterby and Ms. Arbitrio an unfinished investigative report for their review - want to know if further investigation is requested by them or do they have enough to go forth w/ a rescission. | 0.20 | |
| 9/18/2008 | Responded to Counsel's RFI for rescission proceedings-email in efile | 2.00 | |
| 9/25/2008 | Counsel will now proceed w/ rescission litigation | 0.20 | |
| | Case closed in CT and sent to T-drive. | 0.40 | |
| | | | |
| | | | |
| | | Total Hours @ | 7.00 |
| | | Total Expenses | |
| | | Page Total | |

| Diary |
|-------|
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
|       |
| $    - |
| $    - |
| $    - |

# DMV REQUEST FORM
### *(Must be filled out completely)*

Date: July 21, 2008

Investigator:  Stephen Mostecak

Casetrack Number: 2008-0293

Insured: Salamon, Hana

Policy Number: U10022254L

Claimant:

Claim Number: N/A

Type of Policy:
Life

What would you like run:
Confirm and Verify Driver's License Number #658906493  DOB: 1/12/1931 or 1/21/1931

Do you need Insurance Info?
Negative

Reason for information:
Life Insurance Investigation

If you are in the field and would like a plate # run please provide color, make, model and location of the vehicle and date and time of location.

In the State of NJ you must have Driver's License #, you can not run by name.

*******************RESULTS*******************

**Rubin, Abigail**

| | |
|---|---|
| **Sent:** | Tuesday, January 22, 2008 1:06 PM |
| **To:** | Stephen.Mostecak@AIG.com |
| **Subject:** | RE: Proposed Insureds |

Thanks Steve.

Moses Feder - Brooklyn NY
Agi Fliegman - Brooklyn NY
Alvin Lapides - Lakewood NJ and Monsey NY Lola Lieber-Schwartz - Brooklyn NY Hana Salamon
- Brooklyn NY

I know there was an inquiry for Moses Feder on 12/9/07 to American General for 10M.

Jim Bilello
Corporate Ethics and Compliance
Phone: (732) 326-5138
Fax: (732) 326-7315
Right Fax: (908) 655-9901



|   |   |   |   |
|---|---|---|---|
| "Mostecak, Stephen" <Stephen.Mostecak @AIG.com> | | **To** | |
| 01/22/2008 11:54 AM | "'James Bilello'" <jbilello@metlife.com> | | |
| | | **cc** | |
| | RE: Proposed Insureds | **Subject** | |



Jim, might you have the city and state that each of these people reside in, Sir?

Stephen J. Mostecak
Principal Investigator
AIG World Investigative Resources (AIGWIR) P.O. Box 372 West Nyack, NY 10994
Office: 845.398.0675; E-Fax: 1.866.667.8514
Cell: 917.862.2862
E/Mail: Stephen.Mostecak@AIG.com
F.I.D. Intranet Site: <http://aignetprod.aig.com/cffid>

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is

accepted by AIG World Investigative Resources, Inc. or its affiliates, either jointly or severally, for any loss or damage arising in any way from its use.

-----Original Message-----
From: James Bilello [mailto:jbilello@metlife.com]
Sent: Tuesday, January 22, 2008 11:41 AM
To: Stephen.Mostecak@AIG.com
Subject: Proposed Insureds

Hi Steve,
        Can you check to see if the list of proposed insureds have applied for and have any existing coverage with you guys?  If you have any questions, please let me know, thanks.
(See attached file: AIG.TIF)

Jim Bilello
Corporate Ethics and Compliance
Phone: (732) 326-5138
Fax: (732) 326-7315
Right Fax: (908) 655-9901
The information contained in this message may be CONFIDENTIAL and is for the intended addressee only.  Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only.  Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# Asset Report

**Date:** 02/07/08
**Reference Code:** 20080293

## Subject Information

**Name:** MARTIN SALAMON
**Date of Birth:** 12/29/1915
**Age:** 92
**SSN:** 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 issued in **New York** between **01/01/1954** and **12/31/1957**

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
DANA SALAMON
Age:

## AKAs (Names Associated with Subject)

[No Data Available]

## Indicators

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

## Address Summary (✓ - Probable Current Address)

✓ 4910 17TH AVE APT 2J, BROOKLYN NY 11204-1185, KINGS COUNTY (Jul 2003 - Jan 2008)
Phone at address: (718) 851-9250 **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**   Median Household Income: **$30,341**   Median Home Value: **$667,800**   Average Years of Education: **12**

✓ 4910 17TH AVE APT 2Z, BROOKLYN NY 11204-1157, KINGS COUNTY (Jul 2003 - May 2007)
Phone at address: (718) 851-9250 **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**   Median Household Income: **$30,341**   Median Home Value: **$667,800**   Average Years of Education: **12**

✓ 4910 17TH AVE APT 4G, BROOKLYN NY 11204-1187, KINGS COUNTY (Jan 1988 - Nov 2006)
Phone at address: (718) 851-9250 **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**   Median Household Income: **$30,341**   Median Home Value: **$667,800**   Average Years of Education: **12**

4141 COLLINS AVE APT 109, MIAMI BEACH FL 33140-3238, MIAMI-DADE COUNTY (Jan 2005 - Mar 2007)
Neighborhood Profile (2000 Census)
Average Age: **42**   Median Household Income: **$38,214**   Median Home Value: **$367,900**   Average Years of Education: **14**

1636 54TH ST, BROOKLYN NY 11204-1428, KINGS COUNTY (Jan 1983 - Apr 1986)
Neighborhood Profile (2000 Census)
Average Age: **32**   Median Household Income: **$45,179**   Median Home Value: **$532,700**   Average Years of Education: **12**

4910 17TH AVE APT 49 BROOKLYN NY 11204-1157, KINGS COUNTY
Neighborhood Profile (2000 Census)
Average Age: **34**   Median Household Income: **$30,341**   Median Home Value: **$667,800**   Average Years of Education: **12**

## Vehicle Registrations

[No Data Available]

**Watercraft**

[No Data Available]

**FAA Pilots**

[No Data Available]

**Property Deeds**

[No Data Available]

**Property Assessment**

[No Data Available]

**UCC Filings**

[No Data Available]

**FAA Aircraft**

[No Data Available]

**Intake**

### Original IFB Summary

| | | |
|---|---|---|
| IFB Log # : 2008-L-002643 | NAIC # : 68373 | Company Name : American Gen Assuranc Co |
| Address : 160 Water Street | City : New York | State: NEW YORK |
| Zip : 10038 1003 | Contact : | Transmitted Date : 02/13/2008 |
| Insurer File # / Reference : 2008-0293 | Date of Loss :NA | Module : General |
| Category : Life Insurance | County of Occurrence : Kings | Amount($) : 8500000.00 |
| Auto Involved : No | Zip : | Was Policy Application Submitted via NYAIP : No |

IFB Priority : SIU investigation is continuing, SIU will submit follow up report under the log number for this IFB

**Brief Description of the Suspected Insurance Fraud :**

AIG developed intelligence that one of our insured's, Hana Salamon, may have recently taken out a life insurance policy for $8.5M and that there may be certain intentional material misrepresentations on the life policy application concerning the insured's finances. It is further believed that the Broker, Halpert Yitzchok, may be complicit in the misrepresentations on the policy application. This appears to be an Investor Owned Life Insurance (IOLI) investigation wherein an elderly insured is offered an incentive to take out a high dollar life policy, and then, post the 2-year contestability period, the policy will be sold to investors and the death benefit will go to the investors. In the IOLI scenario, the insured takes out the policy with the intent to sell the policy and with that sale, violates the insurable interest statutes. In this investigation, our insured applied for and was issued a $8.5M life policy # U10022254 on 12/28/2007. She represented that she has a net worth of $14M and annual earned income of between $150K and $360K, and unearned income of $470K. Our insured's DOB is 1.21.1931. She also represented that she is an artist and has her own company called Hana's Gallery. I will attach copies of the financial representations that were provided to AIG by the insured and broker. Investigation has disclosed no evidence of any such assets. I have visited this insured at her residence, which is a coop apartment in Brooklyn (not sure if she owns the apartment or not), with a value, where she to own it, of approx. $215K. My repeated calls to her apartment at 718.851.9250 have not produced any return calls despite my leaving messages. There is a male voice on the answering machine stating, "This is Salamon residence." I have sent a UPS overnight letter of my request for contact, which I have tracked with a delivery date of 2/8/08. No response elicited.

### Subject Info

| Type | Name | Date of Birth | SSN | Address | Relation to Transaction | Action |
|---|---|---|---|---|---|---|
| Person | Halpert, Yitzchok | | | Unknown,Unknown, | Agent | View |
| Person | Salamon, Hana | 01/21/1931 | | 4910 17th Avenue - Apt. 2J,Brooklyn, | Insured | View |

2 items found. displaying all items.   1

### Auto Info

### Prosecutor or Other Agency Notified

### Attachments

### Triage Questions of the IFB

| Triage Questions | Answer | Others |
|---|---|---|
| 1. Type of fraud | Application | |
| 2. Producer Involved | Yes | |
| 3. Loss on new business | No | |

3 items found. displaying all items.   1

**Remarks :**

Jan 22 08 01:44p          Stephen Mostecak                    845-398-0675                    p.1

## MetLife Insurance

| | |
|---|---|
| To: | Steve Mostecak |
| Company: | AIG |
| Date: | January 22, 2008 |
| From: | Jim Bilello |
| Fax Number: | (908) 655-9901 |
| Business Number: | (732) 326-5138 |
| E-Mail | jbilello@metlife.com |

Steve,

MetLife is reviewing the underwriting for a recently applied and/or issued policy to determine whether undisclosed coverage may have existed at the time of issue. Our records indicate that this application may have been shopped for competitive premium bids and that AIG may have received an application. Please advise whether AIG has issued on the following individual and, if so, please provide the face amount, date of issue and agent of record:

| Policy Number | First Name | Last Name | SS# | DOB |
|---|---|---|---|---|
| 208003440 | Moses (Moshe) | Feder | 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 | 2/28/1928 |
| 207286236 | Agi (Agnes) | Fliegman | 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 | 3/15/1931 |
| 207286192 | Alvin | Lapides | 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 | 6/19/1931 |
| 208001252 | Lola | Lieber-Schwartz | 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 | 3/15/1923 |
| 208001895 | Hana | Salamon | 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 | 1/12/1931 |

Accurint lists Ms. Salamon's ss# as 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

Please feel free to contact me directly if you need additional information.   Thank you!

Jan 22 08 01.44p    Stephen Mostecak                    845-398-0675              p.2
                                                                         Page 1 of 2

| <<Policy List<< | Summary | Documents | Policies | Activity |
|---|---|---|---|---|

## Pending Summary for Policy U10022254L - HANA SALAMON
Inforce as of 12-31-2007          Last Activity on 12-31-2007          Current as of 01-22-2008

### Insured Names

| | Insured Name | SSN | Sex | Birth Date | Issue Age | Underwriting Class/Rating |
|---|---|---|---|---|---|---|
| Primary | HANA SALAMON | 9295 | Female | 01-21-1931 | 77 | Standard Non-Tobacco |

### Coverage
Death Benefit Option Level

| Coverage Name Rating | Face Amount | Annual Premium | Issued | Matures/ Expires |
|---|---|---|---|---|
| ELITE UL 2003-GL | 8.500.000 | 289.680.00 | 12-28-2007 | 12-28-2030 |

### Underwriting

| Underwriter Name | Application Received | Application Signed | Cash Received |
|---|---|---|---|
| Amy Frazer | 12-21-2007 | 12-13-2007 | |
| | | | 0.00 |

| Requirement Comment | Insured | Date Added | Date Received |
|---|---|---|---|
| AN EXPANDED INSPECTION REPORT HAS BEEN REQUESTED | Primary | 12-21-2007 | 12-21-2007 |
| ATTENDING PHYSICIAN'S STATEMENT *BROOKLYN NUCLEAR IMAGING* | Primary | 12-21-2007 | 12-21-2007 |
| BLOOD PROFILE *OLDER AGE PROFILE* | Primary | 12-21-2007 | 12-21-2007 |
| ELECTROCARDIOGRAM | Primary | 12-21-2007 | 12-21-2007 |
| EXAM BY PHYSICIAN | Primary | 12-21-2007 | 12-21-2007 |
| FUNCTIONAL TESTING IS REQUIRED AS PART OF THE EXAMINATION | Primary | 12-21-2007 | 12-21-2007 |
| HIPAA AUTHORIZATION TO OBTAIN AND DISCLOSE INFO IS REQUIRED | Primary | 12-21-2007 | 12-21-2007 |
| HIV FORM | Primary | 12-21-2007 | 12-21-2007 |
| HOME OFFICE URINE SPECIMEN *OLDER AGE PROFILE* | Primary | 12-21-2007 | 12-21-2007 |
| MISCELLANEOUS *AGENT CERTIFICATION FORM AGLC101994* | Primary | 12-21-2007 | 12-21-2007 |
| MISCELLANEOUS *PREMIUM FINANCING DISCLOSURE FORM AGLC102053* | Primary | 12-21-2007 | 12-21-2007 |
| NAIC REPLACEMENT FORM | Primary | 12-21-2007 | 12-21-2007 |
| APPLICATION *TO INCLUDE OWNER/BENE INFORMATION* | Primary | 12-21-2007 | 12-27-2007 |
| MISCELLANEOUS *PLEASE VERIFY SPELLING OF INSUREDS NAME* | Primary | 12-21-2007 | 12-27-2007 |
| SIGNED ILLUSTRATION *A SIGNED ILLUSTRATION IS NEEDED FOR ISSUE IN NAIC STATE* | Primary | 12-21-2007 | 12-27-2007 |
| RELEASED BY UNDERWRITING | Primary | 12-28-2007 | 12-28-2007 |
| AMENDMENT OF APPLICATION | Primary | 12-28-2007 | 12-31-2007 |
| CASH *ANNUAL PREMIUM $366,690.00* | Primary | 12-28-2007 | 12-31-2007 |
| MISCELLANEOUS *CANCELLATION WILL OCCUR ON 01/28/2008* | Primary | 12-28-2007 | 12-31-2007 |

### Billing

| Billing Method | Frequency | Amount |
|---|---|---|
| Direct Bill (Code I) | Annual | 366,690.00 |

| Premium Options | Minimum | Planned |
|---|---|---|
| Annual | 289,680.00 | 366,690.00 |
| Semiannual | 144,840.00 | 183,345.00 |
| Quarterly | 72,420.00 | 91,672.50 |

| | |
|---|---|
| Guideline Single Premium | 6,119,178.22 |
| Guideline Level Premium | 900,999.84 |
| Seven Pay Premium | 1,138,297.84 |
| Internal Exchange Value | 0.00 |
| External Exchange Value | 0.00 |
| Lump Sum Deposit | 0.00 |

1/22/2008

Jan 22 08 01:44p       Stephen Mostecak                            845-398-0675              p.3

| Monthly (Bank Draft/List Bill Only)   24,140.00  30,557.50 | Conversion Credit | 0.00 |

## Names and Address

**Insured/Payor**
HANA SALAMON
4910 17TH AVE
BROOKLYN NY 11204
SSN: 9295

**Owner**
HANA FAMILY TRUST DTD 12-10-07
C/O JOEL KATZ & AARON KNOPFLER
LAKEWOOD NJ 08701
SSN: 1312

**Beneficiary**
HANA FAMILY TRUST DTD 12-10-07
TRUST
NY

## Producers

Agency Q0071 BISYS HARRISBURG

| | Name | Split |
|---|---|---|
| 000XTVC100 | HALPERT YITZCHOK | 100% |

Copyright © 2002-2008 American International Group, Inc. All rights reserved.

1/22/2008

Jan 22 08 01:44p       Stephen Mostecak                845-398-0675                            p.4

FG Producer Exchange - InForce Policy Summary for VAGLU10022254L                    Page 1 of 2



## Summary for Active Policy U10022254L - HANA SALAMON

As of 01-18-2008

**EService**
Not Enrolled

**Messages for this policy**
- High Value Customer

### Insureds

| | Name | SSN | Sex | Birth Date | Issue Age |
|---|---|---|---|---|---|
| Primary | HANA SALAMON | 9295 | Female | 01-21-1931 | 77 |

### Coverage

| Coverage Status | Death Benefit Option | Underwriting Class/Rating | New Deposit i/R |
|---|---|---|---|
| Active | Level | Standard Non-Tobacco | 5.40% |

| Coverage Name Rating | Face Amount | Ann Prem | Issued | Paid Up | Matures/ Expires | Maturity/ Exp Age |
|---|---|---|---|---|---|---|
| ELITE UL 2003-GL | 8,500,000 | 366,690.00 | 12-28-2007 | 12-28-2030 | 12-28-2030 | 100 |

### Billing

| Billing Method | Frequency | Premium | Last Paid | In Grace As of |
|---|---|---|---|---|
| Direct Bill (Code I) | Annual | 366,690.00 | 12-31-2007 | n/a |

### Policy Values

| | |
|---|---|
| Total Accumulation Value As Of 01-18-2008 | 322,891.91 |
| Less Existing Loans (Loan Payoff Amt) | 0.00 |
| Less Surrender Charges | 272,000.00 |
| Total Cash Surrender Value | 50,891.91 |

### Maximum Values

| | |
|---|---|
| Max. Partial Withdrawal Cash | 0.00 |
| Max. Cash Loan Available | 0.00 at 4.76% In Advance |

### Premiums Applied

| | |
|---|---|
| Premiums to Date | 366,690.00 |
| Last Premium Due | 12-31-2007 |
| Last Premium Applied | 12-31-2007 |
| Type of Payment | Regular |
| Payment Amount | 366,690.00 |

### Tax Guidelines

| | |
|---|---|
| Guideline Single Premium | 6,119,178.22 |
| Guideline Level Premium | 900,999.84 |
| Modified Endowment Contract | No |

### Names and Addresses

**Insured**
HANA SALAMON
4110 17TH AVE
BROOKLYN NY 11204
SSN: 9295

**Owner/Payor**
HANA FAMILY TRUST DTD 12-10-07
C/O JOEL KATZ & AARON KNOPFLER
750 FOREST AVE
LAKEWOOD NJ 08701
SSN: 1312 (Certified )

**Beneficiary**
HANA FAMILY TRUST DTD 12-10-07
TRUST
NY

### Producers

**Agency** Q0071 BISYS HARRISBURG

**Servicing Producer**
000XTV0100        HALPERT YITZCHOK ( Active )
SSN:105582373  Phone:17176570789 AgentIndex

| Summary | Coverage | Billing | Values | Names | Documents | Policies | Activity |
|---|---|---|---|---|---|---|---|

1/22/2008

AIG Producer Exchange - Inforce Policy Summary for VAGL010022234L          Page 2 of 2

| Writing Producer(s) | Split |
|---|---|
| C00XTV0100     HALPERT YITZCHOK ( Active ) | 100% |
| SSN:105582373  Phone:17176570789 AgentIndex | |

The values and any benefits shown reflect only what is available on the specified date and are subject to change  If you
request values from your policy a calculation of those values will be performed by the home office at the time it receives your
request in accordance with its customary procedures.

Copyright © 2002-2008 American International Group, Inc  All rights reserved.

1/22/2008

Feb 12 08 04:15p    Stephen Mostecak                845-398-0675                          p.1

AG Producer Exchange - Inforce Policy Summary for VA0LU10022254L                    Page 1 of 2

| <Policy List< | Summary | Coverage | Billing | Values | Names | Documents | Policies | Activity |
|---|---|---|---|---|---|---|---|---|

**Summary for Active Policy U10022254L - HANA SALAMON**           As of 01-18-2008

EService
Not Enrolled

Messages for this policy
- High Value Customer

## Insureds

|  | Name | SSN | Sex | Birth Date | Issue Age |
|---|---|---|---|---|---|
| Primary | HANA SALAMON | 9295 | Female | 01-21-1931 | 77 |

## Coverage

| Coverage Status | Death Benefit Option | Underwriting Class/Rating | New Deposit I/R |
|---|---|---|---|
| Active | Level | Standard Non-Tobacco | 5.40% |

| Coverage Name Rating | Face Amount | Ann Prem | Issued | Paid Up | Matures/ Expires | Maturity/ Exp Age |
|---|---|---|---|---|---|---|
| ELITE UL 2003-GL | 8,500,000 | 366,690.00 | 12-28-2007 | 12-28-2030 | 12-28-2030 | 100 |

## Billing

| Billing Method | Frequency | Premium | Last Paid | In Grace As of |
|---|---|---|---|---|
| Direct Bill (Code I) | Annual | 366,690.00 | 12-31-2007 | n/a |

## Policy Values

| | |
|---|---|
| Total Accumulation Value As Of 01-18-2008 | 322,891.91 |
| Less Existing Loans (Loan Payoff Amt) | 0.00 |
| Less Surrender Charges | 272,000.00 |
| Total Cash Surrender Value | 50,891.91 |

## Maximum Values

| | |
|---|---|
| Max. Partial Withdrawal Cash | 0.00 |
| Max. Cash Loan Available | 0.00 at 4.76% In Advance |

## Premiums Applied

| | |
|---|---|
| Premiums to Date | 366,690.00 |
| Last Premium Due | 12-31-2007 |
| Last Premium Applied | 12-31-2007 |
| Type of Payment | Regular |
| Payment Amount | 366,690.00 |

## Tax Guidelines

| | |
|---|---|
| Guideline Single Premium | 6,119,178.22 |
| Guideline Level Premium | 900,999.84 |
| Modified Endowment Contract | No |

## Names and Addresses

Insured
HANA SALAMON
4910 17TH AVE
BROOKLYN NY 11204
SSN: 9295

Owner/Payor
HANA FAMILY TRUST DTD 12-10-07
C/O JOEL KATZ & AARON KNOPFLER
750 FOREST AVE
LAKEWOOD NJ 08701
SSN: 1312 (Certified )

Beneficiary
HANA FAMILY TRUST DTD 12-10-07
TRUST
NY

## Producers

Agency Q0071 BISYS HARRISBURG

| Servicing Producer |
|---|
| C00XTV0100    HALPERT YITZCHOK ( Active ) |
| SSN:105582373  Phone:17176570789 AgentIndex |

1/23/2008

Case 1:09-cv-05428-KAM-SMG  Document 34-2  Filed 08/05/10  Page 16 of 97 PageID #: 233

| Writing Producer(s) | Split |
|---|---|
| 000XTV0100     HALPERT YITZCHOK ( Active )<br>SSN:105582373  Phone:17176570789 AgentIndex | 100% |

The values and any benefits shown reflect only what is available on the specified date and are subject to change. If you request values from your policy a calculation of those values will be performed by the home office at the time it receives your request in accordance with its customary procedures.

Copyright © 2002-2008 American International Group, Inc. All rights reserved

1/23/2008

Feb 12 08 04:15p        Stephen Mostecak                         845-398-0675                    p.3

12/28/2007 03:52 FAX  7108535511              HALPERT                                    ☑ 004/004

### Agreement and Signatures

I, the Proposed Insured signing below, agree that I have read the statements contained in this application and any attachments or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application: (1) will consist of Part A, Part B, and if applicable, related attachments including supplement(s) and addendum(s); and (2) shall be the basis for any policy and any rider(s) issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the risk; and (2) the policy is within its contestable period.

Except as may be provided in any Limited Temporary Life Insurance Agreement, I understand and agree that even if I paid a premium no insurance will be in effect under this application, or under any new policy or any rider(s) issued by the Company, unless or until all three of the following conditions are met: (1) the policy has been delivered and accepted; and (2) the full first modal premium for the issued policy has been paid; and (3) there has been no change in the health of the Proposed Insured(s) that would change the answers to any questions in the application before items (1) and (2) in this paragraph have occurred. I understand and agree that if all three conditions above are not met: (1) no insurance will begin in effect; and (2) the Company's liability will be limited to a refund of any premiums paid, regardless of whether loss occurs before premiums are refunded.

I understand and agree that no agent is authorized to: accept risks or pass upon insurability; make or modify contracts; or waive any of the Company's rights or requirements.

I have received a copy or have been read the Notices to the Proposed Insured(s).

**Fraud**

Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

---

**SIGNATURE OF PROPOSED INSURED**

Signed at *(city, state)* ___Lakewood   New Jersey___        On *(date)* __12/20/07__

X _~Hinda Solomon~_
Proposed Insured *(If under age 15, signature of parent or guardian)*

---

**SIGNATURE(S) OF INTERVIEWER(S) – TO BE SIGNED BY ALL INTERVIEWERS, AS APPLICABLE**

I certify that the information supplied by the Proposed Insured has been truthfully and accurately recorded on the Part B application.

**If Agent recorded information**

___Yitzchok  Halpert___                                              __12/20/07__
Writing Agent Name *(Please print)*          Writing Agent #                    Date

(X) _Yitzchok Halpert_                       X _____
Writing Agent Signature                       Countersigned *(Licensed resident agent if state required)*

**If Tele-interviewer recorded information**

_____              _____      _____
Name *(Please print)*                         Company                            Date

**If Paramedical Examiner/Medical Doctor recorded information**

Examiner's Address _____          Paramed: Use company stamp below.

Examiner's Phone # (      )

Examiner's Name _____

Examiner's Signature

X _____          Date _____

AGLC100588-NL-2006                              Page 4 of 4

Feb 12 08 04:16p        Stephen Mostecak                              845-398-0675                    p.4

12/14/2007  18:28  8603213005                    3ISYS                                    PAGE  01/09



**Agent Certification Form**

☐ American General Life Insurance Company, Houston TX
☐ The United States Life Insurance Company in the City of New York, New York, NY
☐ AIG Life Insurance Company, Wilmington, DE
*Member companies of American International Group, Inc.*

In this application, the "Company" refers to the insurance company whose name is checked above.

The insurance company shown above is solely responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

This form *must* be submitted in connection with any application for permanent life insurance seeking a death benefit of $500,000.00 or more and the insured is age 70 or older. AIG American General may also request agents to complete this certification in other situations where it is deemed appropriate. Carefully review these statements and the Company Field Bulletins regarding Investor Owned Life Insurance and Stranger Owned Life Insurance before submitting this Form.

- Are all or part of the premiums paid towards this policy being financed? (This does not include financing through a split dollar agreement with your employer or a family's private split dollar agreement.)
- If the answer is "no" check the appropriate box and sign below.
- If the answer is "yes" please check the appropriate box, review and sign the certification below.
  If the answer is "yes" and you cannot sign the certification please let us know and we will return the application so you can pursue placing the business with another carrier.

1) I have reviewed and am familiar with all aspects of the premium financing proposal.
2) Based upon my review of the financing proposal I believe that the costs associated with this premium financing proposal are such that assuming no change in the insured's health it is more likely than not that the insured will maintain the policy in force for the benefit of his/her beneficiaries and those beneficiaries will receive more than 50% of the policy death benefit.
3) The insured is not receiving any cash payment, borrowing funds in excess of those required to pay the scheduled premiums or receiving any other consideration as an inducement to participate in this transaction.
4) There is no prearranged agreement to transfer the policy nor will the policyholder have a prearranged option or right of first refusal to transfer the policy to a third party.
5) All materials used in connection with the solicitation and sale of this policy were either produced by the life insurance company or have been submitted to the life insurer for its review and approval.
6) I have read the Field Bulletins dated February 2, 2006 and July 27, 2005, regarding Investor Owned Life Insurance, Stranger Owned Life Insurance and Viatical Transactions, and believe this transaction is in compliance with the company policies as set forth in those Bulletins regardless of whether the lending program is a recourse or non-recourse transaction.

☐ Yes    All or part of the premiums paid towards this policy are being financed. I have read the statements set forth above and hereby certify that the statements are all true with regard to the application for
_____ (Insured) dated _____.

_____        _____
Agent Signature                          Date

☑ No    None of the premiums for the policy sought with the application for _Hans  Solomon_
        (Insured) dated _12/13/07_ _____ will be financed other than pursuant to a split dollar
        agreement.

(X) _Mitchell Halpert_                    _12/13/07_
Agent Signature                          Date

AGLC101014

12/14/2007   16:28    6603213595              BISYS                        PAGE  02/29

 **AMERICAN GENERAL**                     **Premium Financing Disclosure**
                                                             **for Proposed Insureds**

☐ American General Life Insurance Company, Houston TX
☐ The United States Life Insurance Company in the City of New York, New York, NY
☐ AIG Life Insurance Company, Wilmington, DE
*Member companies of American International Group, Inc.*

We are sending this notice to all insureds over age 70 who have applied for permanent life insurance policies,
as we have seen unprecedented growth in premium financing for policies insuring persons age 70 and older.

Premium financing is a practice that has been used in connection with the sale of life insurance policies for
many years. If you are contemplating financing the purchase of life insurance or participating in the acquisition
of a life insurance policy acquired with funds from some other source please consider the following issues:

- Make sure you answer all the questions on the life insurance application accurately and completely.
  Misrepresentations about your health, your finances or the purpose for acquiring the policy may leave your
  beneficiaries with claims disputes rather than insurance benefits.

- Be sure you understand the transaction. Some transactions are established with a trustee or other third party
  who obtains financing from a lender on terms that may not be to the insured's advantage. Ask yourself if the
  trustee is looking out for your interest or merely facilitating a plan established for the benefit of the agent, the
  lender or another party.

- Ask yourself who will receive most of the policy death benefits from the transaction. If most of the death
  benefits are not going to your beneficiaries perhaps you should consider acquiring a more affordable policy
  that you control for your beneficiaries.

- Question whether the potential income tax consequences of the transaction have been fully disclosed.
  Payments received as an inducement for entering into a life insurance transaction are most likely taxable as
  ordinary income. If you have financed premiums to pay for a policy with the understanding that you can walk
  away after the initial term with no personal obligation to repay the loan or interest on the loan it is possible
  that forgiveness of debt can also create taxable income for you. Also, if you sell your policy the gain is
  taxable to you. You should consult with your personal tax adviser about any questions you may have
  regarding the tax consequences of this transaction.

- It is important to know the lender, the trustee or other parties participating in the transaction. Ask yourself
  whether you are comfortable participating in a transaction where investors or entities you do not know are
  likely to end up owning a multi-million dollar life insurance policy insuring your life. Are you concerned that
  these investors realize a greater return if you die sooner than the life insurance company assumed based on
  its underwriting?

This is not a complete list of all the issues that ought to be addressed when you are contemplating a new life
insurance transaction. If you have questions or concerns you can contact your agent or call our company at
1-800-247-8837, prompt 1.

Please acknowledge that you have received this Disclosure by signing a copy of this form and returning it to the
company.

(X) _____                    ____12/20/07____

Proposed Insured                                      Date

Feb 12 08 04:16p     Stephen Mostecak                          845-398-0675              p 6

12/18/2007  16:16    8603213085           CRUMP:                          PAGE  06/92

12/19/2007 01:03 FAX  7188535511          HALPERT                         @001/007

 **AMERICAN GENERAL**                    **Life Insurance Application**
                                                             **Part A**

☐ American General Life Insurance Company, Houston, TX
☐ The United States Life Insurance Company in the City of New York, New York, NY
☐ AIG Life Insurance Company, Wilmington, DE
*Member companies of American International Group, Inc.*
The insurance company checked above ("Company") is responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

| Personal Information |
| --- |

**1.  Primary Proposed Insured**

Name Hana Solaman                                    Social Security # 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
Sex ☐ M ☑ F  Birthplace* *(state, country)* Romania     Date of Birth 11/21/1931  Current Age 76
Tobacco Use  Have you ever used any form of tobacco or nicotine products? ☐ yes ☑ no  If yes, date of last use _____
If yes, type and quantity of tobacco or nicotine products used _____
Driver's License ☐ yes ☑ no  Number _____   License State _____
U.S. Citizen ☑ yes ☐ no  If no, Date of Entry _____  Visa Type _____  Exp. Date _____
Address 4910-17th Ave          City, State Brooklyn NY         ZIP 11204
Home Phone (718) 851-9250  Work Phone _____  Email _____
Employer Self employed   Occupation artist        Length of Employment _____
Employer Address _____  City, State _____  ZIP _____
Duties _____
Personal Earned Income $ 150,000 = 300,000 Household Income $ 400,000   Net Worth $ 14,000,000
If Primary Proposed Insured is a child or is age 18 or over and not self-supporting, what amount of insurance is in force on any of the following:  Spouse $ _____  Father $ _____  Mother $ _____  Siblings $ _____

**2.  Other Proposed Insured**

Name _____            Social Security # _____
Sex ☐ M ☐ F  Birthplace* *(state, country)* _____    Date of Birth _____   Current Age _____
Relationship to Primary Proposed Insured _____
Tobacco Use  Have you ever used any form of tobacco or nicotine products? ☐ yes ☐ no  If yes, date of last use _____
If yes, type and quantity of tobacco or nicotine products used _____
Driver's License ☐ yes ☐ no  Number _____   License State _____
U.S. Citizen ☐ yes ☐ no  If no, Date of Entry _____  Visa Type _____  Exp. Date _____
Address _____  City, State _____  ZIP _____
Home Phone (    )  Work Phone (    )  Email _____
Employer _____  Occupation _____  Length of Employment _____
Employer Address _____  City, State _____  ZIP _____
Duties _____
Personal Earned Income $ _____  Household Income $ _____  Net Worth $ _____

| Ownership |
| --- |

**1.  A.  Complete if the Primary Proposed Insured is not the Owner** *(If contingent Owner is required, use Remarks section.)*
Name Pending Trust          Social Security or Tax ID # _____   Date of Birth _____
Address _____  City, State _____  ZIP _____
Home Phone (    )                Relationship to Primary Proposed Insured _____
Email _____

**B.  Complete if Owner is a trust** *(If trustee is premium payor, also complete section 14 D.)*
Exact Name of Trust _____   Trust Tax ID # _____
Address _____  City, State _____  ZIP _____
Email _____
Current Trustee(s) _____
*for identification purposes only                                        Date of Trust _____

AGLC100985-2006                          Page 1 of 4

**WME9457781**

12/18/2007  16:16    8603213085           CRUMP;                    PAGE  07/92

12/18/2007 01:33 FAX  7193535511          HALPERT                   ☎002/007

---

| **Product Information** |
|---|

**4. Product Name** *(Complete appropriate supplemental application if applicable.)*  _Continul Efxfand_
Amount Applied For: Base Coverage $  2,500,000    Supplemental Coverage *(if applicable)* $ _____
Death Benefit Compliance Test Used *(if applicable)*: ☐ Guideline Premium ☐ Cash Value Accumulation
Automatic Premium Loan *(if applicable)*: ☐ Yes ☐ No   Premium Class Quoted _____
Reason for Insurance _____

**5. Dividend Options** *(For participating policy only.)*
☐ Cash  ☐ Premium Reduction  ☐ Paid-up Additions  ☐ Deposit Earning Interest  ☐ Other *(Explain)* _____

**6. Premium Allocation** *(For Indexed UL only if applicable.)*
Indicate how each premium received is to be allocated. Total allocations must equal 100%. Use whole percentage only.
Indexed Interest Account _____% Excess Interest Account _____%   Total 100%

**7. Death Benefit Options** *(For UL & VUL only.)* ☒ Option 1 - Level ☐ Option 2 - Increasing ☐ Option 3 - Level Plus Return of Premium

**8. Riders/Benefits**
☐ Child Rider Amount $ _____ *(Complete Child Rider Attachment)* or ☐ No current children
☐ Waiver of Premium  ☐ Waiver of Monthly Deduction  ☐ Waiver of Monthly Guarantee Premium
☐ Maturity Extension Rider – Accumulation Value  ☐ Maturity Extension Rider – Death Benefit  ☐ Terminal Illness Rider
☐ Accidental Death Benefit Amount $ _____ ☐ Other Insured/Spouse Rider Amount $ _____
☐ Disability Income Rider *(Complete the following if DI Rider is requested)*
  Number of Units *(1 unit = $100)*: _____ Occupational Class *(Please check)*: ☐ 1 ☐ 2
☐ Adjustable Return of Premium Rider – *(Provide % of Premium)* _____
☐ Scheduled Increase Rider
☐ Other Riders/Benefits #1 _____  Amount/Unit(s) _____
☐ Other Riders/Benefits #2 _____  Amount/Unit(s) _____

| **Beneficiary** |
|---|

**9. Primary**  Name _Reading Trust_   Relationship _____ Share ____%
  Name _____  Relationship _____ Share ____%
  Name _____  Relationship _____ Share ____%
  Name _____  Relationship _____ Share ____%
**10. Contingent** Name _____  Relationship _____ Share ____%
  Name _____  Relationship _____ Share ____%
  Name _____  Relationship _____ Share ____%

**11. Trust Information (if Beneficiary)** Exact Name of Trust _____ _pending_
  Trust Tax ID # _____ Current Trustee(s) _____ Date of Trust _____

**12. Rider Beneficiaries** *(Complete if other than Primary Proposed Insured.)*
  Other Insured/Spouse Rider _____  Relationship _____
  Child Rider _____  Relationship _____

| **Business Coverage** |
|---|

**13. Business Insurance Details** *(Complete only if applying for business coverage.)*
Does any Proposed Insured have an ownership interest in the business? ☐ yes ☐ no
If yes, what is the percentage of ownership for the: Primary Proposed Insured _____% Other Proposed Insured _____%
Net Profit of Business $ _____  Fair Market Value of Business $ _____
If buy-sell, stock redemption, or key person insurance, will all partners or key people be covered? ☐ yes ☐ no
Describe any special circumstances. _____

AGLC103638-2006                          Page 2 of 6

Feb 12 08 04:16p       Stephen Mostecak                                845-398-0675              p.8

12/18/2007  16:16     8603213085                    CRUMP;                          PAGE  08/92

12/18/2007 01:33 FAX  7188535511            HALPERT                                 ☒ 003/007

---

| Premium |
|---|

14. **Premium Payment**  ☐ Mode: $ _____  ☐ Single $ _____  ☐ Additional Initial $ _____
  A. **Frequency of modal premium**  ☑ Annual  ☐ Semi-annual  ☐ Quarterly  ☐ Monthly *(Bank Draft only)*
  B. **Method:**  ☐ Direct Billing  ☐ Bank Draft *(Complete Bank Draft Authorization.)*  ☐ List Bill: Number _____
    ☐ Credit Card - Initial Premium Only *(Complete Credit Card Authorization.)*
    ☐ Other *(Please explain.)* _____
  C. **Amount submitted with application** $ ___O___
  D. **Premium Payer** *(Complete if other than Owner.)*
    Name _____  Social Security or Tax ID # _____
    Relationship to Primary Proposed Insured _____
    Address _____  City, State _____  ZIP _____

| Limited Temporary Life Insurance Eligibility |
|---|

15. **Health and Age Questions** *(Regarding the Primary Proposed Insured and the Other Proposed Insured under a joint life or survivorship policy. If the correct answer to either question below is "yes" or any question is answered falsely or left blank, coverage is not available under the Limited Temporary Life Insurance Agreement ("LTLIA") and it is void, and any payment submitted will be refunded. Read the LTLIA for additional terms and conditions of coverage.)*
  A. Has any Proposed Insured ever had a heart attack, stroke, cancer, diabetes or disorder of the immune system, or during the last two years been confined in a hospital or other health-care facility or been advised to have any diagnostic test or surgery not yet performed?  ☐ yes  ☑ no
  B. Is any Proposed Insured age 71 or above?  ☐ yes  ☐ no

| Existing Coverage |
|---|

16. **Existing Coverage**
  A. **Life and Annuity Coverage**
    Does any Proposed Insured have any existing or pending annuities or life insurance policies?  ☑ yes  ☐ no
    *(If yes, complete the following regarding such annuities or life insurance policies.)*
    **Type: i = individual, b= business, g=group, p=pending life insurance or annuity**

| Name of Proposed Insured | Policy Number | Insurance Company | Type(s) (see above) | Year of Issue | Face Amount | Replace* | 1035 Ex |
|---|---|---|---|---|---|---|---|
| Hana Solomon | | | | 1990 | 200,000 | ☐ yes ☑ no | ☐ yes |
| | | | | | | ☐ yes ☐ no | ☐ yes |
| | | | | | | ☐ yes ☐ no | ☐ yes |
| | | | | | | ☐ yes ☐ no | ☐ yes |

  *Replace means that the insurance being applied for may replace, change or use any monetary value of any existing or pending life insurance policy or annuity. If replacement may be involved, complete and submit replacement-related forms. Please note: certain states require completion of replacement related forms even when other life insurance or annuities are not being replaced by the policy being applied for.

  B. **Disability Coverage** *(Complete only if Disability Income Rider coverage requested.)*
    Does any Proposed Insured have any existing or pending Disability insurance policies?  ☐ yes  ☑ no
    *(If yes, complete the following regarding existing and pending disability insurance)*

| Insurance Company | Benefit Amount | Benefit Period | Elimination Period | Year Issued |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

AGLC103503-2006                              Page 5 of 8

12/20/2007 02:53 FAX  7108535511          HALPERT                        ☑001/003

12/14/2007  10:28   8683213885            BISYS                    PAGE  08/09

# AIG  AMERICAN GENERAL                                    **Financial Questionnaire**

☐ American General Life Insurance Company, Houston TX
☐ The United States Life Insurance Company in the City of New York, New York, NY
☐ AIG Life Insurance Company, Wilmington, DE
*Member companies of American International Group, Inc.*

In this questionnaire, the "Company" refers to the insurance company whose name is checked above.
The insurance company shown above is solely responsible for the obligation and payment of benefits under any policy that it may issue.
No other company is responsible for such obligations or payments.

## Proposed Insured

*Please complete questions 1 through 4 for personal insurance or questions 1 through 11 if the insurance is for business purposes, then date and sign the questionnaire.*

Proposed Insured __Hana Salomon__   Date of birth 1/12/1931  Social Security # 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

1  Your income (before Income Tax):

| | Current fiscal year (Date 1/1/06 thru 12/31/07) | Previous fiscal year 06 |
|---|---|---|
| Salary or wages | | |
| Bonuses and/or commissions | | |
| Net business or professional income (i.e., Gross income less business expenses, but not before personal income) | | |
| Other earned income (give details in "Remarks" below) | 150,000 | 150,000 |
| Unearned income (interest and dividends, net real estate income, etc.) give details in "Remarks" below | 320,000 | 320,000 |
| TOTAL | 470,000 | 470,000 |

2.  What is your approximate net worth, i.e., assets minus liabilities? (if necessary, give details in "Remarks" below)

| | Current fiscal year (Date 1/1/06 thru 12/31/07) | Previous fiscal year |
|---|---|---|
| Personal Assets | 14,000,000 | 13,500,000 |
| Business Assets | | |
| Liabilities | 0 | 0 |
| Net worth | 14,000,000 | 13,500,000 |

3.  Estimated tax liabilities at death (Include potential estate taxes, inheritance taxes and capital gains taxes, both federal and state)

4.  How was the need for this new amount of coverage determined?

Based on the fact that Mrs Salomon is of standard health and given her present net worth and estimate growth she wants to

Remarks (questions 1-4) — Mrs. Salomon's earned income | protect the future is derived from artwork that she | needs of her estate masters and sells

AIG 20098 24 Rev 2006                    Page 1 of 2

Feb 12 08 04:17p     Stephen Mostecak                          845-398-0675                    p.10

12/20/2007 02:53 FAX  7188535511          HALPERT                              @002/003

12/14/2007  19:20    8683213885                  BISYS                         PAGE  09/09

5.  Purpose of business insurance
    ☐ Key Executive        ☐ Deferred Compensation      ☐ Buy-Sell Agreement/Stock Repurchase      ☐ Other
    Other purpose — explain _____

6.  Is there a written buy/sell agreement in effect? (If yes, attach copy)    ☐ Yes    ☑ No
    Is there a buy/sell agreement contemplated?                              ☐ Yes    ☑ No

7.  Creditor. Name of lender _____
    Is insurance requested by lender?                                       ☐ Yes    ☑ No
    Coverage amount required by creditor: _____
    Purpose of loan _____

    (Use "Remarks" below for further details.)

8.  Are other corporate officers or partners being insured?                 ☐ Yes    ☐ No
    If yes, give details. If no, explain: _____

9.  What percentage of the business do you own? _____ %

10. Estimated fair market value of business: _____
    (In "Remarks" state how this value was determined)

11. Financial details of business
                              Current fiscal year
                         (Date    /    /   thru    /    /   )              Previous fiscal year

    A.  Total assets _____

    B.  Total liabilities _____

    C.  Gross sales or revenue _____

    D.  Net income (before taxes) _____

    Please submit a copy of the most recent balance sheet and income statement (year or quarter).

    Remarks (questions 5 – 11) _____

    _____

    _____

    Agreement:  All of the above answers are full, complete and true to the best of my knowledge and belief, and are a continuation of, and form a part of, the application for insurance.

    X Owner _____                    Date  12|13|07
      Signed at (City, State)

    X Witness _____                    Date  12|13|07

    X Proposed Insured _____                    Date
      (If under age 15, signature of parent or guardian)

12/20/2007 02:53 FAX  7188535511        HALPERT                    003/003

Hana   Salamon

4910   17th Ave  11204            1/12/1931

718   851-9250                    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

artist  #150,000                  65 pension  ss
        320,000  unearned         40 dividens
                                     stocks

assets    15,000,000              175 rentals

    12 mil  real estate

    2  stok cds

    1  personal assets and paintings

Feb 12 08 04:17p     Stephen Mostecak                              845-398-0675            p.12

12/18/2887  16:16     8683213285                 CRUMP:                        PAGE  89/92

12/13/2007 01 34 FAX  7188535511           HALPERT                          ☑ 004/007

| Nonmedical Questions |
|---|

17. **Background Information** *(Complete questions A through F. If yes answer applies to any Proposed Insured, provide details specified after each question.)*

A. Does any Proposed Insured intend to travel or reside outside of the United States or Canada within the next two years?
   *(If yes, list country, date, length of stay and purpose.)* _____     ☐ yes ☑ no
   _____
   _____

B. In the past five years, has any Proposed Insured participated in, or does he or she intend to participate in: any flights as a trainee, pilot or crew member; scuba diving; skydiving or parachuting; ultralight aviation; auto racing; cave exploration; hang gliding; boat racing; mountaineering; extreme sports or other hazardous activities?
   *(If yes, circle or list the applicable activities and complete the Aviation and/or Avocation Questionnaire.)* _____     ☐ yes ☑ no
   _____
   _____

C. Has any Proposed Insured:
   1) During the past 90 days submitted an application for life insurance to any company or begun the process of filling out an application?
      *(If yes, list company name, amount applied for, purpose of insurance and if application will be placed.)* _____     ☐ yes ☑ no
      _____
      _____

   2) Ever had a life or disability insurance application modified, rated, declined, postponed, withdrawn, canceled or refused for renewal?
      *(If yes, list date and reason.)* _____     ☐ yes ☑ no
      _____

D. Has any Proposed Insured ever filed for bankruptcy?                                    ☐ yes ☑ no
   *(If yes, list chapter filed, date, reason and discharge date.)* _____
   _____

E. In the past five years, has any Proposed Insured been charged with or convicted of driving under the influence of alcohol or drugs or had any driving violations?
   *(If yes, list date, state, license no. and specific violation.)* _____     ☐ yes ☑ no
   _____

F. Has any Proposed Insured ever been convicted of or pled guilty or no contest to a criminal offense or currently have any felony or misdemeanor charge pending?
   *(If yes, list date, state and charge.)* _____     ☐ yes ☑ no
   _____

| Remarks |
|---|

18. **Details and Explanations** _____
   _____
   _____
   _____
   _____
   _____

ASLCXC6515-2008                          Page 4 of 8

**Accurint on GITEL HALPERT**

24/7 Search and Technical Assistance  1-800-543-6862

People | Businesses | Assets | Licenses | Phones | Courts | Health Care | News | Analytical Tools

Advanced Person Search | People at Work | InstantID | People Statewide Pub. Rec. | Patriot Act | Sexual Offenders | Voter Registration | Florida Accidents | Death Search

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| HALPERT | GITEL | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 4608 10TH AVENUE | BROOKLYN | NY | |

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

**Reference Code:**
20080293

**DOL:**

**Additional Subject Information**

| Other Last Name | Other City | Other State | Other State |
|---|---|---|---|

| Relative First Name | Other Relative First Name |
|---|---|

Click for Search Tips:
Subject/Relative Search
Multiple Name Search
Previous State Search
Previous City Search
Name / SSN4 Search
Initials Search
Partial Address Search

**Phonetic Search:** ☐

LexisNexis
**Accurint**
for AIG

Output Type: ● Formatted HTML  ○ Cut and Paste / Printer Friendly Text (No Reports)

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**

SEARCH: Last Name: HALPERT First Name: GITEL Street: 4608 10TH AVENUE City: BROOKLYN State: NY

**Records: 1 to 1 of 1**

Edit Search | New Search

**Click Icons Below To Run a Report**

📊 Export to Excel  🛈 Icon Legend

**Click Icons Below To Run a Report**

112-572-1551 - Active
HALPERT YITZCHOK

**Export to Excel**          **Records: 1 to 1 of 1**

SEARCH:  Last Name: HALPERT First Name: GITEL Street: 4608 10TH
AVENUE City: BROOKLYN State: NY

Edit Search | New Search

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is
sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied
upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For
Secretary of State documents, the following data is for information purposes only and is not an official record. Certified
copies may be obtained from that individual state's Department of State.

# Comprehensive Report

Comprehensive Report
Date: 06/17/08
Reference Code: 20080293

Report Legend:
**S** - Shared Address
**D** - Deceased
✓ -
Probable Current Address

## Subject Information

Name: GITEL HALPERT
Age:
SSN: 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 issued in **New
York** between **01/01/1985** and
**12/31/1986**
View All SSN Sources

## AKAs (Names Associated with Subject)

GITEL HALPERT
    SSN: 122-68-xxxx

## Indicators

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

## Address Summary

✓ 4608 10TH AVE APT 3A, BROOKLYN NY 11219-2345, KINGS COUNTY (Nov  2001 - Jun  2007)

✓ 5601 14TH AVE APT 3H, BROOKLYN NY 11219-4663, KINGS COUNTY (Mar  2005 - Aug  2006)

1037 53RD ST, BROOKLYN NY 11219-4062, KINGS COUNTY (Jun 2007 - May 2008)

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
 [None Found]
## Comprehensive Report Summary: (Click on Link to see detail)
 Bankruptcies:
  None Found
 Liens and Judgments:
  None Found
 UCC Filings:
  None Found
 Phones Plus:
  None Found
 People at Work:
  None Found
 Driver's License:
  None Found
 Address(es) Found:
  2 Verified and 1 Non-Verified Found
 Possible Properties Owned:
  None Found
 Motor Vehicles Registered:
  None Found
 Watercraft:
  None Found
 FAA Certifications:
  None Found
 FAA Aircrafts:
  None Found
 Possible Criminal Records:
  None Found
 Sexual Offenses:
  None Found
 Florida Accidents:
  None Found
 Professional Licenses:
  None Found
 Voter Registration:
  None Found
 Hunting/Fishing Permit:
  None Found
 Concealed Weapons Permit:
  None Found
 Possible Associates:
  None Found
## Bankruptcies:
 [None Found]
## Liens and Judgments:
 [None Found]
## UCC Filings:
 [None Found]
## Phones Plus(s):
 [None Found]
## People at Work:
 [None Found]
## Driver's License Information:
 [None Found]
## Address Summary:   View All Address Variation Sources
 ✓ 4608 10TH AVE APT 3A, BROOKLYN NY 11219-2345, KINGS COUNTY (Nov 2001 - Jun 2007)
 ✓ 5601 14TH AVE APT 3H, BROOKLYN NY 11219-4663, KINGS COUNTY (Mar 2005 - Aug 2006)
 1037 53RD ST, BROOKLYN NY 11219-4062, KINGS COUNTY (Jun 2007 - May 2008)

**Active Address(es):**   View All Address Variation Sources

✓ 4608 10TH AVE APT 3A, BROOKLYN NY 11219-2345, KINGS COUNTY (Nov 2001 - Jun 2007)
   **Current Residents at Address:**
      RACHEL KAFF
      BENZION SILBIGER

✓ 5601 14TH AVE APT 3H, BROOKLYN NY 11219-4663, KINGS COUNTY (Mar 2005 - Aug 2006)
   **Current Residents at Address:**
      YITZCHOK I HALPERT
      MALI HALPERT
      REGINA HALPERT

**Previous And Non-Verified Address(es):**   View All Address Variation Sources
   1037 53RD ST, BROOKLYN NY 11219-4062, KINGS COUNTY (Jun 2007 - May 2008)
      **Current Residents at Address:**
         P LIEBERMAN
         ISSAC GLUCK
         ISAAC L GUTTMAN
         DEVORAH L KUPCHIN
         GITTEL HALPERT
         LEAH KLEIN
         JACOB KLEIN
         LIPE KLEIN
         MORDECHAI MEISLES
         FARAH SILVERSTIEN
      **Property Ownership Information for this Address**
         Property:
            Parcel Number - 5660-71
            Name Owner : LIEBERMAN EDITH
            Property Address: - 1037 53RD ST, BROOKLYN NY 11219-4062, KINGS COUNTY
            Owner Address: 6053 FASHION SQUARE DR, MURRAY UT 84107-5433, SALT LAKE COUNTY
            Total Market Value - $1,300,000
            Assessed Value - $54,949
            Land Value - $391,000
            Improvement Value - $909,000
            Land Size - 2400 SF
            Year Built - 1920
            Data Source - B

**Possible Properties Owned by Subject:**
   [None Found]

**Motor Vehicles Registered To Subject:**
   [None Found]

**Watercraft:**
   [None Found]

**FAA Certifications:**
   [None Found]

**FAA Aircrafts:**
   [None Found]

**Possible Criminal Records:**
   [None Found]

**Sexual Offenses:**
   [None Found]

**Florida Accidents:**
   [None Found]

**Professional License(s):**
   [None Found]

**Voter Registration:**
   [None Found]

**Hunting/Fishing Permit:**
   [None Found]

**Concealed Weapons Permit:**
   [None Found]

**Possible Associates:**
[None Found]
**Source Information:**

| | |
|---|---|
| All Sources | 3  Source Document(s) |
| Person Locator 1 | 1  Source Document(s) |
| Historical Person Locator | 2  Source Document(s) |

24/7 Search and Technical Assistance 1.800.543.6862

Main Menu | My Account | Print | Contact Us | Log Out

People | Businesses | Assets | Licenses | Phones | Courts | Health Care | News | Analytical Tools

Advanced Person Search

🌐 Coverage  ? Help

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| SALAMON | HANA | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | BROOKLYN | NY | |

| Phone | DOB | Age Range |
|---|---|---|
| | | - |

**Reference Code:**
20080293

**DOL:**

**Additional Subject Information**

| Other Last Name | Other City | Other State | Other State |
|---|---|---|---|
| | | | |

| Relative First Name | Other Relative First Name |
|---|---|
| | |

**Click for Search Tips:**
Subject/Relative Search ⓘ
Multiple Name Search ⓘ
Previous State Search ⓘ
Previous City Search ⓘ
Name / SSN4 Search ⓘ
Initials Search ⓘ
Partial Address Search ⓘ

**Phonetic Search:** ☐

**Output Type:** ⦿ Formatted HTML  ○ Cut and Paste / Printer Friendly Text (No Reports)

LexisNexis
**Accurint**
for AIG

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**   **Records: 1 to 2 of 2**

SEARCH: Last Name: SALAMON First Name: HANA City: BROOKLYN State: NY

Edit Search | New Search

**Click Icons Below To Run a Report**   📊 Export to Excel  ⓘ Icon Legend   **Click Icons Below To Run a Report**

(718) 851-9250 - Active
SALAMON MR

(718) 851-9250 - Active
SALAMON MR

(718) 851-9250 - Active
SALAMON MR

(207) 799-0008 - Active
DOERING MARK
(207) 799-3201
   phone number may be disconnected.

(207) 799-3201
   phone number may be disconnected.
   phone number and zip code combination is ir
   phone and address are geographically distan

248-5215

749-7617

749-7617

**Export to Excel**      **Records: 1 to 2 of 2**

SEARCH:  Last Name: SALAMON First Name: HANA City: BROOKLYN State: NY      Edit Search | New Search

# Hana SalamonTRUST
# 750 Forest Av.,
# Lakewood, NJ
# C/O Joel Katz

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

**Comprehensive Report**
Date: 06/30/08
Reference Code: 20080293

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ -
Probable Current Address

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: <u>JOEL KATZ</u><br>Age:<br>SSN: <u>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</u> issued in **New York** between **1/1/1984** and **12/31/1985**<br><u>View All SSN Sources</u> | [No Data Available] | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

## Address Summary

✓ <u>750 FOREST AVE APT 25D, LAKEWOOD NJ 08701-2736, OCEAN COUNTY</u> (Nov 2004 - Jun 2008)

✓ <u>1674 44TH ST, BROOKLYN NY 11204-1048, KINGS COUNTY</u> (Dec 2004 - Aug 2006)
Phone at address: <u>718-436-8165</u>  **KATZ ISRAEL**

<u>614 MADISON AVE, LAKEWOOD NJ 08701-2749, OCEAN COUNTY</u> (Sep 2004 - Jun 2005)
Phone at address: <u>732-905-7532</u>  **MEYER AVROHOM**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
[None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
<u>Bankruptcies:</u>
None Found
<u>Liens and Judgments:</u>
None Found
<u>UCC Filings:</u>
None Found
<u>Phones Plus:</u>
None Found
<u>People at Work:</u>
None Found

Driver's License:
   None Found
Address(es) Found:
   2 Verified and 1 Non-Verified Found
Possible Properties Owned:
   None Found
Motor Vehicles Registered:
   None Found
Watercraft:
   None Found
FAA Certifications:
   None Found
FAA Aircrafts:
   None Found
Possible Criminal Records:
   None Found
Sexual Offenses:
   None Found
Florida Accidents:
   None Found
Professional Licenses:
   None Found
Voter Registration:
   None Found
Hunting/Fishing Permit:
   None Found
Concealed Weapons Permit:
   None Found
Possible Associates:
   None Found

## Bankruptcies:
[None Found]

## Liens and Judgments:
[None Found]

## UCC Filings:
[None Found]

## Phones Plus(s):
[None Found]

## People at Work:
[None Found]

## Driver's License Information:
[None Found]

## Address Summary:   View All Address Variation Sources
   ✓ 750 FOREST AVE APT 25D, LAKEWOOD NJ 08701-2736, OCEAN COUNTY (Nov 2004 - Jun 2008)
   ✓ 1674 44TH ST, BROOKLYN NY 11204-1048, KINGS COUNTY (Dec 2004 - Aug 2006)
   614 MADISON AVE, LAKEWOOD NJ 08701-2749, OCEAN COUNTY (Sep 2004 - Jun 2005)

## Active Address(es):   View All Address Variation Sources
   ✓ 750 FOREST AVE APT 25D, LAKEWOOD NJ 08701-2736, OCEAN COUNTY (Nov 2004 - Jun 2008)

   ✓ 1674 44TH ST, BROOKLYN NY 11204-1048, KINGS COUNTY (Dec 2004 - Aug 2006)
      **Current Residents at Address:**
         KATZ
         MATHILDA M KATZ
         IRVIN DEMENDONCA
      KATZ ISRAEL J  718-436-8165
      **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 5432-37
         Name Owner : KATZ ISRAEL
         Property Address: - 1674 44TH ST, BROOKLYN NY 11204-1048, KINGS COUNTY
         Owner Address: 1757 TAPO CANYON RD # SV-24, SIMI VALLEY CA 93063-3391, VENTURA
COUNTY
         Total Market Value - $650,000
         Assessed Value - $25,459

Land Value - $257,000
Improvement Value - $393,000
Land Size - 2805 SF
Year Built - 1930
Data Source - B

### Previous And Non-Verified Address(es):   View All Address Variation Sources
614 MADISON AVE, LAKEWOOD NJ 08701-2749, OCEAN COUNTY (Sep 2004 - Jun 2005)
Current Residents at Address:
AVRUMI MEYER
SHASHAWNA BENNETT
SAMUEL B SCHIFFER
Current phones listed at this address:
MEYER AVROHOM   732-905-7532
732-942-9631
Property Ownership Information for this Address
Property:
Parcel Number - 00068-0000-00007-0001
Book - 10216
Page - 425
Name Owner : WEISS SIMPSON
Name Owner 2: WEISS SHEINDY
Property Address: - 614 MADISON AVE, LAKEWOOD NJ 08701-2749, OCEAN COUNTY
Owner Address: 614 MADISON AVE, LAKEWOOD NJ 08701-2749, OCEAN COUNTY
Land Usage - SFR
Total Market Value - $455,300
Assessed Value - $455,300
Land Value - $223,100
Improvement Value - $232,200
Land Size - 3,484 Square Feet
Loan Amount - $195,000
Loan Type - CONVENTIONAL
Lender Name - CROSSLAND MTG CORP
Data Source - A

## Possible Properties Owned by Subject:
[None Found]

## Motor Vehicles Registered To Subject:
[None Found]

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Florida Accidents:
[None Found]

## Professional License(s):
[None Found]

## Voter Registration:
[None Found]

## Hunting/Fishing Permit:
[None Found]

## Concealed Weapons Permit:
[None Found]

## Possible Associates:
[None Found]

## Source Information:

| | |
|---|---|
| All Sources | 6  Source Document(s) |
| Person Locator 1 | 1  Source Document(s) |
| Phone | 2  Source Document(s) |
| Historical Person Locator | 2  Source Document(s) |
| Person Locator 4 | 1  Source Document(s) |

# C/O Aaron Knopfler

**NO RECORD FOUND IN ACCURINT!!!!!**

# ClaimSearch

**Claims Inquiry**

Home | Claims Reporting | Claims Inquiry | VIN Decoding | NICB Submission | SIU Case
Manager | Decision Net | OFAC | Account Management

Log Out

Single Party Search | Two Party Search | Previous Matches | Deferred Reports | AMA Search

### Search Results – Name Summary

Print Format Report

**Displaying page 1 of 1**

**Your search matches more than one name. Please select one of the two following options:**
  1. Click on a name's hyperlink to generate a match report.
  2. Select a number of names using the check boxes, then click **VIEW** to generate a match report for all selected names.

| Select | Name | Address | City | State | Date Of Loss | Role | Type | R/C |
|--------|------|---------|------|-------|--------------|------|------|-----|
| ☐ | ABRAHAM HOSCHANDER ATTORNEY AT LAW 🔍 | 4910 17ST AVE | BROOKLYN | NY | 12/21/1999 | LEGL | CASU | |
| ☐ | JUROFSKY, ARLENE 🔍 | 4910 17TH AVE | BKLYN | NY | 01/23/1986 | INSD | THFT | |
| ☐ | HOSCHANDER, DAVID 🔍 | 4910 17 AVE | BROOKLYN | NY | 03/21/1990 | INSD | THFT | |
| ☐ | TISCHLEC, REGINA 🔍 | 4910 17TH AVE | PARK LANE | NY | 09/14/1995 | INSD | THFT | |
| ☐ | TISCHLER, REGINA 🔍 | 4910 17TH AVE APT 5C | BROOKLYN | NY | 09/14/1995 | INSD | THFT | |
| ☐ | BERGER, MARK, B 🔍 | 4910 17 AVE 3A | BROOKLYN | NY | 03/08/1991 | INSD | THFT | |
| ☐ | WARSHAW, MILTON 🔍 | 4910 17 AVE | BROOKLYN | NY | 05/09/1988 | INSD | VHPD | |
| ☐ | TISHCLER, REGING 🔍 | 4910 17 AVE | BROOKLYN | NY | 06/07/1989 | INSD | VHPD | |
| ☐ | SAUBER, DAVID D 🔍 | 4910 17TH AVE APT F2 | BROOKLYN | NY | 09/26/1991 | INSD | VHPD | |
| ☐ | HOSCHANDER, DAVID 🔍 | 4910 17 AVE | BROOKLYN | NY | 06/25/1993 | INSD | VHPD | |
| ☐ | TISCHLER, REGINA 🔍 | 4910 17TH AVE | BROOKLYN | NY | 11/11/1924 | INSD | VHPD | |
| ☐ | UNGAR, MIRIAM, L 🔍 | 4910 17TH AVE APT 6H | BROOKLYN | NY | 09/25/1990 | INSD | VHPD | |
| ☐ | HOSCHANDER, DAVID 🔍 | 4910 17 | BROOKLYN | NY | 09/10/1995 | INSD | VHPD | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | HOSCHANDER,DAVID 🔍 | AVE 4910 17 AVE | BROOKLYN | NY | 06/11/1996 | INSD VHPD |
| ☐ | HOSCHANDER,DAVID 🔍 | 4910 17 AVE | BROOKLYN | NY | 11/07/1996 | INSD VHPD |
| ☐ | HOSCHANDER,ABRAHAM 🔍 | 4910 17TH AVE | BROOKLYN | NY | 04/06/1997 | INSD VHPD |
| ☐ | HEIMLECH,GEORGE 🔍 | 4910 17TH AVE APT3-E | BROOKLYN | NY | 12/15/1997 | INSD VHPD |
| ☐ | RINGEL,HARRY 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/06/1994 | INSD VHPD |
| ☐ | TISCHLER,REGINA 🔍 | 4910 17TH AVE APT 5C | BROOKLYN | NY | 02/25/1994 | INSD VHPD |
| ☐ | HOSCHANDER,ABRAHAM 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 02/29/2000 | LEGL CASU |
| ☐ | MOSKOWITZ M 🔍 | 4910 17TH AVE | BROOKLYN | NY | 03/17/2000 | INSD CASU |
| ☐ | HOSCHANDER,DAVID 🔍 | 4910 17 AVE | BROOKLYN | NY | 08/26/1996 | INSD SALV |
| ☐ | BOORSTEIN,MYRON,R 🔍 | 4910 17 AVENUE 4E | BROOKLYN | NY | 08/14/1996 | INSD PROP |
| ☐ | BERGER,MURIEL, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 10/25/1994 | INSD PROP |
| ☐ | LANDAU,BERTA, 🔍 | 4910 17TH AVE 2H | BROOKLYN | NY | 01/16/1994 | INSD PROP |
| ☐ | 49 10 17 AVENUE APT 🔍 | 4910 17 AVE | BROOKLYN | NY | 11/13/1992 | INSD PROP |
| ☐ | 49 10 17 AVENUE APT 🔍 | 4910 17 AVE | BROOKLYN | NY | 11/13/1992 | INSD PROP |
| ☐ | BIERMAN,ABRAHAM, 🔍 | 4910 17TH AVE 1C | BROOKLYN | NY | 11/14/1992 | INSD PROP |
| ☐ | GOLDMAN,SARA, 🔍 | 4910 17TH AVENUE 5F | BROOKLYN | NY | 03/10/1998 | INSD PROP |
| ☐ | ABOTIELLO,PALMO, 🔍 | 4910 17TH AVE 3D | BROOKLYN | NY | 03/30/1999 | INSD PROP |
| ☐ | MALKY,LICHT, 🔍 | 4910 17TH AVE 6C | BROOKLYN | NY | 06/12/1992 | INSD PROP |
| ☐ | MALKY,LICHT, 🔍 | 4910 17TH AVE 6C | BROOKLYN | NY | 06/12/1992 | INSD PROP |

| | Name | Address | City | State | Date | Type | Code |
|---|---|---|---|---|---|---|---|
| ☐ | BOSKOWITZ,MOSES,M 🔍 | 4910 17TH AVE | BROOKLYN | NY | 09/21/1999 | INSD | VHPD |
| ☐ | GOLDMAN,SARA, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 10/26/1999 | INSD | PROP |
| ☐ | HARRY RINGEL 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/06/1994 | INSD | CASU |
| ☐ | HARRY RINGEL 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/06/1994 | INSD | CASU |
| ☐ | HARRY RINGEL 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/06/1994 | INSD | CASU |
| ☐ | HARRY RINGEL 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/06/1994 | INSD | CASU |
| ☐ | TISCHLER REGINA 🔍 | 4910 17TH AVE APT 5C | BROOKLYN | NY | 02/25/1994 | INSD | CASU |
| ☐ | TISCHLER REGINA 🔍 | 4910 17TH AVE APT 5C | BROOKLYN | NY | 02/25/1994 | INSD | CASU |
| ☐ | LANGER,ETHEL, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 01/25/1995 | CLMT | CASU |
| ☐ | LANGNER,ETHEL, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 01/25/1995 | CLMT | CASU |
| ☐ | SELINGER,SIGMUND, 🔍 | 4910 17TH AVE APT 5E | BROOKLYN | NY | 01/10/1994 | CLMT | CASU |
| ☐ | TISCHLER,REGINA, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/06/1996 | CLMT | CASU |
| ☐ | ROBBINS,SHIRLEY, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 03/04/1996 | CLMT | CASU |
| ☐ | SMILOVITZ,NATHAN, 🔍 | 4910 17TH AVENUE 2D | BROOK | | 05/15/1997 | CLMT | CASU |
| ☐ | HEIMLECH,JORGE, 🔍 | 4910 17TH AVE APT3-E | BROOKLYN | NY | 12/15/1997 | CLMT | CASU |
| ☐ | HOSCHANDER ABRAHAM 🔍 | 4910 17TH AVE | BROOKLYN | NY | 08/27/1998 | LEGL | CASU |
| ☐ | GOTTLIEB SOLOMON 🔍 | 4910 17TH AVE APT 1B | BROOKLYN | NY | 08/14/1998 | INSD | CASU |
| ☐ | GOTTLIEB SOLOMON 🔍 | 4910 17TH AVE APT 1B | BROOKLYN | NY | 08/14/1998 | INSD | CASU |
| ☐ | MOSTER,GABRIEL, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 09/04/2000 | INSD | PROP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | BLAU,GERTRUDE, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 09/19/2000 | CLMT | CASU |
| ☐ | LAW OFFICES OF GRAHAM HOSCHANDER 🔍 | 49-10 17TH AVENUE | BROOKLYN | NY | 11/01/1998 | LEGL | CASU |
| ☐ | BILLER,ABRAHAM 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 06/11/2001 | INSD | P&C |
| ☐ | BILLER,ABRAHAM 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 06/11/2001 | INSD | P&C |
| ☐ | BILLER,ABRAHAM 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 06/11/2001 | INSD | P&C |
| ☐ | HALBERSTAM,ESTHER, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 04/26/2001 | CLMT | CASU |
| ☐ | MOSKOWITZ,MOSES,M 🔍 | 4910 17TH AVE | BROOKLYN | NY | 03/17/2000 | INSD | P&C |
| ☐ | MOSKOWITZ,MIRIAM, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 03/17/2000 | INSD | P&C |
| ☐ | RINGEL,HARRY, 🔍 | 4910 17TH AVE 2C | BROOKLYN | NY | 04/18/2001 | INSD | P&C |
| ☐ | MOSKOWITZ,MIRIAM, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 03/17/2000 | INSD | P&C |
| ☐ | MOSKOWITZ,MIRIAM, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 09/21/1999 | INSD | P&C |
| ☐ | MOSKOWITZ,MOSES,M 🔍 | 4910 17TH AVE | BROOKLYN | NY | 09/21/1999 | INSD | P&C |
| ☐ | MOSKOWITZ,MIRIAM, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 09/21/1999 | INSD | P&C |
| ☐ | FLAUM,LEAH, 🔍 | 49-10 17TH AVE | BROOKLYN | NY | 11/13/2001 | CLMT | CASU |
| ☐ | FRIEDMAN,MARTIN, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 02/26/2001 | CLMT | CASU |
| ☐ | RINGEL,HARRY, 🔍 | 4910 17TH AVE APT 2C | BROOKLYN | NY | 04/05/2002 | CLMT | P&C |
| ☐ | RINGEL,HARRY 🔍 | 4910 17TH AVE | BROOKLYN | NY | 04/05/2002 | INSD | VHPD |
| ☐ | HARRY RINGEL 🔍 | 4910 17TH AVE APT 2C | BROOKLYN | NY | 04/05/2002 | INSD | P&C |
| ☐ | HARRY RINGEL 🔍 | 4910 17TH AVE APT 2C | BROOKLYN | NY | 04/05/2002 | INSD | P&C |
| ☐ | RINGEL,MURIEL, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 04/05/2002 | CLMT | P&C |

| | Name | Address | City | State | Date | Type1 | Type2 |
|---|---|---|---|---|---|---|---|
| ☐ | HARRY RINGEL | APT 2C 4910 17TH AVE APT 2C | BROOKLYN | NY | 04/05/2002 | INSD | P&C |
| ☐ | KOHL,GERTRUDE | 4910 17TH AVENUE | BROOKLYN, | NY | 11/04/2002 | INSD | P&C |
| ☐ | KOHL,GERTRUDE | 4910 17TH AVENUE | BROOKLYN | NY | 11/04/2002 | CLMT | P&C |
| ☐ | LEDERER,GETRUDE, | 4910 17TH AVE | BROOKLYN | NY | 06/16/2003 | CLMT | CASU |
| ☐ | FRANK,JOSEPH, | 4910 17TH AVE APT 1A | BROOKLYN | NY | 08/06/2002 | CLMT | P&C |
| ☐ | ABRAHAM BILLER,ABRAHAM | 4910 17TH AVENUE, APT 1G | BROOKLYN | NY | 03/07/2004 | INSD | P&C |
| ☐ | SAUBER,DAVID | 4910 17TH AVE | BROOKLYN | NY | 03/21/2004 | CLMT | P&C |
| ☐ | HOSCHANDER,ABRAHAM | 4910 17TH AVE | BROOKLYN | NY | 03/02/2004 | INSD | P&C |
| ☐ | ABRAHAM BILLER,ABRAHAM | 4910 17TH AVENUE, APT 1G | BROOKLYN | NY | 03/07/2004 | CLMT | P&C |
| ☐ | TISCHLER,HENRY | 4910 17TH AVE APT5C | BROOKLYN | NY | 02/06/1996 | CLMT | P&C |
| ☐ | ACKERMAN,ISABEL, | 4910 17 AVE | BROOKLYN | NY | 06/27/1999 | CLMT | CASU |
| ☐ | BERGER,MARK | 4910 17 AVE 3A | BROOKLYN | NY | 06/19/2005 | INSD | P&C |
| ☐ | ABRAHAM HOSCHANDER ATTORNEY AT LAW | 4910 17TH AVE | BROOKLYN | NY | 12/13/1998 | LEGL | CASU |
| ☐ | TISCHLER,REGINA | 4910 17TH AVE | BROOKLYN | NY | 02/06/1996 | CLMT | P&C |
| ☐ | SAUBER,DAVID D | 4910 17TH AVE APT F2 | BROOKLYN | NY | 09/24/2004 | INSD | P&C |
| ☐ | HONIG,MARY, | 4910 17TH AVE | BROOKLYN | NY | 11/08/2004 | CLMT | CASU |
| ☐ | HONIG,MARY, | 4910 17TH AVE | BROOKLYN | NY | 09/09/2005 | CLMT | CASU |
| ☐ | HOSCHANDER,ABRAHAM | 4910 17TH AVE | BROOKLYN | NY | 10/22/2006 | INSD | P&C |
| ☐ | HALBERSTAM,CHANA | 4910 17TH AVENUE | BROOKLYN | NY | 10/17/2006 | CLMT | P&C |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | LICHT,SIMON 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 04/27/2007 | INSD | P&C |
| ☐ | LICHT,SIMON, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 04/27/2007 | INSD | P&C |
| ☐ | LICHT,SIMON, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 04/27/2007 | INSD | P&C |
| ☐ | LISAUER,ESTHER LISSAUER & 🔍 | 4910 17TH AVE APT 1H | BROOKLYN | NY | 08/13/2007 | INSD | P&C |
| ☐ | KOHL,GERTRUDA, 🔍 | 4910 17TH AVE | BROOKLYN | NY | 07/16/2001 | CLMT | CASU |
| ☐ | LICHT,SIMON, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 08/31/2007 | INSD | P&C |
| ☐ | LICHT,SIMON 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 08/31/2007 | INSD | P&C |
| ☐ | LICHT,SIMON, 🔍 | 4910 17TH AVENUE | BROOKLYN | NY | 08/31/2007 | INSD | P&C |
| ☐ | GRUENSTEIN,MALKY, 🔍 | 49-10 17TH AVE APT 46 | BROOKLYN | NY | 12/24/2007 | CLMT | CASU |

**Displaying page 1 of 1**

Print-Format Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# Summary Report

**Date:** 01/23/08
**Reference Code:** 20080293

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: HANA SALAMON | [No Data Available] | Bankruptcy: **No** |
| Age: | | Property: **No** |
| SSN: 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 issued in **New** | | Corporate Affiliations: **No** |

York between **01/01/1954** and
**12/31/1957**

Others Associated with SSN:
(DOES NOT usually indicate any
type of fraud or deception)
MARTIN SALAMON
DOB: **12**/1915 Age: **92**

## Address Summary  (✓ - Probable Current Address)

✓ 4910 17TH AVE APT 2J, BROOKLYN NY 11204-1185, KINGS COUNTY (Jun  2003 - Jan  2008)
Phone at address: (718) 851-9250  **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of
Education: **12**

✓ 4910 17TH AVE APT 2Z, BROOKLYN NY 11204-1157, KINGS COUNTY (Jun  2003 - May  2007)
Phone at address: (718) 851-9250  **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of
Education: **12**

✓ 4910 17TH AVE APT 4G, BROOKLYN NY 11204-1187, KINGS COUNTY (Oct  1990 - Nov  2006)
Phone at address: (718) 851-9250  **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of
Education: **12**

4141 COLLINS AVE APT 109, MIAMI BEACH FL 33140-3238, MIAMI-DADE COUNTY (Feb  2005)
Neighborhood Profile (2000 Census)
Average Age: **42**    Median Household Income: **$38,214**    Median Home Value: **$367,900**    Average Years of
Education: **14**

**Hana Salamon**
**Accurint Summary Report**

**Accurint on the phone # that came up for Gitel Halpert listed as Yitzchok Halpert –
718.972.1651**

24/7 Search and Technical Assistance  1-800-543-6862

Main Menu  |  My Account  |  Print  |  Contact Us  |  Log Out

| People | Businesses | Assets | Licenses | Phones | Courts | Health Care | News | Analytical Tools |

Advanced Person Search | People at Work | | | | | Voter Registrations | Florida contacts | Deaths Search |

Coverage   ? Help

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Phone | DOB | Age Range |
|---|---|---|
| 7189721651 | | - |

**Additional Subject Information**

| Other Last Name | Other City | Other State | Other State |
|---|---|---|---|
| | | | |

| Relative First Name | Other Relative First Name |
|---|---|
| | |

**Phonetic Search:** ☐

**Reference Code:**
20080293

**DOL:**

Click for Search Tips:
Subject/Relative Search  ⓘ
Multiple Name Search  ⓘ
Previous State Search  ⓘ
Previous City Search  ⓘ
Name / SSN4 Search  ⓘ
Initials Search  ⓘ
Partial Address Search  ⓘ

LexisNexis®
**Accurint**
for AIG

**Output Type:** ◉  Formatted HTML  ○  Cut and Paste / Printer Friendly Text (No Reports)

**Important:**  The Public Records and commercially available data sources used in this system have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.

**Search completed**                                              **Records:  1 to 4 of 4**

SEARCH:  Phone: 7189721651                                        Edit Search | New Sear

**Click Icons Below To Run a Report**    📊 Export to Excel  ⓘ Icon Legend    **Click Icons Below To Run a Report**

718-972-1651 - Active
HALPERT YITZCHOK

718-858-5406 - Active
HALPERT JOSEPH

718-972-1651
HALPERT YITZCHOK
(Current Listing Name)

718-972-1651
HALPERT YITZCHOK
(Current Listing Name)

718-972-1651 - Active
HALPERT YITZCHOK

718-972-1651 - Active
HALPERT YITZCHOK

**Export to Excel**          **Records: 1 to 4 of 4**
SEARCH:  Phone: 7189721651

Edit Search | New Search

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# Comprehensive Report

**Comprehensive Report**
**Date:** 06/17/08
**Reference Code:** 20080293

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ -
Probable Current Address

---

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: <u>YITZCHO HALPERT</u><br>Age:<br>SSN: | [No Data Available] | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

## Address Summary

✓ <u>4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY</u> (Jun 2000 - Jun 2008)
Phone at address: <u>718-972-1651</u>  **HALPERT YITZCHOK**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
    [None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
<u>Bankruptcies:</u>
    None Found
<u>Liens and Judgments:</u>
    None Found
<u>UCC Filings:</u>
    None Found
<u>Phones Plus:</u>
    1 Found
<u>People at Work:</u>
    None Found
<u>Driver's License:</u>
    None Found
<u>Address(es) Found:</u>
    1 Verified and 0 Non-Verified Found
<u>Possible Properties Owned:</u>
    None Found
<u>Motor Vehicles Registered:</u>
    None Found
<u>Watercraft:</u>
    None Found
<u>FAA Certifications:</u>
    None Found
<u>FAA Aircrafts:</u>
    None Found
<u>Possible Criminal Records:</u>
    None Found
<u>Sexual Offenses:</u>
    None Found
<u>Florida Accidents:</u>
    None Found
<u>Professional Licenses:</u>
    None Found
<u>Voter Registration:</u>
    None Found

Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  None Found

## Bankruptcies:
  [None Found]

## Liens and Judgments:
  [None Found]

## UCC Filings:
  [None Found]

## Phones Plus(s):
  Name: YITZCHO HALPERT
  Address: 4608 10TH AVE, BROOKLYN NY 11219-2345
  Phone Number: 718-972-1651
  Carrier: VERIZON NEW YORK INC - (BROOKLYN (KINGS), NY)

## People at Work:
  [None Found]

## Driver's License Information:
  [None Found]

## Address Summary:   View All Address Variation Sources
  ✓ 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY (Jun 2000 - Jun 2008)

## Active Address(es):   View All Address Variation Sources
  ✓ 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY (Jun 2000 - Jun 2008)
    Current Residents at Address:
      MIRIAM KOHN
      MOSES Z KOHN
      LEAH KOHN
      ROBERT S MANDELL
      JOSEPH WIESNER
      PINCHAS KAFF
      BRACHA KAFF
      MOSHE Y GARFINKEL
      ESTHER B KOHN
      YAAKOV Y KOHN
    HALPERT YITZCHOK  718-972-1651
    Property Ownership Information for this Address
      Property:
        Parcel Number - 5619-7501
        Name Owner : WEST SIDE MANOR CONDOMINIUM ASSOC
        Property Address: - 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY
        Owner Address: 4520 18TH AVE, BROOKLYN NY 11204-1204, KINGS COUNTY
        Land Size - 10000 SF
        Data Source - B

## Possible Properties Owned by Subject:
  [None Found]

## Motor Vehicles Registered To Subject:
  [None Found]

## Watercraft:
  [None Found]

## FAA Certifications:
  [None Found]

## FAA Aircrafts:
  [None Found]

## Possible Criminal Records:
  [None Found]

## Sexual Offenses:
  [None Found]

## Florida Accidents:
  [None Found]

**Professional License(s):**
[None Found]
**Voter Registration:**
[None Found]
**Hunting/Fishing Permit:**
[None Found]
**Concealed Weapons Permit:**
[None Found]
**Possible Associates:**
[None Found]
**Source Information:**

| All Sources | 2 Source Document(s) |
|---|---|
| PhonesPlus Records | 1 Source Document(s) |
| Person Locator 4 | 1 Source Document(s) |

**Accurint on the phone # that came up for Gitel Halpert listed as Yitzchok Halpert –
718.972.1651**

24/7 Search and Technical Assistance  1-800-543-6862

Main Menu  |  My Account  |  Print  |  Contact Us  |  Log Out

People | Businesses | Assets | Licenses | Phones | Courts | Health Care | News | Analytical Tools

Advanced Person Search | People at Work | Instant ID | People Statewide Pub. Rec. | Patriot Act | Sexual Offenders | Voter Registration | Florida Accidents | Death Search

Coverage   ? Help

**Last Name**       **First Name**       **Middle Name**       **SSN**

**Street Address**       **City**       **State**   **Zip**

**Phone**       **DOB**       **Age Range**

7189721651                             -

**Reference Code:**

20080293

**DOL:**

**Additional Subject Information**

**Other Last Name**   **Other City**   **Other State**   **Other State**

**Relative First Name**   **Other Relative First Name**

Click for Search Tips:

Subject/Relative Search ⓘ
Multiple Name Search ⓘ
Previous State Search ⓘ
Previous City Search ⓘ
Name / SSN4 Search ⓘ
Initials Search ⓘ
Partial Address Search ⓘ

**Phonetic Search:** ☐

**Output Type:** ⦿ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

LexisNexis⁺
**Accurint**⁺
for AIG

**Important:** The Public Records and commercially available data sources used in this system have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.

**Search completed**                     **Records:  1 to 4 of 4**

EARCH:  Phone: 7189721651                     Edit Search | New Sear

**Click Icons Below To Run a Report**   🖿 **Export to Excel**  🎱 **Icon Legend**   **Click Icons Below To Run a Report**

- Active
HALPERT YITZCHOK

- Active
HALPERT JOSEPH

HALPERT YITZCHOK
(Current Listing Name)

718-972-1651
HALPERT YITZCHOK
(Current Listing Name)

718-972-1651 - Active
HALPERT YITZCHOK

718-972-1651 - Active
HALPERT YITZCHOK

**Export to Excel**          **Records: 1 to 4 of 4**

SEARCH: Phone: 7189721651

Edit Search | New Search

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

**Comprehensive Report**
**Date:** 06/17/08
**Reference Code:** 20080293

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ -
Probable Current Address

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: YITZCHO HALPERT<br>Age:<br>SSN: | [No Data Available] | Bankruptcy: No<br>Property: No<br>Corporate Affiliations: No |

## Address Summary

✓ 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY (Jun 2000 - Jun 2008)
Phone at address: 718-972-1651  **HALPERT YITZCHOK**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
Bankruptcies:
   None Found
Liens and Judgments:
   None Found
UCC Filings:
   None Found
Phones Plus:
   1 Found
People at Work:
   None Found
Driver's License:
   None Found
Address(es) Found:
   1 Verified and 0 Non-Verified Found
Possible Properties Owned:
   None Found
Motor Vehicles Registered:
   None Found
Watercraft:
   None Found
FAA Certifications:
   None Found
FAA Aircrafts:
   None Found
Possible Criminal Records:
   None Found
Sexual Offenses:
   None Found
Florida Accidents:
   None Found
Professional Licenses:
   None Found
Voter Registration:
   None Found

Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  None Found

## Bankruptcies:
[None Found]

## Liens and Judgments:
[None Found]

## UCC Filings:
[None Found]

## Phones Plus(s):
Name: YITZCHO HALPERT
Address: 4608 10TH AVE, BROOKLYN NY 11219-2345
Phone Number: 718-972-1651
Carrier: VERIZON NEW YORK INC - (BROOKLYN (KINGS), NY)

## People at Work:
[None Found]

## Driver's License Information:
[None Found]

## Address Summary:   View All Address Variation Sources
✓ 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY (Jun 2000 - Jun 2008)

## Active Address(es):   View All Address Variation Sources
✓ 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY (Jun 2000 - Jun 2008)
  Current Residents at Address:
    MIRIAM KOHN
    MOSES Z KOHN
    LEAH KOHN
    ROBERT S MANDELL
    JOSEPH WIESNER
    PINCHAS KAFF
    BRACHA KAFF
    MOSHE Y GARFINKEL
    ESTHER B KOHN
    YAAKOV Y KOHN
  HALPERT YITZCHOK   718-972-1651
  Property Ownership Information for this Address
    Property:
      Parcel Number - 5619-7501
      Name Owner : WEST SIDE MANOR CONDOMINIUM ASSOC
      Property Address: - 4608 10TH AVE, BROOKLYN NY 11219-2345, KINGS COUNTY
      Owner Address: 4520 18TH AVE, BROOKLYN NY 11204-1204, KINGS COUNTY
      Land Size - 10000 SF
      Data Source - B

## Possible Properties Owned by Subject:
[None Found]

## Motor Vehicles Registered To Subject:
[None Found]

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Florida Accidents:
[None Found]

**Professional License(s):**
[None Found]
**Voter Registration:**
[None Found]
**Hunting/Fishing Permit:**
[None Found]
**Concealed Weapons Permit:**
[None Found]
**Possible Associates:**
[None Found]
**Source Information:**

| | |
|---|---|
| All Sources | 2 Source Document(s) |
| PhonesPlus Records | 1 Source Document(s) |
| Person Locator 4 | 1 Source Document(s) |

**Accurint search on the phone number (717.657.0789) that appears on the Policy Inforce Summary sheet as the phone number for Yitzchok Halpert Dialed…comes back to CRUMP INS. SERVICES**

24/7 Search and Technical Assistance 1-800-543-6862

Main Menu | My Account | Print | Contact Us | Log Out

People | Businesses | Assets | Licenses | Phones | Courts | Health Care | News | Analytical Tools

Person

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| | | | | | |

| Phone | DOB | Age Range |
|---|---|---|
| 7176570789 | | - |

Reference Code:
20080293

DOL:

☑ Search for other possible name spellings    ☐ Include Bankruptcies

Output Type:  ⦿ Formatted HTML    ○ Cut and Paste / Printer Friendly Text (No Reports)

LexisNexis®
**Accurint®**
for AIG

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Search completed                                    Records: 1 to 15 of 15

EARCH: Phone: 7176570789                                    Edit Search | New Sear

Click Icons Below To Run a Report    📊 Export to Excel   ⓘ Icon Legend    Click Icons Below To Run a Report

All

| | | | | |
|---|---|---|---|---|
| | JOHN FRANCIS JENNINGS | 199 WATER STREET28TH FLOOR NEW YORK NY 10038 | Jan 07 | 717-657-0789 |
| | DEBORAH JEAN BARNHART | 631 S MEADOW LN HUMMELSTOWN PA 17036-7412 | Jan 07 | 717-657-0789 |
| | ALAN H HERMAN | 1421 SILVER CREEK DR MECHANICSBURG PA 17050-8322 | Apr 06 | 717-657-0789 |
| | JOETTE P ALBERT | 505 COACHMAN LN PALMYRA PA 17078-3819 | Jan 07 | 717-657-0789 |

| | | | | |
|---|---|---|---|---|
| MAARK E LOGAN | 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 | 58 THOMAS ST # B<br>HARRISBURG PA 17103-2416 | Oct 96 - Apr 07 | 717-657-0789 |
| MARK EDWARDS LOGAN | 172-56-68831/1963 (45) | 58 THOMAS ST APT B<br>HARRISBURG PA 17103-2416 | Oct 96 - Apr 07 | 717-657-0789 |
| ALAN H HERMAN | | PO BOX 2453<br>HARRISBURG PA 17105-2453 | Apr 06 - Jan 07 | 717-657-0789 |
| PHILIP ALLEN KISTLER | | 4200 CRUMS MILL RD<br>HARRISBURG PA 17112-2886<br>Skilled nursing care facility. | Mar 03 - Oct 05 | 717-657-0789 |
| ALAN HARVEY HERMAN | | Tax return preparation service.<br>4250 CRUMS MILL RD<br>HARRISBURG PA 17112-2885 | Oct 05 - Apr 06 | 717-657-0789 |
| PHILIP A KISTLER | | 4250 CRUMS MILL RD<br>HARRISBURG PA 17112-2889 | Jun 05 | 717-657-0789 |
| PATRICK CHARLES REEDER | | 4250 CRUMS MILL RD<br>HARRISBURG PA 17112-2889 | Nov 03 - Mar 07 | 717-657-0789 |
| JOHN EDWIN SCHUYLER | | 4250 CRUMS MILL RD<br>HARRISBURG PA 17112-2889 | Aug 05 - Oct 05 | 717-657-0789 |
| DENNISE HILL | | 553 N 2ND ST<br>STEELTON PA 17113-2104 | | 717-657-0789 |
| ROBERT BRUCE ALKIRE | | PO BOX 2400<br>MELBOURNE FL 32902-2400 | Jan 07 | 717-657-0789 |
| GRAHAM DOUGLAS SOUTHALL | | 913 WOODLAND RD<br>WAUCONDA IL 60084-1474 | Dec 04 - Mar 06 | 717-657-0789 |

**Export to Excel**  **Records: 1 to 15 of 15**

SEARCH:  Phone: 7176570789

Edit Search | New Search

LIVE CHECK                    57

'08 JAN 3 AM 11:00

01/03/2009  11:35  0724029  5170

HANA FAMILY TRUST                                    9990

                                            Date 12/28/07

PAY American General Life Ins. Co. _____ | $ 366,690 00/100
is the order of

Three hundred sixty six thousand and six hundred ninety _____ Dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com
Memo # U100200542

⑆021000021⑆  742750375⑈ 9990

RECEIVED

DEC 3 1 2007

NEW BUSINESS

# HANA SALAMON (MOSCOVICI)

## 2 Hana Moscovici's appear in the Accurint Database; one of which is deceased....

*Extremely relevant in view of my conversation with Walter Carroll of Chase Bank...the bank on the Hana Salamon Family Trust check premium payment!!!!!!*

---

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** Insurance
**Your GLBA Permissible Use:** Fraud Prevention or Detection

## Comprehensive Report

**Comprehensive Report**
**Date:** 09/18/08
**Reference Code:** 20080293

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ - Probable Current Address

---

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: HANA **MOSCOVICI**<br>Age:<br><br>SSN: 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 issued in **Illinois** between **1/1/1988** and **12/31/1990**<br>View All SSN Sources | HANA SALAMON<br>SSN: 319-82-xxxx | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

## Address Summary

6220 N SAINT LOUIS AVE, CHICAGO IL 60659-2210, COOK COUNTY (Jul 2008 - Aug 2008)
  Phone at address: 773-267-5918  **GARELICK JORDAN**
                         773-583-5070  **GARELICK JORDAN**

4141 COLLINS AVE APT 107, MIAMI BEACH FL 33140-3236, MIAMI-DADE COUNTY (Feb 2003 - Sep 2003)

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
    [None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
    Bankruptcies:
        None Found
    Liens and Judgments:
        None Found
    UCC Filings:
        None Found
    Phones Plus:

None Found
People at Work:
None Found
Driver's License:
None Found
Address(es) Found:
0 Verified and 2 Non-Verified Found
Possible Properties Owned:
None Found
Motor Vehicles Registered:
None Found
Watercraft:
None Found
FAA Certifications:
None Found
FAA Aircrafts:
None Found
Possible Criminal Records:
None Found
Sexual Offenses:
None Found
Florida Accidents:
None Found
Professional Licenses:
None Found
Voter Registration:
None Found
Hunting/Fishing Permit:
None Found
Concealed Weapons Permit:
None Found
Possible Associates:
None Found

## Bankruptcies:
[None Found]

## Liens and Judgments:
[None Found]

## UCC Filings:
[None Found]

## Phones Plus(s):
[None Found]

## People at Work:
[None Found]

## Driver's License Information:
[None Found]

## Address Summary:   View All Address Variation Sources
6220 N SAINT LOUIS AVE, CHICAGO IL 60659-2210, COOK COUNTY (Jul 2008 - Aug 2008)
4141 COLLINS AVE APT 107, MIAMI BEACH FL 33140-3236, MIAMI-DADE COUNTY (Feb 2003 - Sep 2003)

## Previous And Non-Verified Address(es):   View All Address Variation Sources
6220 N SAINT LOUIS AVE, CHICAGO IL 60659-2210, COOK COUNTY (Jul 2008 - Aug 2008)
Current Residents at Address:
JORDAN R GARELICK
ROUHAMA M GARELICK
L GARELICK
JESSICA L GARELICK
AVRAHAM CHAIM SCHICK
RAINIER SCHICK
JORDAN R GARELICK
HANA MOSCOVICI
JORDAN GARELICK
JORDAN GARELICK
Current phones listed at this address:
GARELICK JORDAN   773-267-5918
GARELICK JORDAN   773-583-5070
Property Ownership Information for this Address
Property:

Parcel Number -
Name Owner : GARELICK, JORDAN R & ROUHAMA
Property Address: - 6220 N SAINT LOUIS AVE  CHICAGO IL 60659-2210  COOK COUNTY
Owner Address: 6220 N SAINT LOUIS AVE  CHICAGO IL 60659-2210  COOK COUNTY
Data Source - A

4141 COLLINS AVE APT 107  MIAMI BEACH FL 33140-3236  MIAMI-DADE COUNTY **(Feb 2003 - Sep 2003)**

**Property Ownership Information for this Address**

Property:

Parcel Number - 02-3226-018-0280
Book - 15861
Page - 3068
Name Owner : CARMENATES AURELIO J
Name Owner 2: CARMENATES XIOMARA I
Property Address: - 4141 COLLINS AVE APT 107  MIAMI BEACH FL 33140-3236  MIAMI-DADE
Owner Address: 9400 SW 91ST ST  MIAMI FL 33176-1922  MIAMI-DADE COUNTY
Land Usage - CONDOMINIUM
Total Market Value - $205,750
Assessed Value - $205,750
Improvement Value - $205,750
Year Built - 1981
Name of Seller : KANNER MINNA
Loan Amount - $96,000
Loan Type - CONVENTIONAL
Lender Name - AIB MTG CORP
Data Source - A

# Possible Properties Owned by Subject:
[None Found]
# Motor Vehicles Registered To Subject:
[None Found]
# Watercraft:
[None Found]
# FAA Certifications:
[None Found]
# FAA Aircrafts:
[None Found]
# Possible Criminal Records:
[None Found]
# Sexual Offenses:
[None Found]
# Florida Accidents:
[None Found]
# Professional License(s):
[None Found]
# Voter Registration:
[None Found]
# Hunting/Fishing Permit:
[None Found]
# Concealed Weapons Permit:
[None Found]
# Possible Associates:
[None Found]
# Source Information:

| All Sources | 2 Source Document(s) |
| Person Locator 1 | 1 Source Document(s) |
| Historical Person Locator | 1 Source Document(s) |

# ASSET SEARCH for Moscovici

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** Insurance
**Your GLBA Permissible Use:** Fraud Prevention or Detection

---

# Asset Report

**Date:** 09/18/08
**Reference Code:** 20080293

## Subject Information

Name: HANA MOSCOVICI
Age:
SSN: 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  issued in **Illinois** between **01/01/1988** and **12/31/1990**

## AKAs (Names Associated with Subject)

HANA SALAMON
    SSN: 319-82-xxxx
Gender: **Female**

## Indicators

Bankruptcy: **No**

# Property: No

Corporate Affiliations: **No**

## Address Summary (✓ - Probable Current Address)

6220 N SAINT LOUIS AVE, CHICAGO IL 60659-2210, COOK COUNTY (Jul 2008 - Aug 2008)
Neighborhood Profile (2000 Census)
Average Age: **33**   Median Household Income: **$50,250**   Median Home Value: **$237,000**   Average Years of Education: **14**

4141 COLLINS AVE APT 107, MIAMI BEACH FL 33140-3236, MIAMI-DADE COUNTY (Feb 2003 - Sep 2003)
Neighborhood Profile (2000 Census)
Average Age: **42**   Median Household Income: **$38,214**   Median Home Value: **$367,900**   Average Years of Education: **14**

## Vehicle Registrations

[No Data Available]

## Watercraft

[No Data Available]

## UCC Filings

[No Data Available]

## FAA Pilots

[No Data Available]

## FAA Aircraft

[No Data Available]

## Property Deeds

[No Data Available]

## Property Assessment

[No Data Available]

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** Insurance
**Your GLBA Permissible Use:** Fraud Prevention or Detection

# Comprehensive Report
## This Hana Moscovici is DECEASED!

# Different DOB than the above Hana Moscovici, and this deceases one does not have an address history except for Brooklyn, NY

**Comprehensive Report**
**Date:** 09/18/08
**Reference Code:** 20080293

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ - Probable Current Address

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: HANA MOSCOVICI **D**<br>Date of Birth: 3/6/1922<br>**Date of Death: 4/1996 (KINGS, NY)**<br>Age at Death: 74 **(Born 86 years ago)**<br>SSN: 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 issued in **New York** between **1/1/1978** and **12/31/1980**<br>View All SSN Sources | [No Data Available] | Bankruptcy: No<br>**Property: No**<br>Corporate Affiliations: **No** |

## Address Summary

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
   Bankruptcies:
      None Found
   Liens and Judgments:
      None Found
   UCC Filings:
      None Found
   Phones Plus:
      None Found

People at Work
    None Found
Drivers License
    None Found
Address(es) Found
    0 Verified and 0 Non-Verified Found
Possible Properties Owned
    None Found
Motor Vehicles Registered
    None Found
Aircraft
    None Found
FAA Certifications
    None Found
FAA Accidents
    None Found
Possible Criminal Records:
    None Found
Sexual Offenses
    None Found
Florida Accidents
    None Found
Professional Licenses:
    None Found
Voter Registration
    None Found
Hunting/Fishing Permit
    None Found
Concealed Weapons Permit
    None Found
Possible Associates.
    None Found

## Bankruptcies:
[None Found]

## Liens and Judgments:
[None Found]

## UCC Filings:
[None Found]

## Phones Plus(s):
[None Found]

## People at Work:
[None Found]

## Driver's License Information:
[None Found]

## Address Summary:
[None Found]   View All Address Variation Sources

## Possible Properties Owned by Subject:
[None Found]

## Motor Vehicles Registered To Subject:
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Possible Associates:**
[None Found]

**Source Information:**

| | |
|---|---|
| All Sources | 2  Source Document(s) |
| DECEASED | 1  Source Document(s) |
| Historical Person Locator | 1  Source Document(s) |

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

Name:  MOSCOVICI, HANA

Address:

BROOKLYN, NY 11211

KINGS COUNTY

SSN:            078-62-xxxx

Date of Birth:  03/06/1922

# Deceased

This data is for informational purposes only.

**Deceased Information**

Name:           MOSCOVICI, HANA

SSN:            078-62-xxxx

Age at Death:   74

Date of Birth:  03/06/1922

Date of Death:  04/1996

American General Life Insurance Company, Houston, TX AIG Life Insurance Company, Wilmington, DE
The United States Life Insurance Company in the City of New York, New York, NY

The above listed life insurance company ("Company") as selected on page one of this application is responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

## Agreement, Authorization to Obtain and Disclose Information and Signatures

I, the Primary Proposed Insured and Owner signing below, agree that I have read the statements contained in this application and any attachments or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application (1) will consist of Part A, Part B, and if applicable, related attachments including supplement(s) and addendum(s); and (2) shall be the basis for any policy and any rider(s) issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the risk; and (2) the policy is within its contestable period.

Except as may be provided in any Limited Temporary Life Insurance Agreement, I understand and agree that even if I paid a premium no insurance will be in effect under this application, or under any new policy or any rider(s) issued by the Company, unless or until all three of the following conditions are met: (1) the policy has been delivered and accepted; and (2) the full first modal premium for the issued policy has been paid; and (3) there has been no change in the health of any Proposed Insured(s) that would change the answers to any questions in the application before items (1) and (2) in this paragraph have occurred. I understand and agree that if all three conditions above are not met: (1) no insurance will begin in effect; and (2) the Company's liability will be limited to a refund of any premiums paid, regardless of whether loss occurs before premiums are refunded.

Limited Temporary Life Insurance Agreement ("LTLIA") – If I have received and accepted the LTLIA, I understand and agree that such insurance is available only on the life of the Primary Proposed Insured under the life policy (and the Other Proposed Insured under a joint and survivorship life policy, if applicable) and only if the following four conditions are met: (1) the full first modal premium is submitted with this application and paid; and (2) only "no" answers have been truthfully given to the Health and Age Questions in section 15; and (3) Part A and Part B of the application must be completed, signed and dated; and (4) all medical exam requirements must be satisfied. I understand and agree that such insurance is not available with any riders or any accident and/or health insurance.

I understand and agree that no agent is authorized to accept risks or pass upon insurability, make or modify contracts, or waive any of the Company's rights or requirements.

I have received a copy of or have been read the Notices to the Proposed Insured(s).

I give my consent to all of the entities listed below to give to the Company, its legal representative, American General Life Companies LLC ("AGLC") (an affiliated service company), and affiliated insurers all information they have pertaining to: medical consultations; treatments; surgeries; hospital confinements for physical and/or mental conditions; use of drugs or alcohol; drug prescriptions; or any other information for me, my spouse or my minor children. Other information could include items such as: personal finances; habits; hazardous avocations; motor vehicle records from the Department of Motor Vehicles; court records; or foreign travel, etc. I give my consent for the information outlined above to be provided by: any physician or medical practitioner; any hospital, clinic or other health care facility; pharmacy benefit manager or prescription database; any insurance or reinsurance company; any consumer reporting agency or insurance support organization; my employer; or the Medical Information Bureau (MIB).

I understand the information obtained will be used by the Company to determine: (1) eligibility for insurance; and (2) eligibility for benefits under an existing policy. Any information gathered during the evaluation of my application may be disclosed to: reinsurers; the MIB; other persons or organizations performing business or legal services in connection with my application or claim; me; any physician designated by me; or any person or entity required to receive such information by law or as I may further consent.

I, as well as any person authorized to act on my behalf, may, upon written request, obtain a copy of this consent. I understand this consent may be revoked at any time by sending a written request to the Company, Attn: Underwriting Department at P.O. Box 1931, Houston, TX 77251-1931. This consent will be valid for 24 months from the date of this application. I agree that a copy of this consent will be as valid as the original. I authorize AGLC or affiliated insurers to obtain an investigative consumer report on me. I understand that I may: request to be interviewed for the report and receive, upon written request, a copy of such report. ☐ Check if you wish to be interviewed.

**IRS Certification:** Under penalties of perjury, I certify: (1) that the number shown on this application is my correct Social Security or Tax ID number; and (2) that I am not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code; and (3) that I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require my consent to any provisions of this document other than the certifications required to avoid backup withholding. You must cross out item (2) if you are subject to backup withholding and cross out item (3) if you are not a U.S. person (including a U.S. resident alien).

Proposed Insured(s)/Owner Signature

Signed at (city, state) Lakewood, New Jersey On (date) 12/16/07

Primary Proposed Insured X [signature]

(If under age 15, signature of parent or guardian)

Other Proposed Insured X

(If under age 15, signature of parent or guardian)

Owner (If other than Primary Proposed Insured) X [signature]

Agent(s) Signature(s)

I certify that the information supplied by the Primary Proposed Insured(s)/Owner has been truthfully and accurately recorded on the Part A application.

Writing Agent Name (please print) Yitzchok Halpert Writing Agent # ____

Writing Agent Signature X [signature] Countersigned ____

(Licensed resident agent if state required)

010/010

HALPERT

12/26/2007 03:07 FAX 7188505511

**Hana Salamon**
**ASSET Search – Accurint**

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Asset Report

**Date:** 01/23/08
**Reference Code:** 20080293

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: HANA SALAMON<br>Age:<br>SSN: 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 issued in **New York** between **01/01/1954** and **12/31/1957** | [No Data Available] | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
MARTIN SALAMON
DOB: **12/1915** Age: **92**

## Address Summary  (✓ - Probable Current Address)

✓ 4910 17TH AVE APT 2J, BROOKLYN NY 11204-1185, KINGS COUNTY (Jun 2003 - Jan 2008)
Phone at address: (718) 851-9250 **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of Education: **12**

✓ 4910 17TH AVE APT 2Z, BROOKLYN NY 11204-1157, KINGS COUNTY (Jun 2003 - May 2007)
Phone at address: (718) 851-9250 **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of Education: **12**

✓ 4910 17TH AVE APT 4G, BROOKLYN NY 11204-1187, KINGS COUNTY (Oct 1990 - Nov 2006)
Phone at address: (718) 851-9250 **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of Education: **12**

4141 COLLINS AVE APT 109, MIAMI BEACH FL 33140-3238, MIAMI-DADE COUNTY (Feb 2005)
Neighborhood Profile (2000 Census)
Average Age: **42**    Median Household Income: **$38,214**    Median Home Value: **$367,900**    Average Years of Education: **14**

## Vehicle Registrations

[No Data Available]

| ## Watercraft | ## UCC Filings |
|---|---|
| [No Data Available] | [No Data Available] |
| ## FAA Pilots | ## FAA Aircraft |
| [No Data Available] | [No Data Available] |

**Property Deeds**

[No Data Available]

**Property Assessment**

[No Data Available]

## ClaimSearch®

## Claims Inquiry

Home | Claims Reporting | Claims Inquiry | VIN Decoding | NICB Submission | SIU Case Manager | Decision Net | OFAC | Account Management

Log Out

Single Party Search | Two Party Search | Previous Matches | Deferred Reports | AMA Search

Print-Format Report

**Search Results - Name Summary**

**Displaying page 1 of 1**

**Your search matches more than one name. Please select one of the two following options:**
   1. Click on a name's hyperlink to generate a match report.
   2. Select a number of names using the check boxes, then click **VIEW** to generate a match report for all selected names.

Select all on this page

| | Name | Address | City | State | Date Of Loss | Role | Type | R/C |
|---|---|---|---|---|---|---|---|---|
| ☐ | ⊞ SILBIGER,JULIUS, Q | 1722 EAST 27 ST | BROOKLYN | NY | 04/23/1994 | INSD | PROP | |
| ☐ | ⊞ SILBIGER,DAVID, Q | 1034 E 31ST ST | BROOKLYN | NY | 09/30/1999 | CLMT | P&C | |
| ☐ | ⊞ SILBIGER,JULIUS Q | 1722 EAST 27 ST | BROOKLYN | NY | 01/03/1993 | INSD | THFT | |
| ☐ | ⊞ SILBIGER,JULIUS Q | 1722 EAST 27 ST | BROOKLYN | NY | 08/29/1994 | INSD | VHPD | |
| ☐ | ⊞ SILBIGER,JULIUS Q | 1722 EAST 27 ST | BROOKLYN | NY | 08/25/1996 | INSD | VHPD | |
| ☐ | ⊞ SILBIGER,MIRIAM, Q | 1722 E 27TH ST | BROOKLYN | NY | 12/12/1999 | INSD | P&C | |



| | SILBIGER,MIRIAM | 1722 EAST 27 ST | BROOKLYN | NY | 02/21/1997 | INSD | THFT |
| | SILBIGER,SUSAN,H | 2019 NEW YORK AVE | BROOKLYN | NY | 06/02/1997 | INSD | P&C |
| | SILBIGER,MOSHE | 1815 50 ST | BRKLYN | NY | 12/12/1992 | CLMT | CASU |
| | SILBIGER,DAVID, | 1034 E31ST 2ND FL | BROOKLYN | NY | 09/30/1999 | CLMT | P&C |

# HANA SALAMON
# ACCURINT COMPREHENSIVE
# 1.24.2008

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

**Comprehensive Report**
**Date:** 01/23/08
**Reference Code:** 20080293

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ -
Probable Current Address

---

## Subject Information

**Name:** HANA SALAMON
**Age:**
**SSN:** 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  issued in  **New York** between **01/01/1954** and **12/31/1957**

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
MARTIN SALAMON
DOB: **12/1915** Age: **92**

## AKAs (Names Associated with Subject)

[No Data Available]

## Indicators

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

## Address Summary

✓ 4910 17TH AVE APT 2J  BROOKLYN NY 11204-1185, KINGS COUNTY (Jun  2003 - Jan  2008)
Phone at address: (718) 851-9250  **SALAMON MR**

✓ 4910 17TH AVE APT 2Z, BROOKLYN NY 11204-1157, KINGS COUNTY (Jun  2003 - May  2007)
Phone at address: (718) 851-9250  **SALAMON MR**

✓ 4910 17TH AVE APT 4G, BROOKLYN NY 11204-1187, KINGS COUNTY (Oct  1990 - Nov  2006)
Phone at address: (718) 851-9250  **SALAMON MR**

4141 COLLINS AVE APT 109, MIAMI BEACH FL 33140-3238  MIAMI-DADE COUNTY (Feb  2005)

## Others Associated With Subjects SSN:

(DOES NOT usually indicate any type of fraud or deception)
MARTIN SALAMON  DOB: 12/1915 Age: 92
090-30-xxxx issued in New York  between  01/01/1954  and  12/31/1957

## Comprehensive Report Summary: (Click on Link to see detail)

Bankruptcies.
None Found
Liens and Judgments.
None Found
UCC Filings.
None Found
People at Work.
None Found

Driver's License
  None Found
Address(es) Found
  3 Verified and 1 Non-Verified Found
Possible Properties Owned
  None Found
Motor Vehicles Registered
  None Found
Watercraft
  None Found
FAA Certifications
  None Found
FAA Aircrafts
  None Found
Possible Criminal Records
  None Found
Sexual Offenses
  None Found
Florida Accidents
  None Found
Professional Licenses
  None Found
Voter Registration
  None Found
Hunting/Fishing Permit
  None Found
Concealed Weapons Permit
  None Found
Possible Associates
  None Found

## Bankruptcies:
  [None Found]

## Liens and Judgments:
  [None Found]

## UCC Filings:
  [None Found]

## People at Work:
  [None Found]

## Driver's License Information:
  [None Found]

## Address Summary:
  ✔ 4910 17TH AVE APT 2J, BROOKLYN NY 11204-1185, KINGS COUNTY (Jun 2003 - Jan 2008)
  ✔ 4910 17TH AVE APT 2Z, BROOKLYN NY 11204-1157, KINGS COUNTY (Jun 2003 - May 2007)
  ✔ 4910 17TH AVE APT 4G, BROOKLYN NY 11204-1187, KINGS COUNTY (Oct 1990 - Nov 2006)
  4141 COLLINS AVE APT 109, MIAMI BEACH FL 33140-3238, MIAMI DADE COUNTY (Feb 2005)

## Active Address(es):
  HANA SALAMON - ✔ 4910 17TH AVE APT 2J, BROOKLYN NY 11204-1185, KINGS COUNTY (Jun 2003 - Jan 2008)
    Current phones listed at this address:
      SALAMON MR   (718) 851-9250
      HALPERN AARON RABBI   (718) 854-7705
      HEALTHY FASHIONS   (718) 715-1726
      LOCK & KEY 24 HR FAST ASSISTANCE   (718) 593-8124

DINA SALAMON - ✓ 4910 17TH AVE APT 2L BROOKLYN NY 11219-1157 KINGS COUNTY (Jun 2003 - May 2007)
> **Current phones listed at this address:**
> SALAMON MR   (718) 851-9250
> HALPERN AARON RABBI   (718) 854-7705
> HEALTHY FASHIONS   (718) 715-1709
> LOCK & KEY 24 HR FAST ASSISTANCE   (718) 854-8014

DINA SALAMON - ✓ 4910 17TH AVE APT 1G BROOKLYN NY 11204-1187 KINGS COUNTY (Oct 1990 - Nov 2006)
> **Current phones listed at this address:**
> SALAMON MR   (718) 851-9250
> HALPERN AARON RABBI   (718) 854-7705

## Previous And Non-Verified Address(es):

DINA SALAMON - 1141 COLLINS AVE APT 409 MIAMI BEACH FL 33139-3238 MIAMI-DADE COUNTY (Feb 2005)

## Possible Properties Owned by Subject:
[None Found]

## Motor Vehicles Registered To Subject:
[None Found]

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Florida Accidents:
[None Found]

## Professional License(s):
[None Found]

## Voter Registration:
[None Found]

## Hunting/Fishing Permit:
[None Found]

## Concealed Weapons Permit:
[None Found]

**Possible Associates:**
[None Found]

| | | | |
|---|---|---|---|
| **Badatz Mehadrin -USA** | 732-363-7979 | 1140 Forest Ave. | |
|  נתכבד הרב שלמה גיטינגער רב דקהל זכרון יעקב ליקוואוד , נ.דזז | **Double U** **Kashrus Badatz Mehadrin USA** | Lakewood, NJ 08701 Rabbi Y. Shain (732) 363-7979 | 1140 Forest Ave. Lakewood, NJ 0870 |
| | **Rabbi Shlomo Gissinger** | (732) 364-8723 | 170 Sunset Rd. Lakewood, NJ 08701 |
| KCL | **Kashrus Council of Lakewood N.J.** | Rabbi Avrohom Weisner (732) 901-1888 | 750 Forest Ave. #66 Lakewood, NJ 08701 |

# Hana Salamon – Trust – 750 Lakewood, NJ 08701
## C/O Joel Katz and Aaron Knopfler

**Kashrus Council of Lakewood N.J.**
750 Forest Ave. #66
Lakewood, NJ 08701
(732) 901-1888
Rabbi Avrohom Moshe Weisner

DATE:                          August 21, 2008

TO:                            Harry Jackson, Supervising Investigator
                               New York State Insurance Frauds Bureau
                               25 Beaver Street
                               New York, NY 10004

FROM:                          Stephen Mostecak
                               Principal Investigator
                               AIG World Investigative Resources (AIGWIR)
                               P.O. Box 372
                               West Nyack, NY 10994

---

IFB LOG #:                     **2008-L-002643 (2/13/2008)**

INSURED:                       HANA SALAMON (Age 77)
                               4910 17th Avenue – Apartment 2J
                               Brooklyn, NY 11204
                               718.851.9250 (Home)
                               718.926.5442 (Possible Cell)

POLICY OWNER/PAYOR:  Hana Family Trust DTD 12-10-2007
                               C/O Joel Katz & Aaron Knopfler
                               750 Forest Ave., Lakewood, NJ 08701

POLICY APPLICATION
DATE RANGE:                    December 13 through December 28, 2007

POLICY ISSUED:                 December 28, 2008

POLICY #:                      U10022254L ($8.5M policy value)

AIGWIR FILE #:                 2008-0293

INSURER:                       AIG American General Life Insurance Company, an AIG
                               subsidiary company

OFF. LOCATION:                 Kings County, NY

UNDERWRITER:                   Crump Insurance Services (on behalf of AIG)

SUBJECTS of
INTEREST:                      1. Hana Salamon (Insured)
                               2. Yitzchok (Gitel) Halpert (Agent)
                               3. Pinchas M. Geller (CPA of Insured)
                               4. Pessie Silbiger – (Insured's Grand-Niece)
                               5. John Vega (Infolink)

## 'BACKGROUND' AND SUMMARY OF INVESTIGATION:

This case is a suspect Investor Owned Life Insurance/Stranger Owned Life Insurance (IOLI/SOLI/STOLI) policy investigation. Material misrepresentations have been uncovered in the policy application documents and the insured and her accountant (who provided the financial disclosures regarding the insured's net worth with which AIG American General relied on for the issuance of the policy) have been uncooperative. <u>The broker has not been interviewed to date</u>. The insured's 'attorney' refuses to allow his 'client' to be interviewed relative to this investigation. The insured, in her policy application, represents as having assets and a net worth in excess of $12M. Investigation indicates that this insured and/or her accountant, et al, are materially misrepresenting the financials.

By way of background in the event that the reviewers of this document may not be familiar with the complexities involved in IOLI/SOLI transactions, the intent from the point of sale is to invest in the life (or death) of the individual being insured. The four players in this type of transaction are an agent, a secondary market organization that purchases in-force life insurance contracts (settlement company), a lender making funding available to the settlement company, and the owner of the contract to be written. This is typically a legal vehicle, such as an LLC or a Trust.

The agent solicits the sale of life insurance to an individual whose life is insurable and who has a reasonable need for insurance (at least according to what is reported on the life policy application). The policy values range in value from $500K to in excess of $20M. A broker will offer an elderly (ostensibly wealthy) person, free (**no cost whatsoever**) life insurance for two years. The two-year time frame is important because that is the contestability period in which the insurance company can rescind the policy. The clock on the two-year period starts with the date of the policy issuance. After two years, the policy cannot be rescinded and any fraud that hasn't been uncovered in the initial two years of the policy issuance generally cannot be pursued.

This "free insurance" is accomplished by the settlement company using **non-recourse** (the insured is not personally liable for the loan which is secured by the policy) premium financing. The policy premiums are financed by a lender (a hedge fund or group of investors) for the two years.

There is usually financial inducement to the individual to convince him/her to participate as the insured. Oftentimes, the broker gives the proposed insured cash up front (usually 2% to 5% of the policy value – 5% of a $10M policy is $500K to the insured) for applying and going through a medical exam, and for using the insured's unused insurance capacity. If the insured dies within the two-year contestability period, the family (and usually set up as a trust) named as the beneficiary, receives the death benefit, minus the cost of the lender's loan. If the insured does not die within the two years, they can opt to keep the policy and pay back the loan plus interest. Or, they can sell the policy and use the money to pay back the loan, or transfer it to the lender and pay nothing.

There is no apparent reason for the insured to pay back the loan plus interest at the end of the two years, since the sole reason for this arrangement, if not a requirement for this arrangement, is that the policy is taken out to be sold on the secondary market to repay the aforementioned non-recourse loan. It is at this point after the pre-arranged sale that the lenders/investors become the policy owners, which is the original goal of the investors and the broker. Once this happens and the insured later dies, the policy proceeds of the high value policy are paid to the investors who own the policy, not the family members.

A **Trust** under normal circumstances is created at the insured's behest for the exclusive benefit of a person or persons having a familial or economic interest in the preservation of the insured's life. **However**, in fraudulent IOLI/SOLI transactions, a Trust is created at the behest of an investor or investors who have no such familial or economic interest in the insured's continued life and that those non related investors are the beneficiaries and premium payors. If the Trust is set up fraudulently and part of that fraud is to name the Trust as the owner of the policy (no longer is the insured the owner), then an authorization and release is required by the 'new' owner of the policy. Getting this 'owner' to provide a signed release of information form is not likely.

The potential for large financial rewards for both the agent and the consumer increase the likelihood that some will engage in fraudulent activity. Unscrupulous agents may misrepresent, withhold, or manipulate specific details of the sale and ownership in order to avoid the underwriter's scrutiny and declination of the application. By hiding the actual intent to make it a SOLI/IOLI contract, the agent may acquire the policy as a term contract. Then, at a future point within the two year period, the agent will convert it to a permanent contract and collect an additional commission of up to 5% of the policy face amount.

These incredible financial rewards can result in medical and financial records being entirely fabricated by the agent and/or others. Medically impaired individuals suddenly have no medical history at all. Healthy stand-ins are examined to fool the underwriter. Spread sheets are utilized to create entirely false financial documents that appear to be CPA statements attesting to the multi-million dollar net worth of the individual being insured. The agent is compensated as noted above. The individual being insured receives a financial inducement for participating in the scheme, and the settlement company will ultimately receive an investment return much larger than it should have since the contract face amount is both inflated and underpriced.

"Non-fraudulent" SOLI transactions received attention when the talk-show host Larry King had purchased two policies totaling $15M in death benefits and flipped them for $550K and $850K respectively. (There was no fraud in the policy application since Mr. King possessed the net worth and assets that he claimed in his application.) The investors clearly expect that King, who is 74 and has serious heart problems, won't live too much longer. King was not thrilled with his $1.4M payoff; he sued for breach of fiduciary duty, claiming that he didn't realize the broker would get almost as much out of the transaction as he did, that he didn't know the sale would be taxed, and how he didn't know creating and transferring the policies would make it difficult to buy additional life insurance coverage (life insurers set limits based upon income and assets). These are some of the risks that insureds who are not fully aware of what they are getting into in these types of transactions.

In IOLI/SOLI transactions, the life policy is taken out not to protect the beneficiaries (families) that need the money, but rather for the purpose to be sold after the two year period to a group of strangers who have no insurable interest in the death of the insured. In New York and in most states, this violates the "insurable interest" statutes.

Also, by way of background, in December 2005, the New York State Insurance Department issued opinions on IOLI/SOLI arrangements; the opinions are as follows:

- These arrangements are "intended to facilitate the procurement of policies solely for resale."
- The policies are not obtained on the consumer's "own initiative."
-

- The potential transferees do not appear to have a legitimate insurable interest in the lives of the proposed insureds.
- The arrangements promote "the procurement of insurance solely as a speculative investment for the ultimate benefit of a disinterested third party" and are "contrary to the long established public policy against 'gaming' through life insurance purchases and are in violation of New York's insurable interest statutes," and
- They also raise questions of whether the consumer receives an illegal rebate based on the "free insurance" they receive.

Regarding the above mentioned "insurable interest," the NYS Insurance Department's website answers the question defining insurable interest as:

**Question:** In order to purchase life insurance I am told I must have an "insurable interest" in the person to be insured. What is "insurable interest"?

**Answer:** The Insurance law defines "insurable interest" as, in the case of persons closely related by blood or by law, a substantial interest engendered by love and affection. In the case of other persons, a lawful and substantial economic interest in the continued life, health or bodily safety of the person insured, as distinguished from an interest which would arise only by, or would be enhanced in value by, the death, disablement or injury of the insured.

IOLI/SOLI fraud impacts those who need to sell their life insurance and cannot get a fair price, due to the fraud. Those who need to sell their policies are the reason that HIPAA included tax exemption for the proceeds of viaticals.

By way if Intel, there are many players involved in fraudulent Stranger Owned Life Insurance scams. They are as follows:

- The **Broker** – makes hundreds of thousands of dollars in commissions on the sale of each multi-million dollar policy, and then gets a kick-back from the Viatical Settlement Companies once the policy is sold.
- The **Insured** – gets free multi-million dollar life insurance coverage for 2 years, and receives about 2 to 5% of the policy face value for filing out an application and taking a medical exam (and not cooperating with the insurance investigator). A $10M policy = a commission of $500K; then gets another kick once the policy is sold.
- The **Investors** – they pay the premiums for the insured for the first 2 years and then once sold they continue to pay until the insured (the stranger) dies. Let's say they pay $300K a year and pay it for say 10 years....the investors pay out $3M, but once the insured dies, they get the full $10M.
- The **Accountants** – these people who present fraudulent financial information obviously are getting a big chunk of remuneration for their putting the stamp of approval on the insured's assets (to the satisfaction of the insurance company Underwriters).
- The **Children/Relatives** of the Insured – they are receiving approximately $40 to $50K for just steering their elderly relatives to the brokers and investors.
- The **Trustees** – they are receiving approximately $500 just to have their name used as a Trustee on a bogus trust.
- The **Financial Investigative Companies** - they conduct a financial interview and search of the insured to verify assets on behalf of the insurance companies.

This finalizes the 'Background' portion of this Summary of Investigation.

A Member Company of
American International Group, Inc.

In regards to the Summary of Investigation in this particular investigation involving the life policy of Hana Salamon (AIG American General insured), it should be noted that suspect elements of an IOLI/SOLI policy issuance come to light via Special Investigative Units and Compliance Units communication and comparison of suspect IOLI/SOLI policies. In this case, AIG was approached by MetLife to determine if AIG insured, or received a policy application for insurance, on Hana Salamon. There were concerns by MetLife (on Hana Salamon's life policy application) of inflated net worth, that there were social security number discrepancies, and there was a failure to disclose existing, pending, or applied for life policies.

In order to facilitate the sharing of intelligence from MetLife to AIG and vice versa, all intelligence shared from one carrier to another requires a signed authorization from each respective carrier. The AIG American General policy application for the Hana Salamon policy contains 2 such authorization forms. The **first** is the *Agreement and Signatures* form. The verbiage of this document is as follows:

---

*"The proposed insured signing below, agree that I have read the statements contained in this application and any attachments or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application: (1) will consist of Part A, Part B, and if applicable, related attachments including supplement(s) and addendum(s); and (2) shall be the basis for any policy and any rider(s) issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the risk; and (2) the policy is within the contestable period.*

*Except as may be provided in any Limited temporary Life Insurance Agreement, I understand and agree that even if I paid a premium no insurance will be in effect under this application, or under any new policy or any rider(s) issued by the Company, unless or until all three of the following conditions are met: (1) the policy has been delivered and accepted; and (2) the full first model premium for the issued policy has been paid; and (3) there has been no change in the health of the proposed Insured(s) that would change the answers to any questions in the application before items (1) and (2) in this paragraph have occurred. I understand and agree that if three conditions above are not met: (1) no insurance will begin in effect; and (2) the Company's liability will be limited to a refund of any premiums paid, regardless of whether loss occurs before premiums are refunded.*

*I understand and agree that no agent is authorized to: accept risks or pass upon insurability; make or modify contracts; or waive any of the Company's rights or requirements.*

*I have received a copy or have been read the Notice(s) to the proposed Insured(s).*

*Fraud*
*Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties."*

This *Agreement and Signatures* document was signed by Hana Salamon (proposed insured) and Yitzchok Halpert (agent).
**(Attachment # 1)**

The **second** authorization form that AIG American General used in the Hana Salamon policy application is the *Agreement, Authorization to Obtain and Disclose Information and Signatures* form. This form was allegedly signed in Lakewood, NJ on 12/13/2007. The "Trust" for this policy (Hana Family Trust) is stated as being located at 750 Forest Avenue, Lakewood, NJ 08701. Selected verbiage from this document is as follows:

*"The proposed insured signing below, agree that I have read the statements contained in this application and any attachments or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this application: (1) will consist of Part A, Part B, and if applicable, related attachments including supplement(s) and addendum(s); and (2) shall be the basis for any policy and any rider(s) issued. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the risk; and (2) the policy is within the contestable period.*

*I give my consent (valid for 24 months) to the Company (AIG American General Life Companies and affiliated insurers all information they have pertaining to: (lists many categories, one of which is personal finances)to any insurance company, etc."*

This *Agreement, Authorization to Obtain and Disclose Information and Signatures* form was signed by Hana Salamon and Yitzchok Halpert.
**(Attachment # 2)**

It should further be noted that another form exists in the AG Part A life application and is titled, *Agent Certification Form*. The verbiage of this document is as follows:

*"This form must be submitted in connection with any application for permanent life insurance seeking a death benefit of $500,000.00 or more and the insured is age 70 or older* (our insured is 77 years of age). *AIG American General may also request agents to complete this certification in other situations where it is deemed appropriate. Carefully review these statements and the Company Field bulletins regarding Investor Owned Life Insurance and Stranger Owned Life Insurance before submitting this form.*

- *Are all or part of the premiums paid towards this policy being financed? (This does not include financing through a split dollar agreement with your employer or a family's private split dollar agreement.)*
- *If the answer is "no," check the appropriate box and sign below.*
- *If the answer is "yes" please check the appropriate box, review and sign the certification below. If the answer is "yes" and you cannot sign the certification please let us know and we will return the application so you can pursue placing the business with another carrier.*

1) *I have reviewed and am familiar with all aspects of the premium financing proposal.*
2) *Based upon my review of the financing proposal I believe that the costs associated with this premium financing proposal are such that assuming no change in the insured's health it is more likely than not that the insured will maintain the policy in force for the benefit of his/her beneficiaries and those beneficiaries will receive more than 80% of the policy death benefit.*

*3)   The insured is not receiving any cash payment, borrowing funds in excess of those required to pay the scheduled premiums or receiving any other consideration as an inducement to participate in this transaction.*

*4)   There is no prearranged agreement to transfer the policy to a third party.*

*5)   All materials used in connection with the solicitation and sale of this policy were either produced by the life insurance company or have been submitted to the life insurer for its review and approval.*

*6)   I have read the Field Bulletins dated February 2, 2006 and July 27, 2005 regarding Investor Owned Life Insurance, Stranger Owned Life Insurance and Viatical Transactions, and believe this transaction is in compliance with the Company policies set forth in those Bulletins regardless of whether the lending program is a recourse or non-recourse loan.* The aforementioned Field Bulletins are made a part of this report:

**(Attachment # 3)**

The agent, Yitzchok Halpert signed the bottom of this form on 12/13/2007 and checked the "NO" box which states: None of the premiums for the policy sought with the application for Hana Salamon (insured) dated 12/13/2007 will be financed other than pursuant to a split dollar agreement (a funding arrangement that helps one individual obtain life insurance at a cost lower than would otherwise be possible. This is achieved by sharing (splitting) the premium with another individual or entity, such as a business).

**(Attachment # 4)**

As regards this investigation and to reiterate the issues addressed in the first paragraph of this Background and Summary of Investigation, issues of our insured's alleged (and reported on her application for insurance) net worth and undisclosed policy coverage are in question. The insured's application denotes property ownership totaling $12M, none of which can be verified by this investigator. As such, in my attempts to verify the validity of this insured's net worth, it is very important to note that our insured, Hana Salamon, has declined to allow me to interview her in person. Her attorney, Ed Ruben, has declined me an opportunity to interview her, the insured's accountant (Pinchas Geller) has declined to produce any records pertaining to his involvement in the finances of Hana Salamon concerning her purported assets. The company that AIG American General utilized to verify the assets, Infolink, contacted the accountant by phone and relied on the estimation of net worth solely based on a phone call without any substantiation. While this process of income verification is sometimes accepted by the life insurance carrier, in the totality of the suspect issues in this investigation, it requires intense scrutiny.

In this investigation, material misrepresentations have been uncovered in the economic/financial underwriting sections of the policy application, and in the initial policy application itself. The suspect aspects/material misrepresentations of this investigation will be bullet-pointed, and each is necessary to disclose and comprehend the full context of this case referral. The pertinent points are as follows:

- I was originally contacted by MetLife's Compliance Investigator, Jim Bilello (732.326.5138), to determine if AIG had issued a life policy on Hana Salamon re possible undisclosed coverage on a suspect IOLI/SOLI policy MetLife was reviewing a policy application from Hana Salamon dated **12/17/2007**, and they had not yet issued a policy on her. MetLife advised that they were originally requested for a $10M policy, which was later reduced to a request for a $5M policy (to ensure issue) if Hana Salamon waived her stress test. As an aside, Mr. Bilello advised that his policy file reflects that Hana Salamon was to pay her premium of $456,813 from <u>savings</u>. Refer to the 4th bullet-point below for more specifics.

**(Attachment # 5 – MetLife Request)**

A Member Company of
American International Group, Inc

- I located Hana Salamon's AIG American General (hereafter referred to as "AG") policy # U10022254L *issued* on **12/28/2007** for **$8.5M with an annual premium of $366,690.00.** **(Attachment # 6 – AG Inforce Policy Summary)**

- Hana Salamon's AG signed policy application Part A and Part B (and her Financial Questionnaire) are originally dated **12/13/2007** (**4 days *prior to* MetLife's application**). This is important to note as evidence that this insured (and/or her agent – Yitzchok Halpert) had full knowledge that policies of insurance were being requested and applied for from both AG and MetLife. AG's Part A application under the category of Existing Coverage specifically asks, "Does any proposed insured have an existing or pending annuities or life insurance policies?" The question was answered with a "Yes." However, this "Yes" obviously only referred to this insured disclosing a $200K face value policy issued in 1970 (noted on our application) and not the applied for or pending MetLife policy for an original requested policy of $10M (omitted in our application). It is interesting to note that the MetLife application does ***not*** show any existing, pending or applied for life insurance coverage when in fact this insured applied with AG prior to her application with MetLife (hence a material misrepresentation on the MetLife policy). The MetLife application also does not disclose the 1970 $200K policy disclosed on the AG application. It should also be noted that this insured began her application process for life insurance coverage back in October 2007 when she started the medical application process. **(Attachment # 7 - AG Policy Application)** **(Attachment # 8 - MetLife Policy Application)**

- As part of the AG application in the Agent's Report section, "Yes" is checked off for this proposed insured having any existing or pending life policies and that if "Yes," the ***Remarks Section*** needed to be filled out, but it is left blank. Yet, the proposed insured said "Yes" to having a $200K policy in 1970, and it may be construed that the Agent was simply referencing this $200K without "stating it again;" however, it can be a clear attempt not to disclose the MetLife application by leaving the Remarks Section unanswered. **(Attachment # 9 – Agent's Report)**

- As stated in the first bullet point above, on 12/17/2007, Ms. Salamon signed an application for a policy with MetLife but they did not issue. It is important to note here that though parts of the AG application pre-date the MetLife application, the proposed insured and the agent both signed the AG final application document on 12/20/2007; this indicates a material misrepresentation on our policy application since the MetLife policy application of 12/17/2007 was not disclosed as pending or applied for insurance life coverage. Also, when Hana Salamon and the agent signed the policy ***Acceptance and Amendment of Application form*** on 12/28/2007, a question was asked on that form as follows:

"Neither I or any other proposed insured has since the date of application....acquired any knowledge or belief that any statements made in the application are now inaccurate or incomplete".....the proposed insured and the agent signed off that nothing has changed since the application, which is not true as per MetLife's application for coverage. **(Attachment # 10 – Acceptance and Agreement of Application Form)**

- AG's policy application shows a DOB of 01/*21*/1931. MetLife's application shows a DOB of 01/*12*/1931. **(Attachment # 11 – AG Application - DOB)** **(Attachment # 12 – MetLife Application - DOB)**

A Member Company of
American International Group, Inc.

policy application Part A shows Ms. Salamon's SSN as 319.82.9295 (hand-written). On her policy application Part B, her SSN was hand-written as 319.82.9296 (ended in 6).

**(Attachment # 13 – AG Application - SSN)**

- MetLife's application shows Hana Salamon's social security number as being 319.82.9296 (typed). These date of birth and social security number 'discrepancies' are suspect red flags possibly intended to throw off any investigations insurance companies make by skewing the numbers.

**(Attachment # 14 - MetLife Application – SSN)**

- AG's application and financials show earned income of $150K and unearned Dividends of $360K for a total income of $470K.

**(Attachment # 15 – AG Financials - Income)**

- AG's application shows **Net Worth** total assets as being approximately **$14M - $15M** with $12M in Real Estate (notes say she owns two (2) - 16 unit apartment complexes in NY, 2-stock CD's, and personal assets and paintings (her policy application lists her as a self-employed artist).

**(Attachment # 16 – AG Financials – Net Worth)**

- MetLife's application <u>differs</u> from the AG application in that their financial disclosures state that the proposed insured had a **Net Worth** of **$10M** ($4M to $5M less than on our application), and earned annual income of $100K and unearned income of $50K (different than that what was stated on our policy application referenced above).

**(Attachment # 17 – MetLife Financial – Income and Net Worth)**

- Infolink inspection report of 12/20/2007 (with information gathered on 12/18/2007 by John Vega, President, Infolink Global Profiles) reflects a telephone interview only of the proposed insured and her accountant. The proposed insured gave Infolink (company requested by the Crump Services broker, Greata Siegars on behalf of AIG) a DOB of 1/12/1931 (now in concert with the DOB on the MetLife application). The proposed insured, as stated specifically by John Vega states, "According to the applicant (and confirmed as accurate by her accountant), these two 16 unit apartment complexes have an estimated $12M cumulative market value." Note that AIG American General based the issuance of the $8.5M policy on Hana Salamon on this verification. Stated specifically in the report is as follows:

INCOME:
  1. Artist - copper sheet artwork and oil paintings - self-employed with an income of + or - $150K annually
  2. Dividends/Interest + or - $130K
  3. Rentals + or - $200K for a *TOTAL INCOME* of + or - $480K

WORTH:
  1. 2 - 16 Unit Apartment Complexes - $12M
  2. Primary Residence - $750K
  3. Stocks/Bonds, etc. - $2M
  4. Personal Effects - $150K
  5. Applicant's Original Artwork - $1M for a total worth of $15.9M

The Infolink report states, "All assets were derived from estimates provided by the Applicant and her Accountant, and appear to be accurate." The Report indicates that Infolink conducted a

database credit history check on the Applicant (there are a few minor debts referred to collection agencies) but interestingly, did not do any Net Worth or Property Ownership database search. I conducted these searches (as well as on this insured's husband, Martin Salamon) and there is absolutely no mention of ownership of any kind, especially of any apartment complexes, etc.

Mrs. Salamon does live in an apartment building that went coop, but there is no ownership record that shows that Salamon owns the unit 2J she resides in. Real estate value research indicates that if a unit was owned in the section of Brooklyn that Salamon resides, the value would be nowhere near the $750K residence value as stated in the Infolink report. There was no mention of tax returns ever reviewed, only the reliance on the Accountant.
**(Attachment # 18 - Infolink Report)**

John Vega, in a 12/27/2007 email to Greta Siegars regarding Hana Salamon states, "We absolutely verified the information with the accountant – he was very cooperative - I have included his telephone # should the underwriters care to speak with him themselves. We always verify financial estimates on the larger inspections and we always include in the narrative form whom we received independent third party financial verification."
**(Attachment # 19 – John Vega Email to Crump Services Underwriter)**

My initial attempt to interview Mr. Vega regarding his financial report and his conversations with the Accountant with whom he based his financial report on, resulted in the email synopsis that follows:

American International Group:
Mr. Vega:

I am a Fraud Investigator with AIG and I am reviewing the above policy, and I see your name in the file as contacting the Crump Underwriter, Greta Seigars. Kindly call me please. Thanks.

Stephen J. Mostecak
Principal Investigator

American International Group:

**Mr. Vega's email response of 6/9/08:**
Contact my home office with regard to this matter (Hooper Holmes - Infolink). This inspection report was completed more than one year ago and I have already spoken to someone claiming to be an AIG fraud investigator with regard to this case at least one year ago. I have no need to correspond with you nor with anyone else regarding this case. If you attempt to contact me again, you will be hearing from my attorney. Thank you.
John D. Vega
President: Infolink Global Profiles
E-Mail: vegairs@yahoo.com
**(Attachment # 20 – John Vega's Email Response to Principal Investigator Mostecak)**

Since Infolink is an American General vendor contracted to conduct financial investigations on proposed insureds, there is absolutely no reason to write such an email response as per above. This response is another red flag.

I subsequently spoke with the AVP of Infolink, Mr. Mike Madden, and I discussed the email response from John Vega. Mr. Madden said that he is familiar with Mr. Vega. Mr. Madden went on

to relate that they use many, many different vendors, but AIG doesn't want to be billed by all the vendors separately, so they all go through one billing entity, which is Infolink. Infolink pays these

Vendors directly, and this is the case of John Vega. Mr. Madden said that in no way should Mr. Vega have responded to my inquiry in that manner. He also said that this is what bothers him about all these vendors. They have made a relationship with a local agent or broker, and when the broker tells the vendor that we need some help on this case and we give you a lot of business....you know what happens then.

Mr. Madden asked what business name did Mr. Vega use. I advised him that he used President, Infolink Global Services. Mr. Madden said that he can't use the name Infolink. Mr. Madden said that his email was outrageous and Vega should:

    1. Never have referred me to the home office, and
    2. To suggest that he would contact his attorney if I contacted him again was out of line.

I later was able to speak with John Vega, as per Mr. Madden suggesting that he contact me. He said that he was given a phone number (718.501.4060) by the proposed insured to contact the accountant to verify that she had all the assets that she claimed including the two 16 unit apartment complexes. He said he called that number which was a cell number for the accountant. He said that he thought that it was odd that he was not given an office number for the accountant. He called and spoke with the accountant who identified himself to Mr. Vega as Pinchas(e) Geller, Brooklyn, NY (it should be noted that Mr. Vega did not get, or was not given, a physical address for this accountant. Mr. Vega said that AIG does not pay for any database search to check the financial assets and, as such, the assets were verified by a verbal cominique.

- I made repeated attempts to contact our insured to arrange for an interview to determine how Mrs. Salamon came to get this life policy and to discuss her financial assets due to the discrepancies mentioned previously. I was also in contact with Mrs. Salamon's grand-niece, Pesse Silbiger, whom Mrs. Salamon wanted present during my interview. I had several conversations with both Pesse Silbiger and our insured, but all efforts to arrange an interview have been negative despite in-person visits to the apartment residence. My attempts to contact this insured, and my conversations with her grand-niece are chronologically as follows:

    1. 2/6/08 – Travel to insured's residence at 4910 17th Avenue, apartment 2J, Brooklyn, NY 11204. This insured was ostensibly not home so I left a calling card and a letter of introduction

    2. 2/7/08 – Sent overnight UPS mail to Mrs. Salamon with a letter for her to contact me regarding her life policy with American General. Delivery confirmed on 2/8/2008.

    3. 2/26/08 – Sent letters to Mrs. Salamon via both certified mail and regular mail.

    4. 4/7/08 – I was contacted by Pesse Silbiger. She advised that Mrs. Salamon had been away for the winter in Florida and had just returned. She said that she would contact me to arrange for a mutually agreeable meeting with her and Mrs. Salamon.

    5. 5/5/08 – Called and left a message for Pessie Silbiger.

    6. 5/5/08 – Sent another letter to Mrs. Salamon both UPS and regular mail.

    7. 5/7/08 – Called both Ms. Silbiger and Mrs. Salamon and left messages to contact me.

why I needed to speak to Mrs. Salamon and I explained that there were certain aspects of the policy that I needed to clarify.

9. 5/13/08 – Left message for Pessie Silbiger.

10. 5/13/08 – Called and spoke with Mrs. Salamon. She said that she wants to meet with me but that she would like her attorney present, and she asked me to contact Pessie to arrange the meeting.

11. 5/13/08 – Left message for Pessie Silbiger.

12. 5/16/08 – Traveled to Brooklyn in an attempt to speak with Pessie Silbiger (different address that the insured) regarding my investigation, to no avail.

13. 5/16/08 – Called and spoke with Mrs. Salamon. She said that she would contact Pessie for Pessie to arrange a meeting.

14. 5/21/08 – Left message for Pessie Silbiger.

15. 5/21/08 – Called and spoke with Mrs. Salamon. She said she's taking her husband to the doctor now. She said that she's calling Pessie now to make an appointment with me now and she appreciates my patience. I asked her if she applied for a life policy with MetLife insurance company and she said, "I don't know, I don't want to speak over the phone."

16. 5/29/08 – Left a message for Pessie Silbiger.

17. 5/30/08 – Sent letters again to our insured to contact me and to Pessie Silbiger. Ms. Silbiger's mail came back as "Return to sender." This address, 1156 42nd street, Brooklyn, NY 11219, was the listed address in a database search.

18. 6/13/08 – Called and spoke with our insured. She said that she was willing to meet with me but that, at this point, she said that she wanted me to contact her attorney (Ed Ruben) directly. Mrs. Salamon said that she used Ed Ruben for insurance and real estate dealings.

19. 6/13/08 – Called and left message with Ed Ruben. He returned a call and advised me that he did not want me to meet with his client. He said that there was nothing productive to be gained from me interviewing her. He said that she was the insured on the policy and not the owner. Mr. Ruben later called back and said that he was going to sue me and AIG for harassment of his client.

- A review of the file indicated that the Accountant/Certified Public Accountant with whom John Vega of Infolink spoke to and verified the financials of this insured was a **Pinchase Geller, tele. no. 718.501.4060.** All efforts to locate Mr. Geller (with the name spelling provided by Infolink) met with negative results and when his phone number (a cell number; not an office number) is called, the voicemail states, "The number or code you have dialed is incorrect." The Infolink report did not indicate any specific address for the accountant (only, Brooklyn, NY).
  **(Attachment # 21 – Infolink Report Re Accountant)**

- Investigation on the bank noted on Mr. Vega's Infolink report for this insured is **Berkshire & Abrle** in Brooklyn, NY. Investigation disclosed that this financial institution does not exist. There is a Berkshire Bank which is a licensed bank with their headquarters in Manhattan and licensed by the New York Banking Department. I have checked with the

A Member Company of
American International Group, Inc

State of NY Banking Department, the FDIC, the Federal Reserve, and the National Information Center that has a listing of every financial institution. I have also checked with the Financial Coordinator of the Manhattan DA's office who confirms the non-existence of any financial institution known as Berkshire & Abrle. In addition, I checked with FBI

Agent Benjamin Berry of the Bank Fraud Unit, and he advised that he never heard of a bank or lending institution by the name of Berkshire and Abrle.
**(Attachment # 22 – Infolink Report regarding the Bank)**

- Mr. Vega's Infolink report reflects that Mrs. Salamon owns two-16 unit apartment complexes in NY. However, all database asset searches do not reflect this or any real estate ownership. Mr. Vega's report states that the value of these apartment complexes is $12M cumulative market value as of December 2007. All asset searches for Hana Salamon and her husband, Martin Salamon
**(Attachment # 23)**

- There is a work # that appears on the MetLife policy application, 718.925.5442.
**(Attachment # 24)**

- On page 4 of the Part A of the AG life policy application (dated 12/13/2007) under Non-medical Questions letter C, the question is asked, "Has any Proposed Insured…During the past 90 days submitted an application for life insurance to any company or begun the process of filling out an application?"…."NO" is checked off. This, of course, contradicts the MetLife application process.
**(Attachment # 25 – Non-medical Question Letter C)**

- On AG's Part A application dated 12/13/2007, it is indicated that the Ownership and Beneficiary of the policy are "pending Trust." However, there is <u>another</u> Part A document in the file dated 12/16/2007. On this version it indicates that the TRUST has already been established on 12/10/2007, and the Trust is named the Hana Family Trust and the trustees are

Joel Katz and Aaron Knopfler. It is interesting to note that on the MetLife application dated 12/17/2007, it is stated that a "Trust is pending" when in fact it is completed already per our 12/10/2007 document referenced above. The address of the Trust is 750 Forest Av., Lakewood, NJ 08701.
**(Attachment # 26)**

- On the AG policy the agent is Yitzchok Halpert and the agents on the MetLife policy are Mayer Kramarsky and Lazer Levi.

-

WITNESSES:

Stephen Mostecak, Principal Investigator
AIG World Investigative Resources (AIGWIR)
P.O. Box 372
West Nyack, NY 10994
845. 398.0675 (Office)
866. 667.8514 (e-Fax)
917.862.2862 (Cell)

He can testify as to the investigation of the life policy file of HANA SALAMON. He gathered documents and retains custody of the investigative file, and is also this report's author.

AFFIRMATION:

The Multi-Line Investigation Division of AIG World Investigative Resources (AIGWIR), a wholly owned subsidiary company of AIG, conducted this investigation. AIG Claims Services, Inc. (AIGCS), also a wholly owned subsidiary of AIG, is the claim handling company for this worker's compensation claim of loss.

Principal Investigator Stephen Mostecak is a full time employee of AIGWIR's Multi Lines Investigation Division, Northeast Region, based out of Palisades, NY.

## EVIDENCE

### Investigation:

Stephen Mostecak
Principal Investigator

 **AIG World Investigative Resources**
*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
845.398.0675 - Phone
917.862.2862 - Cell
1.866.667.8514 - (E-fax)

February 6, 2008

Ms. Hana Salamon
4910 17th Avenue
Apartment 2J
Brooklyn, NY 11204

Re: Policy # U10022254L - $8.5M – AIG American General Life Insurance Company

Dear Ms. Salamon:

I am an Investigator with AIG World Investigative Resources. I attach the Summary Page of your life insurance policy with AIG that was issued on 12/28/2007 for your reference.

I left my business card at your apartment yesterday. Kindly contact me upon receipt of this letter, as there are some aspects of your life policy that I need to speak to you about in order to protect your interests. I enclose another business card as well.

Thank you.


Very truly yours,



Stephen Mostecak
Principal Investigator
Enc.
Sent via UPS



This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.


A Member Company of
American International Group, Inc

6.8 Letter to Hana Salamom

Stephen Mostecak
Principal Investigator

 **AIG World Investigative Resources**
*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
**845.398.0675** - Phone
**917.862.2862** - Cell
1.866.667.8514 - (E-fax)

May 5, 2008

**Mrs. Hana Salamon**
**4910 17th Avenue**
**Apartment 2J**
**Brooklyn, NY 11204**

**Re: Policy # U10022254L - $8.5M – AIG American General Life Insurance Company**

**Dear Mrs. Salamon:**

**I attach copies of my previous February 6 and February 26, 2008 letters that I sent to you.**

**I later received a call from Tesse Silbiger (she advised that she was your relative) advising that you were away.**

**As such, kindly contact me immediately regarding your above captioned policy,**

**Thank you.**

**Very truly yours,**

_____

**Stephen Mostecak**
**Principal Investigator**
**Enc.**
**Sent via UPS and regular mail.**

This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.

A Member Company of
American International Group, Inc

Stephen Mostecak
Principal Investigator

 **AIG World Investigative Resources**
*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
**845.398.0675** - Phone
**917.862.2862** - Cell
1.866.667.8514 - (E-fax)

May 5, 2008

**Mrs. Hana Salamon**
**4910 17th Avenue**
**Apartment 2J**
**Brooklyn, NY 11204**

Re: Policy # U10022254L - $8.5M – AIG American General Life Insurance Company

Dear Mrs. Salamon:

I attach copies of my previous February 6 and February 26, 2008 letters that I sent to you.

I later received a call from Tesse Silbiger (she advised that she was your relative) advising that you were away.

As such, kindly contact me immediately regarding your above captioned policy,

Thank you.

Very truly yours,

Stephen Mostecak
Principal Investigator
Enc.
Sent via UPS and regular mail.

This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.

A Member Company of
American International Group, Inc

5.8 Letter to Hana Salamom

**HANA Salamon**

I'll check into it Sir.

"jbilello" <jbilello@metlife.com> wrote:
>
> Original Recipients:
> To: Stephen.Mostecak@AIG.com
> Cc:
>
> Steve,
>     I'm following up with the Hana Salamon case.  On the attachment there
> was a note about cancellation on 1/28/08 - do you know if that was done and
> what that was about?  Thanks a lot.
>
> Jim Bilello
> Corporate Ethics and Compliance
> Phone: (732) 326-5138
> Fax: (732) 326-7315
> Right Fax: (908) 655-9901
>
>
>
>          "Mostecak,
>          Stephen"
>          <Stephen.Mostecak                                   To
>          @AIG.com>               "'James Bilello'"
>          01/22/2008 01:54        <jbilello@metlife.com>
>          PM                                                  cc
>
>                                                Subject
>                         FW: Fax From:  845 398 0675
>
>
>
>
>
>
>
>
>
> Hi Jim:

```
>
> Here is the Policy Summary Page for Hana Salamon.  I am checking on the
> 'Applied For' coverage on the others.
>
> Give me a call at your convenience to dicuss Hana Salamon.
>
> Thanks.
> Stephen J. Mostecak
> Principal Investigator
> AIG World Investigative Resources (AIGWIR)
> P.O. Box 372
> West Nyack, NY 10994
> Office: 845.398.0675; E-Fax: 1.866.667.8514
> Cell: 917.862.2862
> E/Mail: Stephen.Mostecak@AIG.com
> F.I.D. Intranet Site: <http://aignetprod.aig.com/cffid>
```

Stephen Mostecak
Principal Investigator

 **AIG World Investigative Resources**
*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
**845.398.0675 - Phone**
**917.862.2862 - Cell**
1.866.667.8514 - (E-fax)

February 26, 2008

Ms. Hana Salamon
4910 17th Avenue
Apartment 2J
Brooklyn, NY 11204

Re: Policy # U10022254L - $8.5M – AIG American General Life Insurance Company

Dear Ms. Salamon:

To reiterate, I am an Investigator with AIG World Investigative Resources. I attach a copy of my previous letter to you dated 2/6/08 that was DELIVERED to you by UPS on 2/8/08, Friday, @ 3:27 PM, tracking # 1Z 749 717 13 9985 896 3.

It is imperative that you contact me IMMEDIATELY concerning certain *suspect* aspects of your life policy application that you may not be aware of. It is also possible that you may not be aware that this policy on your life exists.

Since I have made repeated efforts to contact you via in-person visits, via several telephone calls and messages and via UPS and USPS mail, I am obligated to report this *suspect* matter to the New York State Insurance Frauds Bureau.

Thank you.

Very truly yours,

Stephen Mostecak
Principal Investigator
Enc.
Sent via Regular Mail and Certified Mail - RRR

This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.

A Member Company of
American International Group, Inc.

26.8 Letter to Hana Salamom

A Member Company of
American International Group, Inc.

26.8 Letter to Hana Salamom