Check the appropriate company.

**Authorization**

Proposed Insured: _____
☐ Metropolitan Life Insurance Company  ☐ MetLife Investors USA Insurance Company
☐ New England Life Insurance Company   ☐ General American Life Insurance Company
☐ MetLife Investors Insurance Company  ☐ Metropolitan Tower Life Insurance Company
The Company indicated above is referred to as "the Company".

This form was designed to comply with the requirements of the Health Insurance Portability and Accountability Act (HIPAA) rules.
**For underwriting and claim settlement purposes regarding me or any child(ren) under the age of 18 named below,**
**I authorize:**
- Any medical practitioner; any medical facility; any other medical entity; any insurer; any consumer reporting agency; and the MIB Group, Inc. (MIB) to give the Company information about me or such child(ren), including:
  - personal information and data;
  - entire medical file for the last ten (10) years, including medical information, records, and data (such as: office visits; patient treatment; hospitalization; drugs prescribed; medical test results, information about sexually transmitted diseases and other similar information);
  - information related to alcohol and drug abuse and treatment;
  - information, records and data relating to Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions, including Human Immuno-deficiency Virus (HIV) test results; and
  - information, records and data relating to mental illness.
- The Company to redisclose information received pursuant to this Authorization as authorized by me in writing or as otherwise permitted by applicable law.
- The Company to request and obtain: consumer; investigative consumer; or motor vehicle reports.
- Any employer, business associate, financial institution, or government agency to give the Company any information or data that it may have about occupations; avocations; driving record; finances; character; reputation; and aviation activities.
**I understand that:**
- Information, records and data that the Company receives pursuant to this Authorization will be used and maintained by the company as described in the Company's Privacy Notice, a copy of which was given to me
- All or part of the information, records and data that the Company receives pursuant to this Authorization may be disclosed to MIB. Such information may also be disclosed to and used by: any reinsurer; any Company employee; or any affiliate or independent contractor who performs a business service for the Company on the insurance applied for or on existing insurance with the Company. Information may also be disclosed as otherwise required or permitted by applicable laws.
- Information related to alcohol and drug abuse that has been disclosed to the Company may be protected by Federal Regulations 42 CFR part 2. This information may be redisclosed as provided in this Authorization.
- Medical information, records and data disclosed may become subject to federal and state laws or regulations, including federal rules issued by Health and Human Services, 45 CFR Parts 160-164. These rules set forth standards for the use, maintenance and disclosure of such information by health care providers and health plans. Once disclosed to the Company, this information may no longer be subject to those laws or regulations.
- Information obtained pursuant to this Authorization about me or such child(ren) may be used, to the extent permitted by law, to determine the insurability of other family members.
- Information relating to HIV test results will only be disclosed as permitted by applicable law.
- If underwriting determines that an investigative consumer report is needed, I will be contacted by the consumer reporting agency and interviewed in connection with its preparation.
- I am not required by law to sign this Authorization, but if I do not, the Company will not be able to underwrite my application for life insurance. In addition, health care provider(s) or health care plan(s) asked to release information pursuant to this Authorization can not condition treatment or payment for treatment or other benefits on my signing it.
- This Authorization will end 24 months from the date on this form or sooner if prescribed by law. I may revoke it at any time by writing to the Company and advising it that I have revoked this Authorization. Any action taken before the Company has received my revocation will be valid.
- I have a right to receive a copy of this form.
**A photocopy of this form is as valid as the original form.**

**SIGNATURES:**
(If a Proposed Insured is under age 18, the Parent or Guardian, (circle one) is to sign on line for such child.)

Proposed Insured #1 _Allen S. Lapides_____ Date _11/11/07_

Print Name of Proposed Insured #1 _Allen Lapides_____ Date of Birth _6-19-31_

Proposed Insured #2 _____ Date _____

Print Name of Proposed Insured #2 _____ Date of Birth _/___/___

Witness _James Imic_____ Date _11/11/07_

EAUTH-0S  (05/05)  ef

**Check the appropriate company.**

**Authorization**

Proposed Insured: _____
☐ Metropolitan Life Insurance Company   ☐ First MetLife Investors Insurance Company
☐ New England Life Insurance Company   ☐ Metropolitan Tower Life Insurance Company

*The Company indicated above is referred to as "the Company".*

This form was designed to comply with the requirements of the Health Insurance Portability and Accountability Act (HIPAA) rules.
For underwriting and claim settlement purposes regarding me or any child(ren) under the age of 18 named below,
I authorize:
- Any medical practitioner; any medical facility; any other medical entity; any insurer; any consumer reporting agency; and the MIB Group, Inc. (MIB) to give the Company information about me or such child(ren), including:
  - personal information and data;
  - entire medical file for the last ten (10) years, including medical information, records, and data (such as: office visits; patient treatment; hospitalization; drugs prescribed; medical test results; information about sexually transmitted diseases and other similar information);
  - information related to alcohol and drug abuse and treatment;
  - information, records and data relating to Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions; and
  - information, records and data relating to mental illness.
- The Company to redisclose information received pursuant to this Authorization as authorized by me in writing or as otherwise permitted by applicable law.
- The Company to request and obtain consumer; investigative consumer; or motor vehicle reports.
- Any employer; business associate, financial institution, or government agency to give the Company any information or data that it may have about: occupations; avocations; driving record; finances; character; reputation; and aviation activities.
I understand that:
- Information, records and data that the Company receives pursuant to this Authorization will be used and maintained by the company as described in the Company's Privacy Notice, a copy of which was given to me.
- All or part of the information, records and data that the Company receives pursuant to this Authorization may be disclosed to MIB. Such information may also be disclosed to and used by: any reinsurer, any Company employee or any affiliate or independent contractor who performs a business service for the Company on the insurance applied for or on existing insurance with the Company. Information may also be disclosed as otherwise required or permitted by applicable laws.
- Information related to alcohol and drug abuse that has been disclosed to the Company may be protected by Federal Regulations 42 CFR part 2. This information may be redisclosed as provided in this Authorization.
- Medical information, records and data disclosed may have been subject to federal and state laws or regulations, including federal rules issued by Health and Human Services, 45 CFR Parts 160-164. These rules set forth standards for the use, maintenance and disclosure of such information by health care providers and health plans. Once disclosed to the Company, this information may no longer be subject to those laws or regulations.
- Information obtained pursuant to this Authorization about me or such child(ren) may be used, to the extent permitted by law, to determine the insurability of other family members.
- Information relating to HIV test results will only be disclosed as permitted by applicable law.
- If underwriting determines that an investigative consumer report is needed, I will be contacted by the consumer reporting agency and interviewed in connection with its preparation.
- I am not required by law to sign this Authorization, but if I do not, the Company will not be able to underwrite my application for life insurance. In addition, health care provider(s) or health care plan(s) asked to release information pursuant to this Authorization can not condition treatment or payment for treatment or other benefits on my signing it.
- This Authorization will end 24 months from the date on this form or sooner if prescribed by law. I may revoke it at any time by writing to the Company and advising it that I have revoked this Authorization. Any act on taken before the Company has received my revocation will be valid.
- I have a right to receive a copy of this form.
A photocopy of this form is as valid as the original form.

**SIGNATURES:**
(If a Proposed Insured is under age 18, the Parent or Guardian (circle one) is to sign on line for such child.)

Proposed Insured #1   X _Lola Lieber Schwartz_   Date _12/18/2007_

Print Name of Proposed Insured #1 _Lola  Lieber-Schwartz_   Date of Birth _03/15/1923_

Proposed Insured #2 _____   Date _____

Print Name of Proposed Insured #2 _____   Date of Birth _____

Witness _____   Date _12/18/2007_

Check the appropriate company.

| **Authorization** | Proposed Insured: ——————————————<br>☐ Metropolitan Life Insurance Company  ☐ First MetLife Investors Insurance Company<br>☐ New England Life Insurance Company  ☐ Metropolitan Tower Life Insurance Company |
| --- | --- |

*The Company indicated above is referred to as "the Company".*

This form was designed to comply with the requirements of the Health Insurance Portability and Accountability Act (HIPAA) rules.
For underwriting and claim settlement purposes regarding me or any child(ren) under the age of 18 named below,
I authorize:
- Any medical practitioner; any medical facility; any other medical entity; any insurer; any consumer reporting agency; and the MIB Group, Inc. (MIB) to give the Company information about me or such child(ren), including:
  - personal information and data;
  - entire medical file for the last ten (10) years, including medical information, records, and data (such as: office visits; patient treatment; hospitalization; drugs prescribed; medical test results; information about sexually transmitted diseases and other similar information);
  - information related to alcohol and drug abuse and treatment;
  - information, records and data relating to Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions; and
  - information, records and data relating to mental illness.
- The Company to redisclose information received pursuant to this Authorization as authorized by me in writing or as otherwise permitted by applicable law.
- The Company to request and obtain: consumer; investigative consumer; or motor vehicle reports.
- Any employer, business associate, financial institution, or government agency to give the Company any information or data that it may have about: occupations; avocations; driving record; finances; character; reputation; and aviation activities.

I understand that:
- Information, records and data that the Company receives pursuant to this Authorization will be used and maintained by the company as described in the Company's Privacy Notice, a copy of which was given to me.
- All or part of the information, records and data that the Company receives pursuant to this Authorization may be disclosed to MIB. Such information may also be disclosed to and used by: any reinsurer; any Company employee; or any affiliate or independent contractor who performs a business service for the Company on the insurance applied for or on existing insurance with the Company. Information may also be disclosed as otherwise required or permitted by applicable laws.
- Information related to alcohol and drug abuse that has been disclosed to the Company may be protected by Federal Regulations 42 CFR part 2. This information may be redisclosed as provided in this Authorization.
- Medical information, records and data disclosed may have been subject to federal and state laws or regulations, including federal rules issued by Health and Human Services, 45 CFR Parts 160-164. These rules set forth standards for the use, maintenance and disclosure of such information by health care providers and health plans. Once disclosed to the Company, this information may no longer be subject to those laws or regulations.
- Information obtained pursuant to this Authorization about me or such child(ren) may be used, to the extent permitted by law, to determine the insurability of other family members.
- Information relating to HIV test results will only be disclosed as permitted by applicable law.
- If underwriting determines that an investigative consumer report is needed, I will be contacted by the consumer reporting agency and interviewed in connection with its preparation.
- I am not required by law to sign this Authorization, but if I do not, the Company will not be able to underwrite my application for life insurance. In addition, health care provider(s) or health care plan(s) asked to release information pursuant to this Authorization can not condition treatment or payment for treatment or other benefits on my signing it.
- This Authorization will end 24 months from the date on this form or sooner if prescribed by law. I may revoke it at any time by writing to the Company and advising it that I have revoked this Authorization. Any action taken before the Company has received my revocation will be valid.
- I have a right to receive a copy of this form.
A photocopy of this form is as valid as the original form.

| **SIGNATURES:** | | |
| --- | --- | --- |
| (If a Proposed Insured is under age 18, the Parent or Guardian, (circle one) is to sign on line for such child.) | Proposed Insured #1 *Hana Salamon* | Date 12/17/07 |
| | Print Name of Proposed Insured #1 Hana Salamon | Date of Birth 1/12/1931 |
| | Proposed Insured #2 _____ | Date _____ |
| | Print Name of Proposed Insured #2 _____ | Date of Birth _____ |
| | Witness _____ | Date _____ |

EAUTH-05-NY (05/05)  eF

**From:** Berry, Benjamin [Benjamin.Berry@ic.fbi.gov]
**Sent:** Sunday, July 27, 2008 4:59 PM
**To:** Mostecak, Stephen
**Subject:** Re: Bank

Steve: Never heard of this "bank." Sounds fraudulent to me. A check with the New York State Banking Department would give you a definitive answer. Also, about six months ago I was transfered out of the bank fraud area. Hope this is helpful. Regards, Ben

**From:** Mostecak, Stephen
**To:** Berry, Benjamin
**Sent:** Fri Jul 25 10:13:31 2008
**Subject:** Bank

Hi Ben:

Came across your name on Dave Rosenzweig's External Crimes contact list.  Quick question if I may, Sir.  I'm investigating several suspect Stranger Owned Life Insurance policies in Brooklyn.  An accountant of the insured indicates that this insured has a bank by the name of **Berkshire and Abrle** in Brooklyn, NY.  I can't find this name anywhere?  Might you have heard of it?  I think it's just part of the scam......Thanks.

Steve

*Stephen J. Mostecak*
**Principal Investigator**
**AIG** World Investigative Resources (AIGWIR)
Fraud Investigation Division
P.O. Box 372
West Nyack, NY 10994
Office: 845.398.0675; E-Fax: 1.866.667.8514
Cell: 917.862.2862
E/Mail: Stephen.Mostecak@AIG.com
F.I.D. Intranet Site: <http://aignetprod.aig.com/cffid>

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by AIG World Investigative Resources, Inc. or its affiliates, either jointly or severally, for any loss or damage arising in any way from its use.



**AIG World Investigative Resources (AIGWIR)**
**P.O. Box 372**
**West Nyack, NY 10994**
**845.398.0675 – Voice**
**1.866.667.8514 – Easylink Fax**
**E-mail: stephen.mostecak@aig.com**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO:**  Jim Bilello, MetLife
        Fax: 908.655.9901
        jbilello@metlife.com

**FROM:**  STEPHEN J. MOSTECAK
          Principal Investigator

**DATE:**  May 30, 2008

**RE:**  Hana Salamon

# OF PAGES:  2
(Including this cover sheet) * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Hi Jim:

This request is regarding Hana Salamon, DOB: 1.12.1931.

Please consider this a Special Investigations Unit request in support of an internal fraud investigation to determine whether agents of American General Insurance Company may have committed insurance fraud against AIG involving a suspect IOLI/SOLI investigation.

American General has issued a life policy on Hana Salamon and I am aware that Ms. Salamon has applied for life coverage from MetLife.

I attach a copy of Hana Salamon's signed authorization. As such, may I request a copy of the policy application, and any financial disclosures, that Hana Salamon has provided MetLife, in furtherance of my investigation?

Thank you,

Stephen Mostecak
Principal Investigator
AIG World Investigative Resources
Fraud Investigation Division

NOTICE
This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.

May 30 08 02:01p          Stephen Mostecak                                845-398-0675                    p.2

12/18/2007  16:16    8503213085                         CRUMP;                                  PAGE  10/92

12/18/2007 01:34 FAX  7188535511                        HALPERT                                 ☑005/007

---

AIG Life Insurance Company, Wilmington, DE

**American General Life Insurance Company, Houston, TX**
The United States Life Insurance Company in the City of New York, New York, NY
The above listed life insurance company ("Company") as selected on page one of this application is responsible for the obligation and
payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

## Agreement, Authorization to Obtain and Disclose Information and Signatures

I, the Primary Proposed Insured and Owner signing below, agree that I have read the statements contained in this application and any
attachments or they have been read to me. They are true and complete to the best of my knowledge and belief. I understand that this
application: (1) will consist of Part A, Part B, and if applicable, related attachments including supplement(s) and addendum(s); and (2) shall
be the basis for any policy and any rider(s) issued. I understand that any misrepresentation contained in this application and relied on by the
Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the
risk; and (2) the policy is within its contestable period.

Except as may be provided in any Limited Temporary Life Insurance Agreement, I understand and agree that even if I paid a premium no
insurance will be in effect under this application, or under any new policy or any rider(s) issued by the Company, unless or until all three of
the following conditions are met: (1) the policy has been delivered and accepted; and (2) the full first modal premium for the issued policy
has been paid; and (3) there has been no change in the health of any Proposed Insured(s) that would change the answers to any questions
in the application before items (1) and (2) in this paragraph have occurred. I understand and agree that if all three conditions above are not
met: (1) no insurance will begin in effect; and (2) the Company's liability will be limited to a refund of any premiums paid, regardless of whether
loss occurs before premiums are refunded.

Limited Temporary Life Insurance Agreement ("LTLIA") — If I have received and accepted the LTLIA, I understand and agree that such
insurance is available only on the life of the Primary Proposed Insured under the life policy (and the Other Proposed Insured under a joint
and survivorship life policy, if applicable) and only if the following four conditions are met: (1) the full first modal premium is submitted with
this application and paid; and (2) only "no" answers have been truthfully given to the Health and Age Questions in section 15; and (3) Part A
and Part B of the application must be completed, signed and dated; and (4) all medical exam requirements must be satisfied. I understand
and agree that such insurance is not available with any riders or any accident and/or health insurance.

I understand and agree that no agent is authorized to: accept risks or pass upon insurability, make or modify contracts; or waive any of the
Company's rights or requirements.

I have received a copy or have been read the Notices to the Proposed Insured(s).

I give my consent to all of the entities listed below to give to the Company, its legal representatives, American General Life Companies LLC
("AGLC") (an affiliated service company), and affiliated insurers all information they have pertaining to: medical consultations; treatments;
surgeries; hospital confinements for physical and/or mental conditions; use of drugs or alcohol; drug prescriptions; or any other information
for me, my spouse or my minor children. Other information could include items such as: personal finances; habits; hazardous avocations;
motor vehicle records from the Department of Motor Vehicles; court records; or foreign travel, etc. I give my consent for the information
outlined above to be provided by: any physician or medical practitioner; any hospital, clinic or other health care facility; pharmacy benefit
manager or prescription database; any insurance or reinsurance company; any consumer reporting agency or insurance support
organization; my employer; or the Medical Information Bureau (MIB).

I understand the information obtained will be used by the Company to determine: (1) eligibility for insurance; and (2) eligibility for benefits
under an existing policy. Any information gathered during the evaluation of my application or claim; me; any physician designated by
persons or organizations performing business or legal services in connection with my application or claim; me; any further consent.

I, as well as any person authorized to act on my behalf, may, upon written request, obtain a copy of this consent. I understand this consent may
be revoked at any time by sending a written request to the Company. Attn: Underwriting Department at P.O. Box 1931, Houston, TX 77251-1931.
This consent will be valid for 24 months from the date of this application. I agree that a copy of this consent will be as valid as the original. I
authorize AGLC or affiliated insurers to obtain an investigative consumer report on me. I understand that I may request to be interviewed
for the report and receive, upon written request, a copy of such report. [ ] Check if you wish to be interviewed.

---

**IRS Certification:** Under penalties of perjury, I certify: (1) that the number shown on this application is my correct Social Security or
Tax ID number, and (2) that I am not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code; and (3)
that I am a U.S. person (including a U.S. resident alien). The Internal Revenue Service does not require my consent to any provisions
of this document other than the certifications required to avoid backup withholding. You must cross out item (2) if you are subject to
backup withholding and cross out item (3) if you are not a U.S. person (including a U.S. resident alien).

---

**Proposed Insured(s)/Owner Signature**

Signed at (city, state) _Lowood_ _Malta_ _N Salvetict_                    On (date) _12/13/07_

Primary Proposed Insured X _____
                            (if under age 15, signature of parent or guardian)

Other Proposed Insured X _____
                            (if under age 15, signature of parent or guardian)

Owner (if other than Primary Proposed Insured) X _____

**Agent(s) Signature(s)**
I certify that the information supplied by the Primary Proposed Insured(s)/Owner has been truthfully and accurately recorded on the
Part A application.

Writing Agent Name (please print) _Yitzhak_ _Halpeck_              Writing Agent # _____

Writing Agent Signature X _Yutgh Hlpt_              Countersigned _____
                                                              (Licensed resident agent if state required)

Page 8 of 8

AGLC100664-2008

# DMV REQUEST FORM

*(Must be filled out completely)*

Date: July 21, 2008

Investigator: Stephen Mostecak Casetrack Number: 2008-0293

Insured: Salamon, Hana Policy Number: U10022254L

Claimant: Claim Number: N/A

Type of Policy:

Life

What would you like run:

Confirm and Verify Driver's License Number #658906493 DOB: 1/12/1931 or 1/21/1931

Do you need Insurance Info?

Negative

Reason for information:

Life Insurance Investigation

If you are in the field and would like a plate # run please provide color, make, model and location of the vehicle and date and time of location.

In the State of NJ you must have Driver's License #, you can not run by name.

*******************RESULTS*******************

| |
|---|
| *RECORD EXPANSION FOR: SALAMON,HANA |
| CLIENT ID#: 658906493 |
| SALAMON,HANA DOB: 01/12/1931 SEX: F |
| 4910 17 AVE 2J HEIGHT: 5-3 EYE COLOR: BLUE |
| BROOKLYN NY 11204 COUNTY: KING |
| MI #: S01411 09630 460888-31 |
| ID ONLY EXPIRATION: 01/12/2013 |
| *** END OF RECORD *** |



**Stephen Mostecak**
Principal Investigator
Fraud Investigation Division

**AIG World Investigative Resources**
*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
**Phone: 845.398.0675**
Cell: 917.862.2862
Fax:1.866.667.8514

**August 7, 2008**

**Mr. Joel Katz, Trustee**
**750 Forest Avenue – Apt. 25D**
**Lakewood, NJ 08701**

**Re: Life Policy of Hana Salamon - # U10022254L – AIG American General – Issued 12/'07**

**Mr. Katz:**

**You, as well as Aaron Knopfler, are listed on the above policy of our insured, Hana Salamon. As part of our business practice, I am required to meet with you in person to discuss the Trust aspects of the policy set-up.**

**As such, kindly call me upon receipt of this letter at the above phone number so that we can schedule an appointment that is convenient for you.**

**Thank you very much and I anticipate an expedient response, sir.**

**Stephen Mostecak**
**Principal Investigator**

**Certified Mail – RRR and Regular USPS Delivery**

This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.

A Member Company of
American International Group, Inc

# DMV REQUEST FORM
### *(Must be filled out completely)*

Date: July 21, 2008

Investigator:  Stephen Mostecak          Casetrack Number: 2008-0293

Insured: Salamon, Hana                   Policy Number: U10022254L

---

Claimant:                                Claim Number: N/A

Type of Policy:
Life

What would you like run:
Confirm and Verify Driver's License Number #658906493  DOB: 1/12/1931 or
1/21/1931

Do you need Insurance Info?
Negative

Reason for information:
Life Insurance Investigation


If you are in the field and would like a plate # run please provide color, make, model
and location of the vehicle and date and time of location.

In the State of NJ you must have Driver's License #, you can not run by name.

*******************RESULTS*******************

*RECORD EXPANSION FOR: SALAMON,HANA

```
                              CLIENT ID#: 658906493
        SALAMON,HANA
                              DOB: 01/12/1931  SEX: F
        4910 17 AVE 2J
                              HEIGHT: 5-3  EYE COLOR: BLUE
        BROOKLYN    NY 11204       COUNTY: KING
                        MI #: S01411 09630 460888-31

        ID ONLY
                              EXPIRATION: 01/12/2013
                    *** END OF RECORD ***
```

Jun 06 08 01:26p     Stephen Mostecak                    845-398-0675              p.1

Page 1 of 16 received at 6/3/2008 3:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

| PART I | Check the appropriate company. | Office Use Only: | 1 |

**Application for Individual and Multi-Life Life Insurance**

☐ **Metropolitan Life Insurance Company**
200 Park Avenue, New York, NY 10166
☐ **First MetLife Investors Insurance Company**
200 Park Avenue New York, NY 10166
☐ **New England Life Insurance Company**
501 Boylston Street, Boston, MA 02116-3700
*The Company indicated above is referred to as "the Company".*

## SECTION 1 Proposed Insured(s)

**1. PROPOSED INSURED #1**

Name  Hana                                    Salamon
Street  4916 17th Ave Suite 2J
City  Brooklyn                                State  NY  Zip  11204

*If less than 3 years, add prior residence address in Additional Information Section. Page 13.

Years at this address*  15    SSN/Tax ID  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
Home Phone Number ( 718 )  851-8250
Work Phone Number ( 718 )  928-6442     Best time to call:  From  10:00  to  05:00  ☑ Daytime ☐ Evening
Cell Phone Number (        )                Best number to call: ☑ Home ☐ Work ☐ Cell
Driver's License Number _____ State_____
License Issue Date _____ License Expiration Date _____
Marital Status  ☐ Single  ☑ Married  ☐ Separated  ☐ Divorced  ☐ Widowed
Date of Birth  01/12/31          State/Country of Birth  Romania
Sex  ☐ Male  ☑ Female          Net Worth $  10,000,000
Annual Earned Income $  100,000     Annual Unearned Income $  50,000
Employer's Name  SELF EMPLOYED
Street  4917 17th Ave Suite 2J

**NOTE:**
P.O. Box numbers **CANNOT** be accepted for street addresses.

City  Brooklyn                          State  NY  Zip  11204
Position/Title/Duties  Artist          Length of Employment  48

**2. PROPOSED INSURED #2**

Life 2, Spouse, Designated Life, Person to be covered under Applicant's Waiver of Premium Benefit

Relationship to Proposed Insured #1

Name _____
Street _____

**If address is same as Proposed Insured #1, write "SAME".**

City _____ State_____ Zip _____
Years at this address* _____ SSN/Tax ID _____
Home Phone Number (____)_____
Work Phone Number (____)_____     Best time to call:
                                     ☐ Daytime ☐ Evening
Cell Phone Number (____)_____     Best number to call ☐ Home ☐ Work ☐ Cell
Driver's License Number _____ State _____
Issue Date _____ Expiration Date _____

**ADDITIONAL INSUREDS:**
See Supplemental Forms Package.

Marital Status  ☐ Single  ☐ Married  ☐ Separated  ☐ Divorced  ☐ Widowed
Date of Birth _____ State/Country of Birth _____
Sex  ☐ Male  ☐ Female          Net Worth $ _____
Annual Earned Income $ _____ Annual Unearned Income $ _____
Employer's Name _____
Street _____
City _____ State_____ Zip _____
Position/Title/Duties _____ Length of Employment _____

ENB-7-05-NY

(06/06)  eF

PAGE  01                              CEC              73232673I5     08:27  8002/E0/60

Page 2 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR05.

2                          If more space is needed, please use the Additional Information Section, Page 13.

| SECTION 1 | **3. DEPENDENT SPOUSE or MINOR** | |
|---|---|---|
| **Proposed** | **A.** Are any persons to be insured a dependent spouse? | ☐ YES ☑ NO |
| **Insured(s)** | IF YES, please provide: | |
| *(continued)* | Amount of **existing** insurance on spouse of Proposed Insured | $ |
| | Amount of insurance **applied for** on spouse of Proposed Insured | $ |
| | **B. 1.** Are any persons to be insured a dependent minor? | ☐ YES ☑ NO |
| | IF YES, please provide: | |
| | Amount of **existing** insurance on father/guardian | $ |
| | Amount of insurance **applied for** on father/guardian | $ |
| | Amount of **existing** insurance on mother/guardian | $ |
| | Amount of insurance **applied for** on mother/guardian | $ |
| | **2.** Are all siblings of this dependent minor equally insured? | ☐ YES ☑ NO |
| | IF NO, please provide details: | |

### SECTION 2
### Existing or Applied For Insurance

**IF YES**
Some states require the completion of an additional form. See instructions on the cover of the Replacement Forms Package.

**1. EXISTING or APPLIED FOR INSURANCE**
**A.** Do any of the Proposed Insureds or Owners have any existing or applied for life insurance (L) or annuity (A) contracts with this or any other company?

Proposed Insured ☐ YES ☑ NO
Owner ☐ YES ☐ NO

**IF YES, provide details on Proposed Insured only:**

| Proposed Insured (#1, #2, other) | Company | Type (L A) | Amount of Insurance | Year of Issue | Accidental Death Amount | Existing or Applied for |
|---|---|---|---|---|---|---|
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |

**B.** Do any of the Proposed Insureds have any application for disability insurance (D) or critical illness insurance (C) or long term care insurance (LTC) applied for or planned with THIS Company or its affiliates?     ☐ YES ☑ NO
IF YES, provide.   Proposed Insured(#1, #2, other) _____ Type (D,C,LTC) _____

**2. REPLACEMENT**
**A.** In connection with this application, has there been, or will there be with this or any other company any: surrender transaction; loan; withdrawal; lapse, reduction or redirection of premium/consideration; or change transaction (except conversions) involving an annuity or other life insurance?   ☐ YES ☑ NO
IF YES, complete Replacement Questionnaire and Disclosure **AND** any other state required replacement forms.

Applicable replacement and 1035 exchange forms can be found in Replacement Forms Package.

**B.** Is this an exchange under Internal Revenue code section 1035?   ☐ YES ☑ NO

IF YES, complete the 1035 Exchange Authorization **for each affected policy.**

ENB-7-05-NY

(09/05)   eF

Jun 06 08 01:27p     Stephen Mostecak                          845-398-0675                    p.3

Page 3 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

If more space is needed, please use the Additional Information Section, Page 13.     **3**

| **SECTION 3** **Owner** | **IDENTITY of PRIMARY OWNER** (Check one.) |
|---|---|

☐ Proposed Insured #1 Complete Question 1 ONLY.
☐ Proposed Insured #2 Complete Question 1 ONLY.
☐ Other Person Complete Questions 1 and 2.
☑ Entity Complete Question 3 ONLY.

**If U.S. Driver's License already provided, no further information is required.**

### 1. OWNER IDENTIFICATION

☐ U.S. Driver's License already provided on page 1 (Proposed Insured)
☐ U.S. Driver's License   ☐ Green Card   ☐ Passport   ☑ Other **ID Card**
Issuer of ID **New York State**                          ID Issue Date **06/07/07**
ID Reference Number **656906493**                        ID Expiration Date **01/12/13**

**NOTE:**
P.O. Box numbers **CANNOT** be accepted for street addresses.

### 2. OWNER other than PROPOSED INSURED(S)

Name _____
Street _____
City _____ State ____ Zip ____
Phone Number (   )
Citizenship _____ Country of Permanent Residence _____
Date of Birth _____ SSN/Tax ID _____

**IF CUSTODIAN** is acting on behalf of a minor under UTMA/UGMA, please complete Additional Owner Form in Supplemental Forms package.

Relationship to Proposed Insured(s) _____
Employer's Name _____
Street _____
City _____ State ____ Zip ____
Position/Title/Duties _____ Length of Employment _____
☐ Check if you wish ownership to revert to Insured upon Owner and Contingent Owner's death.

### 3. ENTITY/TRUST AS OWNER

Entity/Trust Type:   ☐ C Corporation   ☐ S Corporation   ☐ LLC
☐ Partnership   ☐ Sole Proprietorship   ☑ Trust

**IF TRUST** Complete Trust Certification form in Supplemental Forms Package.

Tax ID Number _____ Date of Trust _____
Name of Entity/Trust *Trust to be established*
Name of Trustee(s) _____
Street _____
City _____ State ____ Zip ____

**IF BUSINESS** Complete Business Supplement form in Supplemental Forms Package.

Proposed Insured(s) Relationship to Entity _____
Nature of Business _____ Business Phone _____
Is entity publicly traded?   ☐ YES   ☐ NO
**IF NO**, please supply one of the following documents: *(indicate which one you are supplying.)*
☐ Articles of Incorporation/Government Issued Business License
☐ LLC Operating Agreement
☐ Partnership Agreement
☐ Government Issued Certificate of Good Standing

ENB-7-05-NY                                              (09/06)  eF

PAGE 03                          CEC          7232326315          08:27 8003/80/80

Page 4 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-EWTRFAXSVR06.

**4**

*If more space is needed, please use the Additional Information Section, Page 13.*

| | |
|---|---|
| **SECTION 4**<br>**Beneficiary(ies)** | **NOTE:** Federal law states if you leave someone with special needs any assets over $2,000, they may lose eligibility for most government benefits.<br><br>**Contingent Beneficiaries ONLY**<br>☐ Check here if you want any and all living and future natural or adopted children of Proposed Insured #1 to be included as Contingent Beneficiaries. Name any living children as beneficiaries below. |

**☑ Check here AND DO NOT COMPLETE** if Primary Beneficiary is same as Trust or Entity Owner.

▶ ☐ **PRIMARY**
Name _____
Street _____
City _____ State ___ Zip ___
Date of Birth _____ SSN/Tax ID _____
Relationship to Proposed Insured(s) _____
Percent of Proceeds ____ (Multiple beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

If there is a court appointed legal Guardian for Beneficiary, provide name and address in Additional Information Section, Page 13.

☐ **PRIMARY** ☐ **CONTINGENT**
Name _____
Street _____
City _____ State ___ Zip ___
Date of Birth _____ SSN/Tax ID _____
Relationship to Proposed Insured(s) _____
Percent of Proceeds ____ (Multiple beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

☐ **PRIMARY** ☐ **CONTINGENT**
Name _____
Street _____
City _____ State ___ Zip ___
Date of Birth _____ SSN/Tax ID _____
Relationship to Proposed Insured(s) _____
Percent of Proceeds ____ (Multiple beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

| | |
|---|---|
| **SECTION 5**<br>**Custodian**<br>**acting**<br>**for Minor**<br>**Beneficiary(ies)** | Custodian's name _____<br>as custodian for _____<br>under the _____ Uniform Transfers (or Gifts) to Minors Act.<br>Street _____<br>City _____ State ___ Zip ___<br>Relationship to Minor(s) _____ |

ENB-7-05-NY

(09/06)  eF

Jun 06 08 01:27p     Stephen Mostecak          845-398-0675          p.5

Page 5 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

If more space is needed, please use the **Additional Information Section, Page 13.**   **5**

| | |
|---|---|
| **SECTION 6**<br>**Information**<br>**Regarding**<br>**Insurance**<br>**Applied for** | **1. PRODUCT & FACE AMOUNT**<br>Product Name _Guaranteed Advantage NL_<br>Face Amount $ _10,000,000_     *(Complete Personal Financial Supplement if $1,000,000 or more.)*<br>☐ Group Conversion*<br>Optional Benefits and Riders:<br>☐ Guaranteed Survivor Plus Purchase Options (GSPO+)*<br>   Option Period(s): _____     $ _____<br>☐ Guaranteed Survivor Income Benefit (GSIB)<br>☐ Term Rider Specify: _____     $ _____ |

| | |
|---|---|
| *Complete these forms,<br>if applicable:<br>  •ADBR<br>  •Enricher/Equity<br>    Additions<br>  •Group Conversion<br>  •GSPO+<br>These forms can<br>be found in<br>the Supplemental<br>Forms Package. | ☐ Life Guaranteed Purchase Option (LGPO)<br>☐ Acceleration of Death Benefit Rider (ADBR)*<br>☐ Enricher Options (PAIR/VABR)* Specify: _____   $ ____<br>☐ Long Term Care Guaranteed Purchase Option (LTC-GPO)<br>☐ Disability Waiver (DW) Specify: _____   $ ____<br>☐ Other _____<br><br>Special Requests/Other:<br>☐ Save Age          ☐ Specific Policy Date _____<br>☐ Other _____<br><br>Check here if ☐ alternate **OR** ☐ additional policy is requested and provide full details below.<br>Include **SIGNED & DATED** illustration for each policy requested.<br>_____<br>_____ |

**2. ADDITIONAL INFORMATION for WHOLE LIFE PRODUCTS**

Do you request automatic payment of premium in default by Policy Loan
*(for traditional plans)*, if available?                    ☐ YES ☐ NO
Dividend Options:
☐ Paid-up Additions      ☐ VAI Equity Additions* ☐ Premium Reduction
☐ Cash                   ☐ Accumulations/DWI
☐ Other _____

| | |
|---|---|
| For Variable Life, also<br>complete Variable<br>Life Supplement. | **3. ADDITIONAL INFORMATION for UNIVERSAL LIFE/VARIABLE LIFE PRODUCTS**<br>Planned Premium Amount:  Year 1 $ _456,873_ Excess/Lump Sum $ _0_<br>Duration of premium payments _23 years_<br>Planned annual unscheduled payment *(if applicable)* $ _0_<br>Renewal Premium *(if applicable)* $ _456,873_<br>Death Benefit Option/Contract Type _Option One_<br>Definition of Life Insurance Test: ☐ Guideline Premium Test ☐ Cash Value Accumulation Test<br>*(if available under policy applied for)*<br>Guaranteed to age. *(VUL only)* ☐ 65 ☐ 75 ☐ 85 ☐ 5 years ☐ Other _____ |

**4. ADDITIONAL INFORMATION for QUALIFIED PLANS**

Qualified/Non-Qualified Plan number _____

PAGE  05                          CEC                      7323267315         06/03/2008  08:27

Page 6 of 18 received at 6/3/2008 8:37:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

**6**                    If more space is needed, please use the Additional Information Section, Page 13.

| | |
|---|---|
| **SECTION 7** **Payment Information** *If* **Monthly Electronic Payment** *is chosen, complete Electronic Payment Account Agreement.* | **1. PAYMENT MODE** *(Check one)* <br><br>Direct Bill:  ☑ Annual   ☐ Semi-Annual   ☐ Quarterly <br>Electronic Payment:  ☐ Monthly <br>Special Account:  ☐ Government Allotment   ☐ Salary Deduction <br>Additional Details: |

**2. SOURCE of CURRENT and FUTURE PAYMENTS** *(Check all that apply)*
☐ Earned Income   ☐ Mutual Fund/Brokerage Account   ☐ Money Market Fund   ☐ Savings
☐ Use of Values in another Life Insurance/Annuity Contract   ☐ Certificate of Deposit
☐ Loans          ☐ Other

**NOTE:**
It is Company Policy to not accept cash, traveler's checks, or money orders as a form of payment for Variable Life Products.

**3. PAYMENT**
Amount collected with application $ _____
*(Must equal at least one monthly premium.)*

Premium Payor:
☐ Proposed Insured #1     ☐ Proposed Insured #2     ☐ Primary Owner
☐ Other
Name _____
Relationship to Proposed Insured(s) and Owner _____
Reason this person is the Payor _____

**4. BILLING ADDRESS INFORMATION**
☐ Proposed Insured #1 Address          ☐ Proposed Insured #2 Address
☐ Primary Owner's Address
☐ Other Premium Payor's/Alternate Billing Address *(Provide details here)*
Street _____
City _____ State _____ Zip _____
☐ Special Arrangements

**E-Mail Addresses** *(optional)*
Proposed Insured #1 _____
Proposed Insured #2 _____
Primary Owner _____
Joint/Contingent Owner _____

ENB-7-0S-NY

(09/06) eF

Jun 06 08 01:28p      Stephen Mostecak                 845-398-0675              p.7

Page 7 of 18 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

| | If more space is needed, please use the Additional Information Section, Page 13. | **7** |
|---|---|---|

| **SECTION 8 General Risk Questions** | The following questions are to be answered for **ALL** persons to be insured, including those covered by any riders applied for. | |
|---|---|---|
| | **1.** Within the past three years has **ANY** person to be insured flown in a plane other than as a passenger on a scheduled airline or have plans for such activity within the next year? <br> **IF YES**, complete a separate Aviation Supplement for each applicable Proposed Insured. | ☐ YES ☒ NO |
| | **2.** Within the past three years has **ANY** person to be insured participated in or intend to participate in any of the following <br> Underwater sports - (SCUBA diving, skin diving, or similar activities); <br> Sky sports - (skydiving, hang gliding, parachuting, ballooning or similar activities); <br> Racing sports - (motorcycle, auto, motor boat or similar activities); <br> Rock or mountain climbing or similar activities; <br> Bungee jumping or similar activities? <br> **IF YES**, complete a separate Avocation Supplement for each applicable Proposed Insured. | ☐ YES ☒ NO |
| If you need more space, please use the Additional Information Section, Page 13 | **3.** Within the **next two years** does **ANY** person to be insured **intend to travel** or **reside** outside the U.S. or Canada? <br> **IF YES**, for each occurence, please provide Proposed Insured, duration, country and purpose. <br> _____ <br> _____ <br> _____ <br> _____ | ☐ YES ☒ NO |

**4. CITIZENSHIP/RESIDENCY**

   **A.** Are all persons to be insured **U.S. Citizens?**     ☒ YES ☐ NO

**IF NO**, please provide details:

Proposed Insured(s) _____ Country of Citizenship _____

Visa Type/ID _____ Visa Number _____

Expiration Date _____ Length of Time in U.S. _____

☐ Check here if currently applying for a Social Security number.

   **B.** Are all persons to be insured **permanent residents** of the United States?     ☒ YES ☐ NO

**IF NO**, please provide details:

Proposed Insured(s) _____

Country of Residence _____

ENB-7-05-NY

(09/06)  eF

**8**

If more space is needed, please use the Additional Information Section, Page 13.

**SECTION 8**
**General Risk**
**Questions**
*(continued)*

The following questions are to be answered for **ALL** persons to be insured, including those covered by any riders applied for.

**5.** In the last five years, has **ANY** person to be insured used tobacco products (e.g., cigarettes; cigars; pipes; smokeless tobacco; chew; etc.) or nicotine substitutes (e.g., patch, gum)?          ☐ YES ☒ NO
**IF YES**, please provide details:

Proposed Insured(s) _____ Date Last Used _____

Type _____

Amount/Frequency _____

If you need more space, please use the Additional Information Section, Page 13.

**6.** Has **ANY** person to be insured: **EVER** had a driver's license suspended or revoked, **EVER** been convicted of DUI or DWI; or had, in the last five years, any moving violations?          ☐ YES ☒ NO
**IF YES**, please provide Proposed Insured, date and violation.

Proposed Insured(s) _____

Details: _____

_____
_____

**7.** Has any person to be insured **EVER** had an application for life, disability income or health insurance declined, postponed, rated or modified or required an extra premium?          ☐ YES ☒ NO
**IF YES**, please provide details:

Proposed Insured(s) _____

Details: _____

_____

**8.** Are all persons to be insured: actively at work; or a homemaker performing regular household duties; or a student attending school regularly?          ☒ YES ☐ NO
**IF NO**, please provide details:

Proposed Insured(s) _____

Details: _____

Please answer these questions **only if requesting the Long Term Care Guaranteed Purchase Option Rider.**

**9. LONG TERM CARE GUARANTEED PURCHASE OPTION RIDER**

**A.** Does any person to be insured under this rider currently use any mechanical equipment such as: a walker; a wheelchair; long leg braces; or crutches?          ☐ YES ☐ NO
**IF YES**, please note which and the reason.

Proposed Insured(s) _____

**B.** Does any person to be insured under this rider need any assistance or supervision with any of the following activities: bathing; dressing; walking; moving in/out of a chair or bed; toileting; continence; or taking medication?          ☐ YES ☐ NO

Proposed Insured(s) _____

Jun 06 08 01:28p        Stephen Mostecak                    845-398-0675              p.9

Page 9 of 18 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

| PART II | If more space is needed, please use the Additional Information Section, Page T3. | 9 |

## SECTION 1
## Physician Information

**1. PHYSICIAN**
Please provide name of doctor, practitioner, or health care facility who can provide the most complete and up to date information concerning the present health of the Proposed Insured(s).

**Physician Information for Proposed Insured #1**
☐ Check here if no doctor, practitioner or health care facility is known.

**PLEASE NOTE:**
If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application

Physician Name  Slomowitz Joseph Md _____  Phone Number ( 718 ) 851-8400

Name of Practice/Clinic _____  Fax Number ( ___ )

Street  5823 15 Ave _____

City  Brooklyn _____  State  NY  Zip  11219

Date Last Consulted _____  Reason _____

Findings, treatment given, medication prescribed. If None, check here ☐.

_____
_____

**Physician Information**   ☐ **Proposed Insured #1**   ☐ **Proposed Insured #2**
☐ Check here if no doctor, practitioner or health care facility is known.

Physician Name _____  Phone Number ( ___ )

Name of Practice/Clinic _____  Fax Number ( ___ )

Street _____

City _____  State ____  Zip ____

Date Last Consulted _____  Reason _____

Findings, treatment given, medication prescribed. If None, check here ☐.

_____
_____

## SECTION 2
## Medical Questions

**1. HEIGHT/WEIGHT**

Proposed Insured #1        Height _____  Weight _____
Proposed Insured #2        Height _____  Weight _____

Has any Proposed Insured experienced a change in weight (greater than 10 pounds) in the past 12 months?          ☐ YES ☐ NO

**IF YES, specify:**
Proposed Insured #1     Pounds lost _____  Pounds gained _____
Proposed Insured #2     Pounds lost _____  Pounds gained _____
Reason _____

EN8-7-05-NY

(09/05)  eF

Page 10 of 16 received at 6/3/2008 8:31:00 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR05.

**10**

If more space is needed, please use the Additional Information Section, Page 13.

| **SECTION 2**<br>**Medical**<br>**Questions**<br>(continued)<br><br>**PLEASE NOTE:**<br>If FULL PARAMEDICAL<br>exam is required,<br>completion of Medical<br>questions is **OPTIONAL**<br>but will expedite<br>your application. | **2.** Has a parent (P) or sibling (S) of any person to be insured ever had: heart disease; coronary artery disease; high blood pressure; diabetes; or mental illness? ☐ **YES** ☐ **NO**<br><br>**IF YES**, indicate below. |
|---|---|

| Proposed Insured (#1, #2) | Relationship to Proposed Insured | Age if Living | Age at Death | State of Health, Specific Conditions, Cause of Death |
|---|---|---|---|---|
|  | ☐ P  ☐ S |  |  |  |
|  | ☐ P  ☐ S |  |  |  |
|  | ☐ P  ☐ S |  |  |  |
|  | ☐ P  ☐ S |  |  |  |

**3.** Has **ANY** person to be insured **EVER** received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that he/she had:

| | Proposed Insured #1<br>YES  NO | Proposed Insured #2<br>YES  NO | Other Proposed Insured<br>YES  NO |
|---|---|---|---|
| **A.** High blood pressure; chest pain; heart attack, or any other disease or disorder of the heart or circulatory system? | ☐  ☐ | ☐  ☐ | ☐  ☐ |
| **B.** Asthma; bronchitis; emphysema; sleep apnea; shortness of breath; any other disease or disorder of the lungs or respiratory system? | ☐  ☐ | ☐  ☐ | ☐  ☐ |
| **C.** Seizures; stroke; paralysis; Alzheimer's disease; multiple sclerosis; memory loss; Parkinson's disease; progressive neurological disorder; headaches; or any other disease or disorder of the brain or nervous system? | ☐  ☐ | ☐  ☐ | ☐  ☐ |

**Details:** If you answered YES to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

ENB-7-05-NY

(09/05) eF

Jun 06 08 01:28p        Stephen Mostecak                        845-398-0675              p.11

Page 11 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

If more space is needed, please use the **Additional Information Section, Page 13.** **11**

| **SECTION 2**<br>**Medical**<br>**Questions**<br>(continued) | 3. Has **ANY** person to be insured **EVER** received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that he/she had: | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed Insured | |
|---|---|---|---|---|---|---|---|
| | | YES | NO | YES | NO | YES | NO |
| **PLEASE NOTE:**<br>If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application | D. Ulcers; colitis; hepatitis; cirrhosis; or any other disease or disorder of the liver; gallbladder; stomach; or intestines? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | E. Any disease or disorder of: the kidney; bladder; or prostate; or blood, protein or pus in the urine? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | F. Diabetes; thyroid disorder; or any other endocrine problem(s)? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | G. Arthritis; gout; or disorder of the muscles, bones or joints? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | H. Cancer; tumor; polyp; cyst or any skin disease or disorder? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | I. Anemia; leukemia; or any other disorder of the blood or lymph glands? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | J. Depression; stress; anxiety; or any other psychological or emotional disorder or symptoms? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | K. Any disease or disorder of the eyes, ears, nose, or throat? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Details: If you answered YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician<br>Address if not already provided | Date/Duration of Illness | Diagnosis/Severity<br>Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EN8-7-05-NY

e8 (09/06)

**12**                    If more space is needed, please use the Additional Information Section, Page 13.

| SECTION 2 | 4. Has ANY person to be insured: | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed Insured | |
|---|---|---|---|---|---|---|---|
| **Medical Questions** *(continued)* | | YES | NO | YES | NO | YES | NO |
| | A. Currently, or within the past six months, been under observation or received treatment or taken any medication? (including over-the-counter medications, vitamins, herbal supplements, etc.) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **PLEASE NOTE:** If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application. | B. For the next six months, scheduled any doctor's visits, medical care, or surgery? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | C. During the past five years, had a: checkup; electrocardiogram; chest x-ray; or medical test? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | D. During the past five years, had any illness, injury or health condition not revealed above; or have been recommended to have any: hospitalization; surgery; medical test or medication? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | E. EVER been diagnosed with or treated by a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS)? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | F. EVER used heroin, cocaine, barbiturates, or other drugs, except as prescribed by a physician or other licensed practitioner? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | G. EVER received treatment from a physician or counselor regarding the use of alcohol, or the use of drugs, except for medicinal purposes; or received treatment or advice from an organization that assists those who have an alcohol or drug problem? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Details:** If you **answered YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

06/03/2008  09:27   7323267315              OEC                              PAGE  13

ENB-7-05-NY

(09/06)  eF

Additional
Information

Use this page for any additional information.
Attach a separate sheet if necessary.

13

Page 14 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR05.

**14**

| Certification/ Agreement/ Disclosure |

**Certification Regarding Sales Illustration**  Agent must check the appropriate statement below.

☑ Agent certifies that a signed illustration is **not required** by law or the policy applied for is not illustrated in this state.

☐ An illustration was signed and matches the policy applied for. It is included with this application.

☐ An illustration was shown or provided but is **different from the policy applied for.** An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☑ **No illustration conforming to the policy** as applied for was shown or provided prior to or at the time of this application. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☐ If illustration was **only shown on a computer screen,** check and complete details below.

An illustration was displayed on a computer screen. The displayed illustration **matches the policy applied for** but no printed copy of the illustration was provided. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery. The illustration on the screen included the following personal and policy information:

1. Gender (as illustrated)            ☐ M   ☐ F    ☐ Unisex       Age _____
2. Rating class (e.g. standard, smoker)   ☐ Preferred   ☐ Standard    ☐ Non-smoker   ☐ Smoker
                                      ☐ Other _____

3. Type of policy (e.g. L-98, Whole Life) _____

4. Initial Death Benefit $ _____ Death Benefit Option _____

5. Guaranteed Minimum Death Benefit    ☐ age 55   ☐ age 65   ☐ age 75   ☐ age 85   ☐ 5 years

6. Dividend Option _____

7. Riders _____ $ _____
           _____ $ _____
           _____ $ _____

**Agreement/Disclosure**
**I have read this application for life insurance including any amendments and supplements and to the best of my knowledge and belief, all statements are true and complete. I also agree that:**
- My statements in this application and any amendment(s), paramedical/medical exam and supplement(s) are the basis of any policy issued.
- This application and any amendment(s); paramedical/medical exam; and supplement(s) to this application, will be attached to and become part of the new policy.
- No information will be deemed to have been given to the Company unless it is stated in this application and paramedical/medical exam, and any supplement(s).
- Only the Company's President, Secretary or Vice-President may: (a) make or change any contract of insurance; (b) make a binding promise about insurance; or (c) change or waive any term of an application, receipt, or policy.
- Except as stated in the Temporary Insurance Agreement and Receipt, no insurance will take effect until a policy is delivered to the Owner and the full first premium due is paid. It will only take effect at the time it is delivered if: (a) the condition of health of each person to be insured is the same as stated in the application; and (b) no person to be insured has received any medical advice or treatment from a medical practitioner since the date of the application.

ENB-7-05-NY                                                                        (09/06)  eF

Page 15 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

**15**

| Certification/ Agreement/ Disclosure | (continued) |

- I understand that paying my insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.
- If I intend to replace existing insurance or annuities, I have so indicated in Section 2, Question 2 of this application.
- I have received the Company's Consumer Privacy Notice and, as required, the Life Insurance Buyer's Guide.
- If I was required to sign an HIV Informed Consent Authorization, I have received a copy of that Authorization.
- I understand that receipt of accelerated death benefits may affect eligibility for public assistance programs and may be taxable. A discount is associated with the acceleration and an administrative charge will be required upon exercise of the benefit.

**Taxpayer Identification Number Certification**
Under penalties of perjury, I, the Owner, certify that:
   The number shown in this application is my correct taxpayer identification number, and I am not subject to backup withholding because:
(a) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, OR
(b) the IRS has notified me that I am not subject to backup withholding. (If you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return, you must cross out and initial this item.)
I am a U.S. citizen or a U.S. resident alien for tax purposes.
   (If you are not a U.S. citizen or a U.S. resident alien for tax purposes, please cross out this certification and complete form W-8BEN.)
**Please note:** The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**SIGNATURES:**

If not witnessing all signatures, Witness should sign next to the signature being witnessed.

Signed at City, State _Brooklyn NY_                     Date _12/17/07_
**Proposed Insured #1** _Hana Solomon_
(age 15 or over)

Signed at City, State _____    Date _____
**Proposed Insured #2** _____
(age 15 or over)

Signed at City, State _____    Date _____
**Owner** _____
(if other than Proposed Insured)
(if age 15 or over) If the Owner is a firm or corporation, include Officer's title with signature.

Signed at City, State _____    Date _____
**Parent or Guardian** _____
(If Owner or Proposed Insured(s) is/are under 18, sign here if not signed above.)

Signed at City, State _Brooklyn NY_                      Date _12/17/07_
**Witness to Signatures**
(Licensed Agent/Producer)

**Please print Agent/Producer name** _Mayer Kramarsky_

ENB-7-D5-NY                                                                (09/06)   eF

Page 16 of 16 received at 6/3/2008 8:31:00 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

J

**Personal Financial Supplement**

Check the appropriate company.

Proposed Insured: ___Hana_____     ___Salamon_____

☐ Metropolitan Life Insurance Company      ☐ MetLife Investors USA Insurance Company
☐ New England Life Insurance Company       ☐ General American Life Insurance Company
☐ MetLife Investors Insurance Company      ☐ Metropolitan Tower Life Insurance Company

*The Company indicated above is referred to as "the Company".*

To be completed when the amount of coverage is $1,000,000 and over.

## INCOME

### Annual Earned Income

| | | | |
|---|---|---|---|
| Salary or Draw | $ 100,000.00 | | |
| Bonus/Commissions | $ _____ | | |
| Other Earnings | $ _____ | Source | _____ |
| Total Earned Income | $ 100,000.00 | | |
| Spouse's Income | $ _____ | | |

### Annual Unearned Income

| | | | |
|---|---|---|---|
| Dividends/Interest | $ 50,000.00 | | |
| Net Rentals | $ _____ | | |
| Other Unearned | $ _____ | Source | _____ |
| Total Unearned Income | $ 50,000.00 | | |

## ASSETS & LIABILITIES

| Assets | | Liabilities | |
|---|---|---|---|
| Cash | $ _____ | Mortgages | $ _____ |
| Real Estate | $ _____ | Personal Loans | $ _____ |
| Business Equity | $. _____ | Other | $ _____ |
| Stocks/Bonds | $ _____ | | |
| Other Assets | $ 10,000,000.00 | | |
| Total Assets | $ 10,000,000.00 | Total Liabilities | $ _____ |

| | | |
|---|---|---|
| Total Assets | $ | 10,000,000.00 |
| Total Liabilities | -$ | 0.00 |
| Net Worth: | =$ | 10,000,000.00 |

**PART I**   Check the appropriate company.   | Office Use Only: |   **1**

**Application for Individual and Multi-Life Life Insurance**

- ❒ Metropolitan Life Insurance Company
  200 Park Avenue, New York, NY 10166
- ❒ First MetLife Investors Insurance Company
  200 Park Avenue New York, NY 10166
- ❒ New England Life Insurance Company
  501 Boylston Street, Boston, MA 02116-3700

*The Company indicated above is referred to as "the Company".*

## SECTION 1
### Proposed Insured(s)

*If less than 3 years, add prior residence address in Additional Information Section, Page 13.

**1. PROPOSED INSURED #1**

Name  Hana _____ Salamon _____

Street  4910 17th Ave Suite 2J _____

City  Brooklyn _____ State  NY  Zip  11204

Years at this address▪  15 __ SSN/Tax ID  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 ____

Home Phone Number ( 718 ) 851-9250

Work Phone Number ( 718 ) 926-5442   Best time to call: ☒Daytime ❒Evening   FROM  10:00   TO  05:00

Cell Phone Number  ( __ ) _____ Best number to call: ☒Home ❒Work ❒Cell

Driver's License Number _____ State _____

License Issue Date _____ License Expiration Date _____

Marital Status  ❒Single  ☒Married  ❒Separated  ❒Divorced  ❒Widowed

Date of Birth  01/12/31 _____ State/Country of Birth  Romania ___

Sex  ❒Male  ☒Female   Net Worth $  10,000,000

Annual Earned Income $  100,000 ___ Annual Unearned Income $  50,000

Employer's Name  SELF EMPLOYED _____

Street  4910 17th Ave Suite 2J _____

City  Brooklyn _____ State  NY  Zip  11204

Position/Title/Duties  Artist _____ Length of Employment  40

**NOTE:**
P.O. Box numbers **CANNOT** be accepted for street addresses.

**2. PROPOSED INSURED #2**

Life 2, Spouse, Designated Life, Person to be covered under Applicant's Waiver of Premium Benefit

Relationship to Proposed Insured #1 _____

Name _____

Street _____

City _____ State ___ Zip _____

Years at this address▪ _____ SSN/Tax ID _____

Home Phone Number (___)_____

Work Phone Number (___)_____  Best time to call: ❒Daytime ❒Evening

Cell Phone Number (___)_____  Best number to call ❒Home ❒Work ❒Cell

Driver's License Number _____ State _____

Issue Date _____ Expiration Date _____

Marital Status  ❒Single  ❒Married  ❒Separated  ❒Divorced  ❒Widowed

Date of Birth _____ State/Country of Birth _____

Sex  ❒Male  ❒Female   Net Worth $ _____

Annual Earned Income $ _____ Annual Unearned Income $ _____

Employer's Name _____

Street _____

City _____ State ___ Zip _____

Position/Title/Duties _____ Length of Employment _____

**If address is same as Proposed Insured #1, write "SAME".**

**ADDITIONAL INSUREDS:**
See Supplemental Forms Package.

ENB-7-05-NY

(09/06)  eF

Page 2 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

**2**

If more space is needed, please use the Additional Information Section, Page 13.

| **SECTION 1** **Proposed Insured(s)** *(continued)* | **3. DEPENDENT SPOUSE or MINOR** |
|---|---|

**A.** Are any persons to be insured a dependent spouse? ☐ YES ☒ NO

**IF YES**, please provide:

Amount of **existing** insurance on spouse of Proposed Insured   $_____

Amount of insurance **applied for** on spouse of Proposed Insured   $_____

**B. 1.** Are any persons to be insured a dependent minor? ☐ YES ☒ NO

**IF YES**, please provide:

Amount of **existing** insurance on father/guardian   $_____

Amount of insurance **applied for** on father/guardian   $_____

Amount of **existing** insurance on mother/guardian   $_____

Amount of insurance **applied for** on mother/guardian   $_____

**2.** Are all siblings of this dependent minor equally insured? ☐ YES ☒ NO

**IF NO**, please provide details:

_____

---

| **SECTION 2** **Existing or Applied For Insurance** **IF YES** Some states require the completion of an additional form. See instructions on the cover of the Replacement Forms Package. | **1. EXISTING or APPLIED FOR INSURANCE** |
|---|---|

**A.** Do any of the Proposed Insureds or Owners have any existing or applied for life insurance (L) or annuity (A) contracts with this or any other company?

Proposed Insured ☐ YES ☒ NO
Owner ☐ YES ☐ NO

**IF YES**, provide details on Proposed Insured only:

| Proposed Insured (#1, #2, other) | Company | Type (L, A) | Amount of Insurance | Year of Issue | Accidental Death Amount | Existing or Applied for |
|---|---|---|---|---|---|---|
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |

**B.** Do any of the Proposed Insureds have any application for disability insurance (D) or critical illness insurance (C) or long term care insurance (LTC) applied for or planned with **THIS** Company or its affiliates? ☐ YES ☒ NO

**IF YES**, provide.   Proposed Insured(#1, #2, other) _____ Type (D,C,LTC) _____

| Applicable replacement and 1035 exchange forms can be found in Replacement Forms Package. | **2. REPLACEMENT** |
|---|---|

**A.** In connection with this application, has there been, or will there be with this or any other company any: surrender transaction; loan; withdrawal; lapse, reduction or redirection of premium/consideration; or change transaction (except conversions) involving an annuity or other life insurance? ☐ YES ☒ NO

**IF YES**, complete Replacement Questionnaire and Disclosure **AND** any other state required replacement forms.

**B.** Is this an exchange under Internal Revenue code section 1035? ☐ YES ☒ NO

**IF YES**, complete the 1035 Exchange Authorization **for each affected policy.**

ENB-7-05-NY

(09/06) eF

If more space is needed, please use the Additional Information Section, Page 13.   **3**

| **SECTION 3**<br>**Owner** | **IDENTITY of PRIMARY OWNER** (Check one.)<br>☐ Proposed Insured #1 **Complete Question 1 ONLY.**<br>☐ Proposed Insured #2 **Complete Question 1 ONLY.**<br>☐ Other Person **Complete Questions 1 and 2.**<br>☑ Entity **Complete Question 3 ONLY.** |
|---|---|

**If U.S. Driver's License already provided, no further information is required.**

▶ **1. OWNER IDENTIFICATION**
☐ U.S. Driver's License already provided on page 1 (Proposed Insured)
☐ U.S. Driver's License  ☐ Green Card  ☐ Passport  ☑ Other **ID Card**
Issuer of ID **New York State** _____ ID Issue Date **06/07/07**
ID Reference Number **658906493** _____ ID Expiration Date **01/12/13**

**2. OWNER other than PROPOSED INSURED(S)**

**NOTE!**
P.O. Box numbers **CANNOT** be accepted for street addresses.

Name _____
Street _____
City _____ State ____ Zip _____
Phone Number ( )

**IF CUSTODIAN** is acting on behalf of a minor under UTMA/ UGMA, please complete Additional Owner Form in Supplemental Forms package.

Citizenship _____ Country of Permanent Residence _____
Date of Birth _____ SSN/Tax ID _____
Relationship to Proposed Insured(s) _____
Employer's Name _____
Street _____
City _____ State ____ Zip _____
Position/Title/Duties _____ Length of Employment _____
☐ Check if you wish ownership to revert to Insured upon Owner and Contingent Owner's death.

**3. ENTITY/TRUST AS OWNER**

**IF TRUST** Complete Trust Certification form in Supplemental Forms Package.

Entity/Trust Type:  ☐ C Corporation  ☐ S Corporation  ☐ LLC
              ☐ Partnership  ☐ Sole Proprietorship  ☑ Trust
Tax ID Number _____ Date of Trust _____
Name of Entity/Trust  *Trust to be established*
Name of Trustee(s) _____
Street _____
City _____ State ____ Zip _____

**IF BUSINESS** Complete Business Supplement form in Supplemental Forms Package.

Proposed Insured(s) Relationship to Entity _____
Nature of Business _____ Business Phone _____
Is entity publicly traded?  ☐ YES  ☐ NO
**IF NO,** please supply one of the following documents: *(indicate which one you are supplying.)*
    ☐ Articles of Incorporation/Government Issued Business License
    ☐ LLC Operating Agreement
    ☐ Partnership Agreement
    ☐ Government Issued Certificate of Good Standing

ENB-7-05-NY

(09/06)  eF

**4**

If more space is needed, please use the Additional Information Section, Page 13.

| **SECTION 4**<br>**Beneficiary(ies)** | **NOTE:** Federal law states if you leave someone with special needs any assets over $2,000, they may lose eligibility for most government benefits. |
|---|---|

**Contingent Beneficiaries ONLY**
☐ Check here if you want any and all living and future natural or adopted children of Proposed Insured #1 to be included as Contingent Beneficiaries. Name any living children as beneficiaries below.

☑ **Check here AND DO NOT COMPLETE if Primary Beneficiary is same as Trust or Entity Owner.**

▶ ☐ **PRIMARY**

Name _____

Street _____

City _____ State _____ Zip _____

Date of Birth _____ SSN/Tax ID _____

If there is a court appointed legal Guardian for Beneficiary, provide name and address in Additional Information Section, Page 13.

Relationship to Proposed Insured(s) _____

Percent of Proceeds _____ (Multiple Beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

☐ **PRIMARY** ☐ **CONTINGENT**

Name _____

Street _____

City _____ State _____ Zip _____

Date of Birth _____ SSN/Tax ID _____

Relationship to Proposed Insured(s) _____

Percent of Proceeds _____ (Multiple Beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

☐ **PRIMARY** ☐ **CONTINGENT**

Name _____

Street _____

City _____ State _____ Zip _____

Date of Birth _____ SSN/Tax ID _____

Relationship to Proposed Insured(s) _____

Percent of Proceeds _____ (Multiple Beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

| **SECTION 5**<br>**Custodian**<br>**acting**<br>**for Minor**<br>**Beneficiary(ies)** | Custodian's name _____<br><br>as custodian for _____<br><br>under the _____ Uniform Transfers [or Gifts] to Minors Act.<br><br>Street _____<br><br>City _____ State ____ Zip _____<br><br>Relationship to Minor(s) _____ |
|---|---|

ENB-7-05-NY

(09/06)  eF

If more space is needed, please use the Additional Information Section, Page 13.   **5**

| SECTION 6 Information Regarding Insurance Applied for | 1. PRODUCT & FACE AMOUNT |
|---|---|

**1. PRODUCT & FACE AMOUNT**

Product Name _Guaranteed Advantage UL_

Face Amount $ _10,000,000_ _(Complete Personal Financial Supplement if $1,000,000 or more.)_

☐ Group Conversion *

Optional Benefits and Riders:
☐ Guaranteed Survivor Plus Purchase Options (GSPO+)*
   Option Period(s): _____ $_____
☐ Guaranteed Survivor Income Benefit (GSIB)
☐ Term Rider Specify:_____ $_____
☐ Life Guaranteed Purchase Option (LGPO)
☐ Acceleration of Death Benefit Rider (ADBR)*
☐ Enricher Options (PAIR/VABR)* Specify:_____ $_____
☐ Long Term Care Guaranteed Purchase Option (LTC-GPO)
☐ Disability Waiver (DW) Specify:_____ $_____
☐ Other _____

Special Requests/Other:
☐ Save Age    ☐ Specific Policy Date _____
☐ Other _____

Check here if ☐ alternate **OR** ☐ additional policy is requested and provide full details below. Include **SIGNED & DATED** illustration for each policy requested.

_____
_____
_____

*Complete these forms, if applicable:
• ADBR
• Enricher/Equity Additions
• Group Conversion
• GSPO+
These forms can be found in the Supplemental Forms Package.

**2. ADDITIONAL INFORMATION for WHOLE LIFE PRODUCTS**

Do you request automatic payment of premium in default by Policy Loan _(for traditional plans)_, if available?    ☐ YES ☐ NO

Dividend Options:
☐ Paid-up Additions   ☐ VAI Equity Additions*  ☐ Premium Reduction
☐ Cash              ☐ Accumulations/DWI
☐ Other_____

For Variable Life, also complete Variable Life Supplement.

**3. ADDITIONAL INFORMATION for UNIVERSAL LIFE/VARIABLE LIFE PRODUCTS**

Planned Premium Amount:  Year 1 $_456,873_ Excess/Lump Sum $ _0_

Duration of premium payments _23 years_

Planned annual unscheduled payment _(if applicable)_: $ _0_

Renewal Premium _(if applicable)_: $ _456,873_

Death Benefit Option/Contract Type _Option One_

Definition of Life Insurance Test: ☐ Guideline Premium Test ☐ Cash Value Accumulation Test _(if available under policy applied for)_

Guaranteed to age: _(VUL only)_ ☐ 65 ☐ 75 ☐ 85 ☐ 5 years ☐ Other_____

**4. ADDITIONAL INFORMATION for QUALIFIED PLANS**

Qualified/Non-Qualified Plan number _____

ENB-7-05-NY

(09/06)   eF

Page 6 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

**6**                    If more space is needed, please use the Additional Information Section, Page 13.

| SECTION 7 Payment Information | **1. PAYMENT MODE** *(Check one)* |
|---|---|

**SECTION 7
Payment
Information**

If **Monthly Electronic Payment** is chosen, complete Electronic Payment Account Agreement.

**1. PAYMENT MODE** *(Check one)*

Direct Bill:          ☑ Annual          ☐ Semi-Annual          ☐ Quarterly

Electronic Payment:   ☐ Monthly

Special Account:      ☐ Government Allotment          ☐ Salary Deduction

Additional Details:
_____
_____
_____

**2. SOURCE of CURRENT and FUTURE PAYMENTS** *(Check all that apply)*

☐ Earned Income   ☐ Mutual Fund/Brokerage Account   ☐ Money Market Fund   ☑ Savings

☐ Use of Values in another Life Insurance/Annuity Contract      ☐ Certificate of Deposit

☐ Loans          ☐ Other _____

**NOTE:**
It is Company policy to not accept cash, traveler's checks, or money orders as a form of payment for Variable Life Products.

**3. PAYMENT**

Amount collected with application $_____
*(Must equal at least one monthly premium.)*

Premium Payor:
☐ Proposed Insured #1          ☐ Proposed Insured #2          ☑ Primary Owner

☐ Other
   Name _____
   Relationship to Proposed Insured(s) and Owner _____
   Reason this person is the Payor _____

**4. BILLING ADDRESS INFORMATION**

☐ Proposed Insured #1 Address          ☐ Proposed Insured #2 Address

☑ Primary Owner's Address

☐ Other Premium Payor's/Alternate Billing Address *(Provide details here)*

Street _____

City _____ State _____ Zip _____

☐ Special Arrangements
_____
_____
_____

**E-Mail
Addresses**
*(optional)*

Proposed Insured #1 _____

Proposed Insured #2 _____

Primary Owner _____

Joint/Contingent Owner _____

ENB-7-05-NY                                                      (09/06)  eF

If more space is needed, please use the Additional Information Section, Page 13.    **7**

| SECTION 8 General Risk Questions | The following questions are to be answered for **ALL** persons to be insured, including those covered by any riders applied for. |
|---|---|

| | **1.** Within the past three years has **ANY** person to be insured flown in a plane other than as a passenger on a scheduled airline or have plans for such activity within the next year?<br>**IF YES,** complete a separate Aviation Supplement for each applicable Proposed Insured. | ☐ YES ☒ NO |
|---|---|---|

If you need more space, please use the Additional Information Section, Page 13

| **2.** Within the past three years has **ANY** person to be insured participated in or intend to participate in **any** of the following<br>Underwater sports - (SCUBA diving, skin diving, or similar activities);<br>Sky sports - (skydiving, hang gliding, parachuting, ballooning or similar activities);<br>Racing sports - (motorcycle, auto, motor boat or similar activities);<br>Rock or mountain climbing or similar activities;<br>Bungee jumping or similar activities?<br>**IF YES,** complete a separate Avocation Supplement for each applicable Proposed Insured. | ☐ YES ☒ NO |
|---|---|

| **3.** Within the **next two years** does **ANY** person to be insured **intend to travel** or **reside** outside the U.S. or Canada?<br>**IF YES,** for each occurence, please provide Proposed Insured, duration, country and purpose. | ☐ YES ☒ NO |
|---|---|

_____

_____

_____

_____

**4. CITIZENSHIP/RESIDENCY**
   **A.** Are all persons to be insured **U.S. Citizens?**   ☒ YES ☐ NO
**IF NO,** please provide details:

Proposed Insured(s) _____ Country of Citizenship _____

Visa Type/ID _____ Visa Number _____

Expiration Date _____ Length of Time in U.S. _____

☐ Check here if currently applying for a Social Security number.

   **B.** Are all persons to be insured **permanent residents** of the United States?   ☒ YES ☐ NO

**IF NO,** please provide details:

Proposed Insured(s) _____

Country of Residence _____

ENB-7-05-NY

(09/06)  eF

Page 8 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

**B**     If more space is needed, please use the Additional Information Section, Page 13.

| **SECTION 8**<br>**General Risk**<br>**Questions**<br>*(continued)* | The following questions are to be answered for **ALL** persons to be insured, including those covered by any riders applied for. |
|---|---|

**5.** In the last five years, has **ANY** person to be insured used tobacco products (e.g., cigarettes; cigars; pipes; smokeless tobacco; chew; etc.) or nicotine substitutes (e.g., patch, gum)?     ☐ YES ☒ NO
**IF YES,** please provide details:

Proposed Insured(s) _____ Date Last Used _____

Type _____

Amount/Frequency _____

---

If you need more space, please use the Additional Information Section, Page 13.

**6.** Has **ANY** person to be insured: **EVER** had a driver's license suspended or revoked; **EVER** been convicted of DUI or DWI; or had, in the last five years, any moving violations?     ☐ YES ☒ NO
**IF YES,** please provide Proposed Insured, date and violation.

Proposed Insured(s) _____

Details: _____

_____

---

**7.** Has any person to be insured **EVER** had an application for life, disability income or health insurance declined, postponed, rated or modified or required an extra premium?     ☐ YES ☒ NO
**IF YES,** please provide details:

Proposed Insured(s) _____

Details: _____

_____

---

**8.** Are all persons to be insured: actively at work; or a homemaker performing regular household duties; or a student attending school regularly?     ☒ YES ☐ NO
**IF NO,** please provide details:

Proposed Insured(s) _____

Details: _____

---

Please answer these questions **only if requesting the Long Term Care Guaranteed Purchase Option Rider.**

**9. LONG TERM CARE GUARANTEED PURCHASE OPTION RIDER**

**A.** Does any person to be insured under this rider currently use any mechanical equipment such as: a walker; a wheelchair; long leg braces; or crutches?     ☐ YES ☐ NO
**IF YES,** please note which and the reason.

_____

Proposed Insured(s) _____

**B.** Does any person to be insured under this rider need any assistance or supervision with any of the following activities: bathing; dressing; walking; moving in/out of a chair or bed; toileting; continence; or taking medication?     ☐ YES ☐ NO

Proposed Insured(s) _____

PAGE  08        CEC        7323267315        08:27  06/03/2008

| PART II | If more space is needed, please use the Additional Information Section, Page 13. | **9** |
|---|---|---|

**SECTION 1**
**Physician**
**Information**

**1. PHYSICIAN**
Please provide name of doctor, practitioner, or health care facility who can provide the most complete and up to date information concerning the present health of the Proposed Insured(s).

**Physician Information for Proposed Insured #1**
☐ Check here if no doctor, practitioner or health care facility is known.

Physician Name **Slomowits Joseph Md** _____ Phone Number ( **718** ) **851-8400**

Name of Practice/Clinic _____ Fax Number (___)

Street **5022 15 Ave**

City **Brooklyn** _____ State **NY** Zip **11219**

Date Last Consulted _____ Reason _____

Findings, treatment given, medication prescribed. If None, check here ☐.

_____

_____

**Physician Information   ☐ Proposed Insured #1   ☐ Proposed Insured #2**
☐ Check here if no doctor, practitioner or health care facility is known.

Physician Name _____ Phone Number (___)

Name of Practice/Clinic _____ Fax Number (___)

Street _____

City _____ State ___ Zip _____

Date Last Consulted _____ Reason _____

Findings, treatment given, medication prescribed. If None, check here ☐.

_____

_____

**PLEASE NOTE:**
If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application

**SECTION 2**
**Medical**
**Questions**

**1. HEIGHT/WEIGHT**

Proposed Insured #1 _____ Height _____ Weight _____

Proposed Insured #2 _____ Height _____ Weight _____

Has any Proposed Insured experienced a change in weight (greater than 10 pounds) in the past 12 months?     ☐ YES ☐ NO

**IF YES**, specify:

Proposed Insured #1 _____ Pounds lost _____ Pounds gained _____

Proposed Insured #2 _____ Pounds lost _____ Pounds gained _____

Reason _____

**10**

If more space is needed, please use the **Additional Information Section, Page 13.**

**SECTION 2 Medical Questions**

*(continued)*

**PLEASE NOTE:**
If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but, will expedite your application.

**2.** Has a parent (P) or sibling (S) of any person to be insured ever had: heart disease; coronary artery disease; high blood pressure; diabetes; or mental illness? ☐ **YES** ☐ **NO**

**IF YES,** indicate below:

| Proposed Insured (#1, #2) | Relationship to Proposed Insured | Age if Living | Age at Death | State of Health, Specific Conditions, Cause of Death |
|---|---|---|---|---|
| | ☐ P   ☐ S | | | |
| | ☐ P   ☐ S | | | |
| | ☐ P   ☐ S | | | |
| | ☐ P   ☐ S | | | |

**3.** Has **ANY** person to be insured **EVER** received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that he/she had:

| | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed insured | |
|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO |
| **A.** High blood pressure; chest pain; heart attack, or any other disease or disorder of the heart or circulatory system? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **B.** Asthma; bronchitis; emphysema; sleep apnea; shortness of breath; or any other disease or disorder of the lungs or respiratory system? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **C.** Seizures; stroke; paralysis; Alzheimer's disease; multiple sclerosis; memory loss; Parkinson's disease; progressive neurological disorder; headaches; or any other disease or disorder of the brain or nervous system? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Details:** If you **answered YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more space is needed, please use the Additional Information Section, Page 13. **11**

| SECTION 2 Medical Questions *(continued)* | 3. Has **ANY** person to be insured **EVER** received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that he/she had: | Proposed Insured #1 YES NO | Proposed Insured #2 YES NO | Other Proposed Insured YES NO |
|---|---|---|---|---|
| **PLEASE NOTE:** If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application | **D.** Ulcers; colitis; hepatitis, cirrhosis; or any other disease or disorder of the liver; gallbladder; stomach, or intestines? | □ □ | □ □ | □ □ |
| | **E.** Any disease or disorder of: the kidney; bladder; or prostate; or blood, protein or pus in the urine? | □ □ | □ □ | □ □ |
| | **F.** Diabetes; thyroid disorder; or any other endocrine problem(s)? | □ □ | □ □ | □ □ |
| | **G.** Arthritis; gout; or disorder of the muscles, bones or joints? | □ □ | □ □ | □ □ |
| | **H.** Cancer; tumor; polyp; cyst or any skin disease or disorder? | □ □ | □ □ | □ □ |
| | **I.** Anemia; leukemia; or any other disorder of the blood or lymph glands? | □ □ | □ □ | □ □ |
| | **J.** Depression; stress; anxiety; or any other psychological or emotional disorder or symptoms? | □ □ | □ □ | □ □ |
| | **K.** Any disease or disorder of the eyes, ears, nose, or throat? | □ □ | □ □ | □ □ |

**Details:** If you **answered YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**12**                    If more space is needed, please use the Additional Information Section, Page 13.

| SECTION 2 Medical Questions *(continued)* | 4. Has **ANY** person to be insured: | Proposed Insured #1 YES NO | Proposed Insured #2 YES NO | Other Proposed Insured YES NO |
|---|---|---|---|---|
| | **A**. Currently, or within the past six months, been under observation or received treatment or taken any medication? (Including over-the-counter medications, vitamins, herbal supplements, etc.) | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| **PLEASE NOTE:** If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application. | **B**. For the next six months, scheduled any doctor's visits, medical care, or surgery? | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| | **C**. During the past five years, had a: checkup; electrocardiogram; chest x-ray; or medical test? | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| | **D**. During the past five years, had any illness, injury or health condition not revealed above; or have been recommended to have any: hospitalization; surgery; medical test; or medication? | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| | **E**. **EVER** been diagnosed with or treated by a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS)? | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| | **F**. **EVER** used heroin, cocaine, barbituates, or other drugs, except as prescribed by a physician or other licensed practitioner? | ☐ ☐ | ☐ ☐ | ☐ ☐ |
| | **G**. **EVER** received treatment from a physician or counselor regarding the use of alcohol, or the use of drugs, except for medicinal purposes; or received treatment or advice from an organization that assists those who have an alcohol or drug problem? | ☐ ☐ | ☐ ☐ | ☐ ☐ |

**Details:** If you **answered YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ENB-7-05-NY                                                    (09/06)   eF

13

| Additional Information | Use this page for any additional information. Attach a separate sheet if necessary. |
|---|---|

ENB-7-05-NY

(09/06)  eF

Page 14 of 16 received at 6/3/2008 8:31:03 AM [Eastern Daylight Time] on server AS-BWTRFAXSVR06.

**14**

## Certification/ Agreement/ Disclosure

**Certification Regarding Sales Illustration**  Agent must check the appropriate statement below.

☑ Agent certifies that a signed illustration is **not required** by law or the policy applied for is not illustrated in this state.

☐ An illustration was signed and **matches the policy applied for.** It is included with this application.

☐ An illustration was shown or provided but is **different from the policy applied for.** An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☑ **No illustration conforming to the policy** as applied for was shown or provided prior to or at the time of this application. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☐ If illustration was **only shown on a computer screen,** check and complete details below.

An illustration was displayed on a computer screen. The displayed illustration **matches the policy applied for** but no printed copy of the illustration was provided. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery. The illustration on the screen included the following personal and policy information:

1. Gender (as illustrated)    ☐ M    ☐ F    ☐ Unisex    Age _____

2. Rating class (e.g. standard, smoker)    ☐ Preferred    ☐ Standard    ☐ Non-smoker    ☐ Smoker
   ☐ Other _____

3. Type of policy (e.g. L-98, Whole Life) _____

4. Initial Death Benefit $ _____ Death Benefit Option _____

5. Guaranteed Minimum Death Benefit    ☐ age 55    ☐ age 65    ☐ age 75    ☐ age 85    ☐ 5 years

6. Dividend Option _____

7. Riders _____ $ _____
   _____ $ _____
   _____ $ _____

**Agreement/Disclosure**
**I have read this application for life insurance including any amendments and supplements and to the best of my knowledge and belief, all statements are true and complete. I also agree that:**
- My statements in this application and any amendment(s), paramedical/medical exam and supplement(s) are the basis of any policy issued.
- This application and any amendment(s); paramedical/medical exam; and supplement(s) to this application, will be attached to and become part of the new policy.
- No information will be deemed to have been given to the Company unless it is stated in this application and paramedical/medical exam, and any supplement(s).
- Only the Company's President, Secretary or Vice-President may: (a) make or change any contract of insurance; (b) make a binding promise about insurance; or (c) change or waive any term of an application, receipt, or policy.
- Except as stated in the Temporary Insurance Agreement and Receipt, no insurance will take effect until a policy is delivered to the Owner and the full first premium due is paid. It will only take effect at the time it is delivered if: (a) the condition of health of each person to be insured is the same as stated in the application; and (b) no person to be insured has received any medical advice or treatment from a medical practitioner since the date of the application.

ENB-7-05-NY

(09/06)  eF

**15**

| **Certification/ Agreement/ Disclosure** | *(continued)* |
|---|---|

- I understand that paying my insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.
- If I intend to replace existing insurance or annuities, I have so indicated in Section 2, Question 2 of this application.
- I have received the Company's Consumer Privacy Notice and, as required, the Life Insurance Buyer's Guide.
- If I was required to sign an HIV Informed Consent Authorization, I have received a copy of that Authorization.
- I understand that receipt of accelerated death benefits may affect eligibility for public assistance programs and may be taxable. A discount is associated with the acceleration and an administrative charge will be required upon exercise of the benefit.

**Taxpayer Identification Number Certification**
Under penalties of perjury, I, the Owner, certify that:
   The number shown in this application is my correct taxpayer identification number, and **I am** not subject to backup withholding because:
(a) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, **OR**
(b) the IRS has notified me that I am not subject to backup withholding. *(If you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return, you must cross out and initial this item.)*
I am a U.S. citizen or a U.S. resident alien for tax purposes.
   *(If you are not a U.S. citizen or a U.S. resident alien for tax purposes, please cross out this certification and complete form W-8BEN).*
**Please** note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**SIGNATURES:**

| | | |
|---|---|---|
| If not witnessing all signatures, Witness should sign next to the signature being witnessed. | ☞ | Signed at City, State _Brooklyn NY_     Date _12/17/07_ <br> **Proposed Insured #1** _Hana Solomon_ <br> (age 15 or over) |
| | ☞ | Signed at City, State _____     Date _____ <br> **Proposed Insured #2** _____ <br> (age 15 or over) |
| | ☞ | Signed at City, State _____     Date _____ <br> **Owner** _____ <br> (If other than Proposed Insured) <br> (If age 15 or over) If the Owner is a firm or corporation, include Officer's title with signature. |
| | ☞ | Signed at City, State _____     Date _____ <br> **Parent or Guardian** _____ <br> (If Owner or Proposed Insured(s) is/are under 18, sign here if not signed above.) |
| | ☞ | Signed at City, State _Brooklyn NY_     Date _12/17/07_ <br> **Witness to Signatures** _____ <br> (Licensed Agent/Producer) |

**Please print Agent/Producer name** _Mayer Kramarsky_

(09/06)  eF

Check the appropriate company.

| | |
|---|---|
| **Personal Financial Supplement** | Proposed Insured: __Hana__ _____ **Salamon** _____ |

☐ **Metropolitan Life Insurance Company**   ☐ **MetLife Investors USA Insurance Company**
☐ **New England Life Insurance Company**   ☐ **General American Life Insurance Company**
☐ **MetLife Investors Insurance Company**   ☐ **Metropolitan Tower Life Insurance Company**

*The Company indicated above is referred to as "the Company".*

**To be completed when the amount of coverage is $1,000,000 and over.**

## INCOME

**Annual Earned Income**

| | | |
|---|---|---|
| Salary or Draw | $ 100,000.00 | |
| Bonus/Commissions | $ _____ | |
| Other Earnings | $ _____ | Source _____ |
| **Total Earned Income** | $ 100,000.00 | |
| **Spouse's Income** | $ _____ | |

**Annual Unearned Income**

| | | |
|---|---|---|
| Dividends/Interest | $ 50,000.00 | |
| Net Rentals | $ _____ | |
| Other Unearned | $ _____ | Source _____ |
| **Total Unearned Income** | $ 50,000.00 | |

## ASSETS & LIABILITIES

| **Assets** | | **Liabilities** | |
|---|---|---|---|
| Cash | $ _____ | Mortgages | $ _____ |
| Real Estate | $ _____ | Personal Loans | $ _____ |
| Business Equity | $ _____ | Other | $ _____ |
| Stocks/Bonds | $ _____ | | |
| Other Assets | $ 10,000,000.00 | | |
| **Total Assets** | $ 10,000,000.00 | **Total Liabilities** | $ _____ |

| | | |
|---|---|---|
| **Total Assets** | $ | 10,000,000.00 |
| **Total Liabilities** | -$ | 0.00 |
| **Net Worth:** | =$ | 10,000,000.00 |

EFIN-05 (05/05) FF

01/28/2008 12:44   0000000000000
06/03/2008 08:27   73232627315   CEC



Stephen Mostecak
Principal Investigator
Fraud Investigation Division

**AIG World Investigative Resources**

*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
**845.398.0675 - Phone**
917.862.2862 - Cell
1.866.667.8514 - (E-fax)

August 6, 2008

Mr. Joel Katz
**750 Forest Avenue**
**Apartment 25D**
**Lakewood, NJ  08701**

Re: Hana Salamon Policy # U10022254L – AIG American General

Mr. Katz:

I am an Investigator for AIG (American Interntional Group)

Stephen Mostecak
Principal Investigator

This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities. The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR. If you are not the intended recipient, you must not read, use or disseminate this information.

### Hana Salamon Accurint Search
### w/ SSN of 319.82.9296

**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.

## Summary Report

Date: 01/23/08
Reference Code: 20080293

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: HANA SALAMON<br>Age:<br>SSN: 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  issued in  New York between 01/01/1954 and 12/31/1957 | [No Data Available] | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
MARTIN SALAMON
DOB: **12/1915**  Age: **92**

## Address Summary  (✓ - Probable Current Address)

✓ 4910 17TH AVE APT 2J, BROOKLYN NY 11204-1185, KINGS COUNTY (Jun  2003 - Jan  2008)
Phone at address: (718) 851-9250  **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of Education: **12**

✓ 4910 17TH AVE APT 2Z, BROOKLYN NY 11204-1157, KINGS COUNTY (Jun  2003 - May  2007)
Phone at address: (718) 851-9250  **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of Education: **12**

✓ 4910 17TH AVE APT 4G, BROOKLYN NY 11204-1187, KINGS COUNTY (Oct  1990 - Nov  2006)
Phone at address: (718) 851-9250  **SALAMON MR**
Neighborhood Profile (2000 Census)
Average Age: **34**    Median Household Income: **$30,341**    Median Home Value: **$667,800**    Average Years of Education: **12**

4141 COLLINS AVE APT 109, MIAMI BEACH FL 33140-3238, MIAMI-DADE COUNTY (Feb  2005)
Neighborhood Profile (2000 Census)
Average Age: **42**    Median Household Income: **$38,214**    Median Home Value: **$367,900**    Average Years of Education: **14**



**Stephen Mostecak**
Principal Investigator
Fraud Investigation Division

**AIG World Investigative Resources**
*Northeast Region*
P.O. Box 372
West Nyack, NY 10994
**Phone: 845.398.0675**
Cell: 917.862.2862
Fax:1.866.667.8514

August 7, 2008

**Mr. Aaron Knopfler**
**750 Forest Avenue**
**Lakewood, NJ 08701**

**Re: Life Policy of Hana Salamon - # U10022254L – AIG American General – Issued 12/'07**

**Mr. Knopfler:**

**You, as well as Joel Katz, are listed on the above policy of our insured, Hana Salamon.  As part of our business practice, I am required to meet with you in person to discuss the Trust aspects of the policy set-up.**

**As such, kindly call me upon receipt of this letter at the above phone number so that we can schedule an appointment that is convenient for you.**

**Thank you very much and I anticipate an expedient response, sir.**

Stephen Mostecak
Principal Investigator

This document contains confidential and proprietary information concerning AIG World Investigative Resources (AIGWIR) and may be protected by legal privileges and work product immunities.  The information may not be used, reproduced or distributed without the express prior written consent of AIGWIR.  If you are not the intended recipient, you must not read, use or disseminate this information.

A Member Company of
American International Group, Inc

0.8

## Office of the City Register

Contents and Index
About ACRIS
About City Register

[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

**Borough:** BROOKLYN / KINGS
**Block:** 05454
**Lot:** 0045
**Date Range:** To Current Date
**Document Class:** All Document Classes

Records 1 - 86 << previous   next >>   Max Rows 99   [Search Options ] [New BBL Search] [Edit Current Search]
nt Index]

| View | Reel/Pg/File | CRFN | Lot | Partial | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amou |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2007000416901 | 45 | | 8/13/2007 12:38:59 PM | UCC3 ASSIGNMENT | 4 | UNGAR, JACOB | FIRST FINANCIAL EQUITIES, INC. | | | | |
| | | 2007000275046 | 45 | ENTIRE LOT | 5/25/2007 3:16:28 PM | UCC3 TERMINATION | 3 | LICHT, SIMON | HSBC MORTGAGE CORPORATION (USA) | | | | |
| | | 2007000266680 | 45 | ENTIRE LOT | 5/22/2007 2:48:34 PM | BOTH RPTT AND RETT | 1 | SOUTHBERRY ENTERPRISES LLC | WEINGARTEN, DAVID | | | | 132, |
| | | 2007000266675 | 45 | ENTIRE LOT | 5/22/2007 2:48:11 PM | BOTH RPTT AND RETT | 1 | SOUTHBERRY ENTERPRISES LLC | WEINGARTEN, DAVID | | | | 132, |
| | | 2007000232654 | 45 | ENTIRE LOT | 5/4/2007 10:32:34 AM | UCC3 AMENDMENT | 3 | SOUTHBERRY ENTERPRISES, LLC | HERCZL, ARON | | | | |
| | | 2007000139116 | 45 | ENTIRE LOT | 3/15/2007 11:44:16 AM | INITIAL COOP UCC1 | 3 | LICHT, SIMON | HSBC MORTGAGE CORPORATION USA | | | | |
| | | 2007000100069 | 45 | ENTIRE LOT | 2/22/2007 11:35:12 AM | BOTH RPTT AND RETT | 2 | RINGEL, HARRY | BRONNER, CHASKEL | | | | 325, |
| | | 2007000100068 | 45 | ENTIRE LOT | 2/22/2007 11:35:11 AM | POWER OF ATTORNEY | 4 | RINGEL, MURIEL | MILLER, DEBRA | | | | |

| Document | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2007000100067 | 45 | ENTIRE LOT | 2/22/2007 11:35:10 AM | POWER OF ATTORNEY | 4 | RINGEL, HARRY | MILLER, DEBRA | |
| 2006000544582 | 45 | ENTIRE LOT | 9/27/2006 3:26:26 PM | BOTH RPTT AND RETT | 2 | HOOK, SIMEON | BUCHMAN, HEDY | 310, |
| 2006000501377 | 45 | ENTIRE LOT | 9/5/2006 4:05:02 PM | INITIAL COOP UCC1 | 3 | LICHT, SIMON | HSBC MORTGAGE CORPORATION (USA) | |
| 2006000361398 | 45 | ENTIRE LOT | 6/30/2006 3:09:57 PM | UCC COOPERATIVE ADDENDUM | 3 | UNGAR, JACOB | INMC MORTGAGE HOLDINGS | |
| 2006000337434 | 45 | ENTIRE LOT | 6/15/2006 12:02:03 PM | UCC COOPERATIVE ADDENDUM | 2 | WEINBERGER, SIMA | CALIFORNIA FEDERAL BANK, A FEDERAL SAVINGS BANK | |
| 2006000331408 | 45 | ENTIRE LOT | 6/13/2006 12:35:40 PM | BOTH RPTT AND RETT | 1 | BERGER, MARK | APPEL, EVA | 300, |
| 2006000233842 | 45 | ENTIRE LOT | 4/27/2006 9:47:33 AM | INITIAL COOP UCC1 | 4 | LICHT, BELA | M & T MORTGAGE CORPORATION | |
| 2006000071332 | 45 | PARTIAL LOT | 2/7/2006 10:48:17 AM | INITIAL UCC1 | 3 | SOUTHBERRY ENTERPRISES, LLC | HERCZL, ARON | |
| 2005000588141 | 45 | ENTIRE LOT | 10/20/2005 4:41:46 PM | BOTH RPTT AND RETT | 1 | ELDIN REALTY COMPANY | SOUTHBERRY ENTERPRISES, LLC | 140, |
| 2005000581638 | 45 | ENTIRE LOT | 10/19/2005 2:02:00 PM | BOTH RPTT AND RETT | 1 | ELDIN REALTY COMPANY | SOUTHBERRY ENTERPRISES | 140, |
| 2005000505702 | 45 | ENTIRE LOT | 9/9/2005 4:35:03 PM | UCC3 TERMINATION | 2 | HOSCHANDER, MIRIAM | JPMORGAN CHASE BANK | |
| 2005000451816 | 45 | PARTIAL LOT | 8/11/2005 1:55:59 PM | INITIAL COOP UCC1 | 3 | HOSCHANDER, MIRIAM | JPMORGAN CHASE BANK, N.A. | |
| 2005000127557 | 45 | ENTIRE LOT | 3/3/2005 3:09:24 PM | UCC3 ASSIGNMENT | 3 | FISCH, ELKY | EVERBANK | |
| 2004000745495 | 45 | PARTIAL LOT | 12/2/2004 2:09:29 PM | UCC3 ASSIGNMENT | 3 | STIEL, FISCHEL | FLEET NATIONAL BANK | |
| 2004000504501 | 45 | ENTIRE LOT | 8/13/2004 2:20:27 PM | NYC REAL PROPERTY TRANSFER TAX | 2 | HERTZ-- D/B/A/, SHELDON | GEIGER, SAUL | 100, |
| 2004000504492 | 45 | ENTIRE LOT | 8/13/2004 2:19:34 PM | NYC REAL PROPERTY TRANSFER TAX | 2 | HERTZ-- D/B/A, SHELDON | GEIGER, SAUL | 200, |
| 2004000171943 | 45 | ENTIRE LOT | 3/22/2004 3:22:12 PM | INITIAL UCC1 | 4 | 4910 17TH AVE. APT. CORP. | NEW YORK COMMUNITY BANK | |
| 2004000171942 | 45 | ENTIRE LOT | 3/22/2004 3:22:11 PM | AGREEMENT | 14 | NEW YORK COMMUNITY BANK | 4910 17TH AVE. APT. CORP. | 1,200, |
| 2004000171941 | 45 | ENTIRE LOT | 3/22/2004 3:22:10 PM | MORTGAGE | 9 | 4910 17TH AVE. APT. CORP. | NEW YORK COMMUNITY BANK | 1,200, |
| 2004000171940 | 45 | ENTIRE LOT | 3/22/2004 3:22:09 PM | ASSIGNMENT, MORTGAGE | 7 | J.P. MORGAN INVESTMENT MANAGEMENT, INC. | NEW YORK COMMUNITY BANK | |
| 2004000171939 | 45 | ENTIRE LOT | 3/22/2004 3:22:08 PM | TERMINATION OF ASSIGN OF L&R | 3 | 4910 17TH AVE. APT. CORP. | J.P. MORGAN INVESTMENT MANAGEMENT, INC. | |
| 2004000051544 | 45 | ENTIRE LOT | 1/28/2004 11:06:43 AM | INITIAL COOP UCC1 | 2 | LICHT, SIMON | WELLS FARGO HOME MORTGAGE, INC. | |
| 2003000425786 | 45 | ENTIRE LOT | 10/17/2003 9:59:24 AM | UCC3 TERMINATION | 4 | STIEL, CHAIM Y | MORTGAGE ELECTRONIC | |

| Number | | Lot | Date | Type | | Name | Institution |
|---|---|---|---|---|---|---|---|
| 2003000406789 | 45 | ENTIRE LOT | 10/2/2003 9:44:19 AM | INITIAL COOP UCC1 | 3 | HOSCHANDER, MIRIAM | REGISTRATION SYSTEM JP MORGAN CHASE BANK |
| 2003000159071 | 45 | ENTIRE LOT | 6/6/2003 11:09:00 AM | INITIAL COOP UCC1 | 3 | STIEL, FISCHEL | FLEET NATIONAL BANK |
| 2003000130468 | 45 | ENTIRE LOT | 5/15/2003 9:39:21 AM | INITIAL COOP UCC1 | 4 | SURI, ELIAS | WASHINGTON MUTUTAL BANK, FA |
| 2003000000345 | 45 | ENTIRE LOT | 1/9/2003 4:46:39 PM | INITIAL COOP UCC1 | 3 | FISCH, ELKY | BNY MORTGAGE COMPANY, LLC |
| 02PK09915 | 45 | ENTIRE LOT | 11/21/2002 | UCC3 AMENDMENT | 1 | WELZ, ALEXANDER | BNY MORTGAGE COMPANY, LLC |
| 5638/1990 | 45 | ENTIRE LOT | 5/24/2002 | DEED | 4 | LANDAU, BERTA | B LANDAU FAMILY TRUST |
| 02PK01648 | 45 | ENTIRE LOT | 3/6/2002 | INITIAL COOP UCC1 | 2 | WELZ, ALEXANDER | BNY MORTGAGE COMPANY, LLC |
| 01PK04969 | 45 | ENTIRE LOT | 4/11/2001 | UCC3 ASSIGNMENT | 1 | STIEL, CHAIM Y. | BNY MORTGAGE COMPANY, L.L.C. |
| 01PK04321 | 45 | ENTIRE LOT | 3/29/2001 | INITIAL COOP UCC1 | 2 | STIEL, CHAIM Y. | BNY MORTGAGE COMPANY, L.L.C. |
| 01TK00911 | 45 | ENTIRE LOT | 3/27/2001 | UCC3 TERMINATION | 1 | BRACHFELD, MONIQUE | INDEPENDENT NATIONALMORTGAGE CORPORATION |
| 01PK04144 | 45 | ENTIRE LOT | 3/27/2001 | UCC3 ASSIGNMENT | 1 | BRACHFELD, MONIQUE | GFI MORTGAGE BANKERS, INC. |
| 01PK03940 | 45 | ENTIRE LOT | 3/22/2001 | INITIAL COOP UCC1 | 1 | HONIG, MARY | CHASE MANHATTEN BANK |
| 97PK10030 | 45 | ENTIRE LOT | 7/31/1997 | UCC3 ASSIGNMENT | 1 | UNGAR, JACOB | FIRST FINANCIAL EQUITIES INC |
| 97PK09917 | 45 | ENTIRE LOT | 7/29/1997 | INITIAL COOP UCC1 | 1 | UNGAR, JACOB | FIRST FINANCIAL EQUITIES INC |
| 97PK03573 | 45 | ENTIRE LOT | 3/20/1997 | INITIAL COOP UCC1 | 2 | BRACHFELD, MONIQUE | GFI MORTGAGE BANKERS, INC. |
| 96PK16881 | 45 | ENTIRE LOT | 12/26/1996 | UCC3 RELEASE | 6 | HOSCHANDER, DAVID | MONOGRAM HOME EQUITYCORP |
| 96PK16880 | 45 | ENTIRE LOT | 12/26/1996 | UCC3 RELEASE | 9 | HOSCHANDER, DAVID | MONOGRAM HOME EQUITYCORP |
| 94PK04908 | 45 | ENTIRE LOT | 4/8/1994 | UCC3 ASSIGNMENT | 1 | HOSCHANDER, DAVID | GE CAPITAL MORTGAGESERVICE INC |
| 94PK04907 | 45 | ENTIRE LOT | 4/8/1994 | UCC3 ASSIGNMENT | 1 | HOSCHANDER, DAVID | GE CAPITAL MORTGAGESERVICES INC |
| 94PK04822 | 45 | ENTIRE LOT | 4/6/1994 | INITIAL COOP UCC1 | 1 | HOSCHANDER, DAVID | GE CAPITAL MORTGAGESERVICE INC |
| 94PK04821 | 45 | ENTIRE LOT | 4/6/1994 | INITIAL COOP UCC1 | 4 | HOSCHANDER, DAVID | GE CAPITAL MORTGAGESERVICES INC |
| 3222/900 | 45 | ENTIRE LOT | 2/22/1994 | SATISFACTION OF MORTGAGE | 2 | HERTZ, SHELDON | KRAVCHICK, MAE |
| 3222/729 | 45 | ENTIRE LOT | 2/22/1994 | ASSIGNMENT, MORTGAGE | 3 | HERTZ, SHELDON | J.P. MORGAN INVESTMENT MANAGEMENT INC |
| 3222/724 | 45 | ENTIRE LOT | 2/22/1994 | MORTGAGE | 5 | 4910 17TH AVE APT CORP | J.P. MORGAN INVESTMENT MANAGEMENT INC |

329,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3222/411 | 45 | ENTIRE LOT | 2/22/1994 | ASSIGNMENT, MORTGAGE | 9 | 4910 17TH AVE APT. CORP. | J.P. MORGAN INVESTMENT MANAGEMENT INC |
| 3222/377 | 45 | ENTIRE LOT | 2/22/1994 | AGREEMENT | 36 | 4910 17TH AVE APT CORP | J.P. MORGAN INVESTMENT MANAGEMENT INC |
| 3222/368 | 45 | ENTIRE LOT | 2/22/1994 | ASSIGNMENT, MORTGAGE | 9 | GREEN POINT SAVINGSBANK | J.P. MORGAN INVESTMENT MANAGEMENT INC |
| 94PK01664 | 45 | ENTIRE LOT | 2/7/1994 | INITIAL UCC1 | 4 | 4910 17TH AVE APT CORP | J P MORGAN INVESTMENT MANAGEMENT INC |
| 93TK02024 | 45 | ENTIRE LOT | 8/30/1993 | UCC3 TERMINATION | 2 | LANDAU, BERTA | CITIBANK, NA |
| 93PK01980 | 45 | ENTIRE LOT | 2/9/1993 | INITIAL COOP UCC1 | 1 | LANDAU, BERTA | INDEPENDENCE SAVINGSBANK |
| 92PK14075 | 45 | ENTIRE LOT | 9/2/1992 | INITIAL COOP UCC1 | 1 | BOORSTEIN, MYRON RONALD | MARINE MIDLAND BANK |
| 2670/1012 | 45 | ENTIRE LOT | 2/25/1991 | ASSIGNMENT, MORTGAGE | 5 | HERTZ, HENRY | HERTZ, SHELDON |
| 89PK00667 | 45 | ENTIRE LOT | 1/17/1989 | INITIAL UCC1 | 2 | LANDAU, BERTA | CITIBANK, NA |
| 8901/667 | 45 | ENTIRE LOT | 1/17/1989 | UNIFORM COMMERCIAL CODE 1 | 0 | LANDAU, BERTA | CITIBANK NA |
| 2035/2121 | 45 | ENTIRE LOT | 6/8/1987 | ASSIGNMENT, MORTGAGE | 2 | KRAVCHICK, HYMAN/LWT | ELDIN REALTY CO |
| 1845/519 | 45 | ENTIRE LOT | 7/16/1986 | ASSIGNMENT, MORTGAGE | 4 | HERTZ, SHELDON | HERTZ, HENRY |
| 1845/514 | 45 | ENTIRE LOT | 7/16/1986 | ASSIGNMENT, MORTGAGE | 5 | ELDIN RLTY COMP | HERTZ, HENRY |
| 1797/1500 | 45 | ENTIRE LOT | 4/17/1986 | MORTGAGE | 10 | 4910 17TH AVE APT CORP | ELDIN RLTY CO | 800, |
| 1797/1498 | 45 | ENTIRE LOT | 4/17/1986 | DEED | 2 | ELDIN RLTY CO | 4910 17TH AVE APT.CORP |
| 1327/1186 | 45 | ENTIRE LOT | 7/20/1982 | DEED | 2 | HERTZ, SHELDON | ELDIN REALTY COMPANY |
| 1325/1053 | 45 | ENTIRE LOT | 7/9/1982 | MORTGAGE | 5 | HERTZ, SHELDON | KRAVCHICK, HYMAN DECD | 300, |
| 1325/1051 | 45 | ENTIRE LOT | 7/9/1982 | DEED | 2 | KRAVCHICK, HYMAN DECD | HERTZ, SHELDON |
| 918/523 | 45 | ENTIRE LOT | 5/5/1977 | DEED | 2 | RAYTY REALTY CORP | MITGAG SHIRLEY |
| 918/15 | 45 | ENTIRE LOT | 5/4/1977 | SUNDRY AGREEMENT | 5 | THE GREEN POINT SAV BANK | |
| 918/12 | 45 | ENTIRE LOT | 5/4/1977 | ASSIGNMENT, MORTGAGE | 3 | DOLLAR SAVINGS BANK OF NEW YORK | THE GREEN POINT SAV BANK |
| 918/7 | 45 | ENTIRE LOT | 5/4/1977 | MORTGAGE | 5 | RAYTY REALTY CORP | THE GREEN POINT SAVINGS BANK |
| 918/5 | 45 | ENTIRE LOT | 5/4/1977 | DEED | 2 | MITGANG SHIRLEY AS TRUSTEE OF | RAYTY REALTY CORP |
| 569/261 | 45 | ENTIRE LOT | 7/14/1972 | SUNDRY AGREEMENT | 13 | RUTCO RLTY CORP | |

| 534/735 | 45 | ENTIRE LOT | 1/25/1972 | DEED | 2 | RUTCO REALTY CORP | MITGANG SHIRLEY AS TRUSTEE OF |
|---|---|---|---|---|---|---|---|
| 533/1950 | 45 | ENTIRE LOT | 1/24/1972 | AGREEMENT | 4 | RUTCO REALTY CORP | DOLLAR SAVINGS BANK |
| 533/1945 | 45 | ENTIRE LOT | 1/24/1972 | MORTGAGE | 5 | RUTCO REALTY CORP | DOLLAR SAVS BANK OF NYC |
| 533/1941 | 45 | ENTIRE LOT | 1/24/1972 | ASSIGNMENT, MORTGAGE | 2 | HARLEM SAVS BANK | DOLLAR SAVS BANK |
| 532/1521 | 45 | ENTIRE LOT | 1/18/1972 | DEED | 2 | MITGANG SHIRLEY TRUSTEE OF | RUTCO REALTY CORP |
| 463/1492 | 45 | ENTIRE LOT | 2/5/1971 | DEED | 2 | RUTCO RLTY CORP | MITGANG SHIRLEY AS TRUSTEE OF |
| 459/1049 | 45 | ENTIRE LOT | 1/19/1971 | DEED | 2 | MITGANG SHIRLEY AS TRUSTEE OF | RUTCO RLTY CORP |

New Parcel Identifier Search

**From:** Mostecak, Stephen
**Sent:** Thursday, July 17, 2008 3:36 PM
**To:** 'Pinchas Geller, CPA'
**Subject:** RE: Hana Salamon

Dear Mr. Geller:

As you are aware, I am conducting an investigation regarding an American General life insurance policy insuring the life of one of your clients, Hana Salamon. As part of my investigation, I have contacted you numerous times (once in an in-person interview) in an attempt to solicit information from you to confirm the accuracy of financial representations in Ms. Salamon's life insurance application. However, rather than provide information to verify Ms. Salamon's representations in her life insurance application, you have refused to cooperate with the investigation. If you have information that can establish the accuracy of the financial representations in Ms. Salamon's application, please provide it by Friday, July 18, 2008. If we do not receive information from you by July 18th, we will assume that no such information exists.

**Stephen J. Mostecak**
**Principal Investigator**
**AIG** World Investigative Resources (AIGWIR)
Fraud Investigation Division
P.O. Box 372
West Nyack, NY 10994
Office: 845.398.0675; E-Fax: 1.866.667.8514
Cell: 917.862.2862
E/Mail: Stephen.Mostecak@AIG.com
F.I.D. Intranet Site: <http://aignetprod.aig.com/cffid>

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by AIG World Investigative Resources, Inc. or its affiliates, either jointly or severally, for any loss or damage arising in any way from its use.

**From:** Pinchas Geller, CPA [mailto:pinnygcpa@gmail.com]
**Sent:** Thursday, July 17, 2008 10:18 AM
**To:** Mostecak, Stephen
**Subject:** RE: Hana Salamon

Mr. Mostecak

I would very much want to assist you in your investigation, however, I determined that me talking to you would be in violation of IRC and AICPA code of professional standards. I reviewed the Internal Revenue Code and the AICPA code of professional standards. According to IRC Section 7216 and AICPA rule 301 I can't disclose any information of my clients without their specific consent. Violation of IRC 7216 is subject to a fine or imprisonment or both.

Respectfully,
Pinchas Geller, CPA

**From:** Mostecak, Stephen [mailto:Stephen.Mostecak@AIG.com]
**Sent:** Wednesday, July 16, 2008 4:39 PM
**To:** 'PGeller@PGellerCPA.com'
**Subject:** Hana Salamon

Mr. Geller:

Thanks for taking the time and meeting with me today regarding my investigation of the life policy issuance of Hana Salamon.

Kindly contact me as soon as possible once you locate your file on Hana Salamon that depicts her real estate property ownership that you verified to the investigator from Infolink Services, John Vega, and which AIG American General based the issuance of the policy on.

Thanks very much.

**Stephen J. Mostecak**
**Principal Investigator**
**AIG** World Investigative Resources (AIGWIR)
Fraud Investigation Division
P.O. Box 372
West Nyack, NY 10994
Office: 845.398.0675; E-Fax: 1.866.667.8514
Cell: 917.862.2862
E/Mail: Stephen.Mostecak@AIG.com
F.I.D. Intranet Site: <http://aignetprod.aig.com/cffid>

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by AIG World Investigative Resources, Inc. or its affiliates, either jointly or severally, for any loss or damage arising in any way from its use.

# Note to AIGWIR Files:

**20080289 Moses Feder**
**20080290 Agi Fliegman**
**20080291 Alvin Lapides**
**20080292 Lola Lieber-Schwartz**
**20080293 Hana Salamon**

**1/22/2008:**

---

**S/W Jim Bilello of MetLife who made inquiries as to existing or applied for coverage of the above 5 individuals.**

**I advised him that I did not show any EXISTING coverage with the exception of Hana Salamon, policy # U10022254L, for $8.5M. Note that the SSN used by Hana Salamon for MetLife is 319.82.9296 and that Mr. Bilello's Acurint search reveals an SSN for her as 090.30.5929. It should further be noted that the last 4 SSN digits on AIG's policy for Hana Salamon is 9295. MetLife has NOT YET issued on Hana Salamon.**

**I sent inquiries to Mary Cummings of AIGWIR to determine if any applied for coverage existed and if so to obtain the policy applications.**

**Jim Bilello advised that the Agents on his policies were MAYER KRAMARSKY and LAZER LEVI. Our Agent on the Salamon policy is Halpert Yitzchok.**

**Mr. Bilello advised that he knows that Moses Feder did apply (application signed) on 12/9/07 to American General for 10M.**

**Hana Salamon's application was signed on 12/17/2007, which is post AIG's application date of 12/13/2007. AIG issued on 12/28/2007 on Ms. Salamon.**

**Mr. Bilello advised that the Brokerage/Broker for his 5 proposed insureds, Lifemark, applied for $10M for each of the five and asked if MetLife could waive the stress tests of the 5 insureds, which was denied. The Broker then came back and said, in essence, "OK, we'll apply for $5M on each.**

MetLife advised that in an attempt to verify income and net worth, the insured, Hana Salamon, advised that her income is $100K a year, as well as $50K of unearned income and that she had a Net Worth of $10M.  She said that she is a self-employed ARTIST.

I have asked AG (via Ofelia Gonzales) for a copy of the complete policy file on Hana Salamon, and I have asked AIGWIR's Mary Cummings to check on all APPLIED FPR coverage on all 5 people.

The 5 named individuals from MetLife appear at the end of this document, as is the Policy Summary Page.

Investigation to continue and I will notify Sr. Counsel Katherine Easterby of the MetLife request.

Page 1 of 6 received at 1/22/2008 11:52:49 AM [Eastern Standard Time, CS serve ASC-NY.TXFAX/RDC

## MetLife Insurance

| | |
|---|---|
| To: | Steve Mostecak |
| Company: | AIG |
| Date: | January 22, 2008 |
| From: | Jim Bitello |
| Fax Number: | (908) 655-9901 |
| Business Number: | (732) 326-5138 |
| E-Mail | jbitello@metlife.com |

Steve,

MetLife is reviewing the underwriting for a recently applied and/or issued policy to determine whether undisclosed coverage may have existed at the time of issue. Our records indicate that this application may have been shopped for competitive premium bids and that AIG may have received an application. Please advise whether AIG has issued on the following individual and, if so, please provide the face amount, date of issue and agent of record:

| | Policy Number | First Name | Last Name | SS# | DOB |
|---|---|---|---|---|---|
| 1 | 208003440 | Moses (Moshe) | Feder | 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 | 2/28/1928 |
| 2 | 207286236 | Agi (Agnes) | Fliegman | 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 | 5/15/1931 |
| 3 | 207286192 | Alvin | Lapides | 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 | 6/13/1931 |
| 4 | 208001252 | Lola | Lieber-Schwartz | 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 | 3/15/1923 |
| ⭐ 5 | 208001885 | Hana | Salamon | 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 | 1/12/193* |

Accurint lists Ms. Salamon's ss# as 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

Please feel free to contact me directly if you need additional information.   Thank you!

| <<Policy List<< | Summary | Documents | Policies | Activity |
|---|---|---|---|---|

**Pending Summary for Policy U10022254L - HANA SALAMON**

Inforce as of 12-31-2007     Last Activity on 12-31-2007

Current as of 01-22-2008

## Insured Names

| | Insured Name | SSN | Sex | Birth Date | Issue Age | Underwriting Class/Rating |
|---|---|---|---|---|---|---|
| Primary | HANA SALAMON | 929 | Female | 01-21-1931 | 77 | Standard Non-Tobacco |

## Coverage

Death Benefit Option Level

| Coverage Name Rating | Face Amount | Annual Premium | Issued | Matures/ Expires |
|---|---|---|---|---|
| ELITE UL 2003-GL | 8,500,000 | 289,680.00 | 12-28-2007 | 12-28-2030 |

## Underwriting

| Underwriter Name | Application Received | Application Signed | Cash Received |
|---|---|---|---|
| Amy Frazer | 12-21-2007 | 12-13-2007 | 0.00 |

| Requirement Comment | Insured | Date Added | Date Received |
|---|---|---|---|
| AN EXPANDED INSPECTION REPORT HAS BEEN REQUESTED | Primary | 12-21-2007 | 12-21-2007 |
| ATTENDING PHYSICIAN'S STATEMENT *BROOKLYN NUCLEAR IMAGING* | Primary | 12-21-2007 | 12-21-2007 |
| BLOOD PROFILE *OLDER AGE PROFILE* | Primary | 12-21-2007 | 12-21-2007 |
| ELECTROCARDIOGRAM | Primary | 12-21-2007 | 12-21-2007 |
| EXAM BY PHYSICIAN | Primary | 12-21-2007 | 12-21-2007 |
| FUNCTIONAL TESTING IS REQUIRED AS PART OF THE EXAMINATION | Primary | 12-21-2007 | 12-21-2007 |
| HIPAA AUTHORIZATION TO OBTAIN AND DISCLOSE INFO IS REQUIRED | Primary | 12-21-2007 | 12-21-2007 |
| HIV FORM | Primary | 12-21-2007 | 12-21-2007 |
| HOME OFFICE URINE SPECIMEN *OLDER AGE PROFILE* | Primary | 12-21-2007 | 12-21-2007 |
| MISCELLANEOUS *AGENT CERTIFICATION FORM AGLC101994* | Primary | 12-21-2007 | 12-21-2007 |
| MISCELLANEOUS *PREMIUM FINANCING DISCLOSURE FORM AGLC102053* | Primary | 12-21-2007 | 12-21-2007 |
| NAIC REPLACEMENT FORM | Primary | 12-21-2007 | 12-21-2007 |
| APPLICATION *TO INCLUDE OWNER/BENE INFORMATION* | Primary | 12-21-2007 | 12-27-2007 |
| MISCELLANEOUS *PLEASE VERIFY SPELLING OF INSUREDS NAME* | Primary | 12-21-2007 | 12-27-2007 |
| SIGNED ILLUSTRATION *A SIGNED ILLUSTRATION IS NEEDED FOR ISSUE IN NAIC STATE RELEASED BY UNDERWRITING* | Primary | 12-21-2007 | 12-27-2007 |
| AMENDMENT OF APPLICATION | Primary | 12-28-2007 | 12-28-2007 |
| CASH *ANNUAL PREMIUM $366,690.00* | Primary | 12-28-2007 | 12-31-2007 |
| MISCELLANEOUS *CANCELLATION WILL OCCUR ON 01/28/2008* | Primary | 12-28-2007 | 12-31-2007 |

## Billing

| Billing Method | Frequency | Amount |
|---|---|---|
| Direct Bill (Code I) | Annual | 366,690.00 |

| Premium Options | Minimum | Planned |
|---|---|---|
| Annual | 289,680.00 | 366,690.00 |
| Semiannual | 144,840.00 | 183,345.00 |
| Quarterly | 72,420.00 | 91,672.50 |

| | |
|---|---|
| Guideline Single Premium | 6,119,178.22 |
| Guideline Level Premium | 900,999.84 |
| Seven Pay Premium | 1,138,297.84 |
| Internal Exchange Value | 0.00 |
| External Exchange Value | 0.00 |
| Lump Sum Deposit | 0.00 |

1/22/2008

## NARRATIVE FOR IFB REFERRAL – HANA SALAMON

AIG developed intelligence that one of our insured's, Hana Salamon, may have recently taken out a life insurance policy for $8.5M and that there may be certain intentional material misrepresentations on the life policy application concerning the insured's finances. It is further believed that the Broker, Halpert Yitzchok, may be complicit in the misrepresentations on the policy application. This appears to be an Investor Owned Life Insurance (IOLI) investigation wherein an elderly insured is offered an incentive to take out a high dollar life policy, and then, post the 2-year contestability period, the policy will be sold to investors and the death benefit will go to the investors. In the IOLI scenario, the insured takes out the policy with the intent to sell the policy and with that sale, violates the insurable interest statutes.

In this investigation, our insured applied for and was issued a $8.5M life policy # U10022254 on 12/28/2007. She represented that she has a net worth of $14M and annual earned income of between $150K and $360K, and unearned income of $470K. Our insured's DOB: is 1.21.1931. She also represented that she is an artist and has her own company called Hana's Gallery.

I will attach copies of the financial representations that were provided to AIG by the insured and broker.

Investigation has disclosed no evidence of any such assets. I have visited this insured at her residence, which is a coop apartment in Brooklyn (not sure if she owns the apartment or not), with a value, where she to own it, of approx. $215K. My repeated calls to her apartment at 718.851.9250 have not produced any return calls despite my leaving messages. There is a male voice on the answering machine stating, "This is Salamon residence."

I have sent a UPS overnight letter of my request for contact, which I have tracked with a delivery date of 2/8/08. No response elicited.

# PINCHAS M. GELLER - ACCOUNTANT FOR HANA SALAMON

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

| Comprehensive Report | Report Legend: |
|---|---|
| **Date:** 06/27/08 | **S** - Shared Address |
| **Reference Code:** 20080293 | **D** - Deceased |
| | ✓ - |
| | Probable Current Address |

| Subject Information | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: PINCHAS M GELLER | PINCHAS GELLER | Bankruptcy: **No** |
| Date of Birth: **10/27/1968** | Age: **39**  SSN:  073-60-xxxx | Property: **No** |
| Age: **39** | | Corporate Affiliations: **No** |
| SSN: 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 issued in **New York between 1/1/1977 and 12/31/1978** | | |
| View All SSN Sources | | |

## Address Summary

✓ 1014 46TH ST APT 3, BROOKLYN NY 11219-2401, KINGS COUNTY (Jul 1999 - Jun 2008)

✓ 1227 51ST ST STE B1, BROOKLYN NY 11219-6512, KINGS COUNTY (Feb 2006 - Apr 2008)

1280 56TH ST APT 3, BROOKLYN NY 11219-4500, KINGS COUNTY (Jul 1999 - Jan 2007)
Phone at address: 718-853-7727 **MEISELS JOEL**

1280 56TH ST APT 2R, BROOKLYN NY 11219-4500, KINGS COUNTY (Aug 1993 - Jan 2007)

5293 STATE ROUTE 42, SOUTH FALLSBURG NY 12779-5726, SULLIVAN COUNTY (Jul 2005 - Sep 2005)
Phone at address: 845-434-9595 **FOGEL MEIR**
845-436-5327 **BERGER MARILYN**
845-434-8258 **GRUM HERSCHEL**

1280 ST APT 562R, BROOKLYN NY 11201, KINGS COUNTY (Feb 2000)

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
[None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
Bankruptcies:
None Found
Liens and Judgments:
None Found

UCC Filings.
   None Found
Phones Plus
   None Found
People at Work:
   37 Found
Driver's License:
   None Found
Address(es) Found:
   2 Verified and 4 Non-Verified Found
Possible Properties Owned:
   None Found
Motor Vehicles Registered:
   6 Found
Watercraft:
   None Found
FAA Certifications:
   None Found
FAA Aircrafts:
   None Found
Possible Criminal Records:
   None Found
Sexual Offenses:
   None Found
Florida Accidents:
   None Found
Professional Licenses:
   None Found
Voter Registration:
   1 Found
Hunting/Fishing Permit:
   None Found
Concealed Weapons Permit:
   None Found
Possible Associates:
   None Found

## Bankruptcies:
   [None Found]

## Liens and Judgments:
   [None Found]

## UCC Filings:
   [None Found]

## Phones Plus(s):
   [None Found]

## People at Work:
   Name: PINCHAS GELLER
   Title: PRES
   SSN: 073-60-xxxx
   Company: ACE CONSULTING LPC SRVC
   Address: BROOKLYN, NY
   Phone:
   FEIN:
   Dates: Aug 30, 2005 -  Sep 12, 2007
   Confidence: High

   Name: PINCHAS GELLER
   Title: PROCESS ADDRESS CONTACT
   SSN: 073-60-xxxx
   Company: C & S REALTY OF NY CORP
   Address: 1227 51ST ST # B. BROOKLYN NY 11219-3507
   Phone:
   FEIN:
   Dates: Jun 27, 2005 -  Jul 30, 2007
   Confidence: High

   Name: PINCHAS GELLER
   Title: PROCESS ADDRESS CONTACT

SSN: 073-60-xxxx
Company: A - 1 KOSHER SALES CORP
Address: 1227 51ST ST # B, BROOKLYN NY 11219-3507
Phone:
FEIN:
Dates: Jun 27, 2005 -  Jul 30, 2007
Confidence: High

Name: PINCHAS GELLER
Title: CHAIRMAN OR CHIEF EXECUTIVE OFFICER
SSN: 073-60-xxxx
Company: ACE CONSULTING L & P SERVICES INC
Address:
Phone: 718-871-5228
FEIN:
Dates: Jul 18, 2003 -  Jul 30, 2007
Confidence: High

Name: PINCHAS GELLER
SSN: 073-60-xxxx
Company: ACE CONSULTING L P SERVICES INC
Address: 1014 46TH ST STE 3, BROOKLYN NY 11219-2401
Phone: 718-853-9612
FEIN:
Dates: Jul 1, 2003 -  Jul 1, 2007
Confidence: Medium

Name: PINCHAS GELLER
Title: PRESIDENT
SSN: 073-60-xxxx
Company: ACE CONSULTING LPC SRVC
Address: BROOKLYN, NY
Phone:
FEIN:
Dates: Jun 30, 2005
Confidence: High

Name: PINCHAS M GELLER
SSN: 073-60-xxxx
Company: JACOB GLICK CPA PC
Address: 1454 42ND ST, BROOKLYN NY 11219-1523
Phone: 718-972-0187
FEIN:
Dates: Sep 1, 2000 -  Jun 1, 2001
Confidence: Medium

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: SIYATA DISHMAYA CORP
Address: 1014 46TH ST STE 3, BROOKLYN NY 11219-2401
Phone: 718-853-9612
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: JD LEAD CONSULTANTS INC
Address: 4515 12TH AVE APT B6, BROOKLYN NY 11219-2009
Phone: 718-981-1984
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: SUPERIOR DESIGN & PRINTING CORP

Address: 1014 46TH ST STE 3, BROOKLYN NY 11219-2401
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: B & R DISTRIBUTORS CORP
Address: 694 E 7TH ST, BROOKLYN NY 11218-5904
Phone: ✔ 718-686-0227
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: BROOKLYN WOODWORKER SUPPLY INC
Address: 90 WATERBURY ST, BROOKLYN NY 11206-1618
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: EITS CORP
Address: 90 WATERBURY ST, BROOKLYN NY 11206-1618
Phone: 718-853-9612
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: QUICKAEROBICS INC
Address: 1014 46TH ST, BROOKLYN NY 11219-2401
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: TRISTATE POWER WASHING CORP
Address: 1014 46TH ST, BROOKLYN NY 11219-2401
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: CONTACT
SSN: 073-60-xxxx
Company: TRAVEL PROTECTION INC
Address: 1116 44TH ST, BROOKLYN NY 11219-1833
Phone: 718-853-9612
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx

Company: ABARMO PRODUCTS CORP
Address: 1227 51ST ST STE B1. BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: A & H SALES INC
Address: 1227 51ST ST STE B1. BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: MOBILE MEDIA GROUP INC
Address: 240 52ND ST. BROOKLYN NY 11220-1715
Phone: ✔ 718-439-4647
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: J & J REALTY CONSULTING CORP
Address: 1227 51ST ST STE B1. BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: WILCAR TOURS INC
Address: 8114 BAXTER AVE APT 5G. ELMHURST NY 11373-1310
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: MAJOR VARIETY CORP
Address: 1710 59TH ST. BROOKLYN NY 11204-2242
Phone: 718-853-9612
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: LENA DESIGNS INC
Address: 4912 13TH AVE. BROOKLYN NY 11219-3134
Phone: 718-853-9612
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT

SSN: 073-60-xxxx
Company: MO EQUITIES CORP
Address: 1227 51ST ST STE B1, BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: AMERICAN FRIENDS OF THE TOLNA ASSOCIATION FOR JEWI
Address: 1227 51ST ST STE B1, BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: HOME IMPROVEMENT GROUP INC
Address: 240 52ND ST, BROOKLYN NY 11220-1715
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: SELECTEL INC
Address: 152 S 9TH ST, BROOKLYN NY 11211-8720
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: TRANSIT MEDIA GROUP INC
Address: 240 52ND ST, BROOKLYN NY 11220-1715
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: MEKACH TOV ENTERPRISES INC
Address: 5014 16TH AVE STE 321, BROOKLYN NY 11204-1404
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER CPA
Title: AGENT
SSN: 073-60-xxxx
Company: RAV TIV LLC
Address: 1312 44TH ST STE 121, BROOKLYN NY 11219-2108
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT

SSN: 073-60-xxxx
Company: SAVE ON TONERS INC
Address: 946 45TH ST. BROOKLYN NY 11219-1701
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: METRO DOORS INC
Address: 965 50TH ST. BROOKLYN NY 11219-3310
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: A-1 PARTY & TENT RENTALS INC
Address: 1111 ROGERS AVE, BROOKLYN NY 11226-7107
Phone: 718-789-9200
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: STAR DOORS HARDWARE INC
Address: 1275 38TH ST, BROOKLYN NY 11218-1928
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: H C A P INC
Address: 938 51ST ST, BROOKLYN NY 11219-3316
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER
Title: AGENT
SSN: 073-60-xxxx
Company: PISCHU LI KIRUV KEROVIM INC
Address: 1227 51ST ST STE B1, BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

Name: PINCHAS GELLER CPA
Title: CONTACT
SSN: 073-60-xxxx
Company: CHASDEI DAVID INC
Address: 1227 51ST ST STE B1. BROOKLYN NY 11219-6512
Phone:
FEIN:
Dates:
Confidence: High

## Driver's License Information:
[None Found]

**Address Summary:** View All Address Variation Sources

✓ 1014 46TH ST APT 3, BROOKLYN NY 11219-2401, KINGS COUNTY (Jul 1999 - Jun 2008)
✓ 1227 51ST ST STE B1, BROOKLYN NY 11219-6512, KINGS COUNTY (Feb 2006 - Apr 2008)
1280 56TH ST APT 3, BROOKLYN NY 11219-4500, KINGS COUNTY (Jul 1999 - Jan 2007)
1280 56TH ST APT 2R, BROOKLYN NY 11219-4500, KINGS COUNTY (Aug 1993 - Jan 2007)
5293 STATE ROUTE 42, SOUTH FALLSBURG NY 12779-5726, SULLIVAN COUNTY (Jul 2005 - Sep 2005)
1280 ST APT 562R, BROOKLYN NY 11201, KINGS COUNTY (Feb 2000)

**Active Address(es):** View All Address Variation Sources

✓ 1014 46TH ST APT 3, BROOKLYN NY 11219-2401, KINGS COUNTY (Jul 1999 - Jun 2008)
**Current Residents at Address:**
LEAH Z GELLER
PINCHAS M GELLER

✓ 1227 51ST ST STE B1, BROOKLYN NY 11219-6512, KINGS COUNTY (Feb 2006 - Apr 2008)

**Previous And Non-Verified Address(es):** View All Address Variation Sources

1280 56TH ST APT 3, BROOKLYN NY 11219-4500, KINGS COUNTY (Jul 1999 - Jan 2007)
**Current Residents at Address:**
JOEL MEISELS
MEISELS JOEL  718-853-7727

1280 56TH ST APT 2R, BROOKLYN NY 11219-4500, KINGS COUNTY (Aug 1993 - Jan 2007)

5293 STATE ROUTE 42, SOUTH FALLSBURG NY 12779-5726, SULLIVAN COUNTY (Jul 2005 - Sep 2005)
**Current Residents at Address:**
YECHIEL MYSKI
AVRHOM RABINOWITZ
BELLA AUSCH
DAVID JAROSLAWICZ
HERSCHEL GRUM
MARTIN REICHMAN
SHANA REICHMAN
YAAKOV AUSCH
JOSHUA MACK JAROSLAWICZ
**Current phones listed at this address:**
FOGEL MEIR  845-434-9595
BERGER MARILYN  845-436-5327
GRUM HERSCHEL  845-434-8258
845-434-9542

1280 ST APT 562R, BROOKLYN NY 11201, KINGS COUNTY (Feb 2000)

**Possible Properties Owned by Subject:**
[None Found]

**Motor Vehicles Registered To Subject:**
Vehicle:
Description: 2006 Toyota SIENNA - Sport Van
VIN: 5TDZA23C16S521398
State Of Origin: NEWYORK
Engine: 6 Cylinder 201 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Keyless Entry and AI
Roof: None / not available
Price: 23625
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: CURRENT

Name: PINCHAS GELLER
Potential SSN 🛈: 073-60-xxxx
Address: 1014 46TH ST 3, BROOKLYN NY 11219-2401, KINGS COUNTY
Tag Number: CGZ6899
Earliest Registration Date: 7/27/2006
Latest Registration Date: 3/27/2007
Expiration Date: 3/18/2009
License Plate Type: Private

Vehicle:
Description: 2006 Dodge GRAND CARAVAN - Sport Van
VIN: 2D4GP44L56R854375
State Of Origin: NEWYORK
Engine: 6 Cylinder 230 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Optional
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Sentry Key and Alarm
Roof: None / not available
Price: 27100
Radio: AM/FM Cassette/CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: CURRENT
Name: PINCHAS GELLER
Potential SSN 🛈: 073-60-xxxx
Address: 1014 46TH ST 3, BROOKLYN NY 11219-2401, KINGS COUNTY
Tag Number: DRP9590
Earliest Registration Date: 6/7/2006
Latest Registration Date: 6/7/2006
Expiration Date: 6/6/2008
License Plate Type: Private

Vehicle:
Description: Black 1999 Pontiac MONTANA - Extended Sport Van
VIN: 1GMDX03E1XD156860
State Of Origin: NEWYORK
Engine: 6 Cylinder 204 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: Pass key
Roof: None / not available
Price: 23875
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: HISTORICAL
Name: PINCHAS GELLER
Potential SSN 🛈: 073-60-xxxx
Address: 1014 46TH ST 3, BROOKLYN NY 11219-2401, KINGS COUNTY
Tag Number: CGZ6899
Earliest Registration Date: 3/19/2003
Latest Registration Date: 3/17/2005

Expiration Date: 3/18/2007
License Plate Type: Private

**Vehicle:**
Description: Black 1999 Pontiac MONTANA - Extended Sport Van
VIN: 1GMDX03E1XD156860
State Of Origin: NEWYORK
Engine: 6 Cylinder 204 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: Pass key
Roof: None / not available
Price: 23875
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Owner(s)*
Name: PINCHAS GELLER
Potential SSN 🛈 : 073-60-xxxx
Address: 1014 46TH ST 3, BROOKLYN NY 11219-2401. KINGS COUNTY
Title Issue Date: 5/14/2003

*Lien Holder(s)*
None

**Vehicle:**
Description: 1990 Pontiac BONNEVILLE - Sedan 4 Door
VIN: 1G2HZ54C5L1247687
State Of Origin: NEWYORK
Engine: 6 Cylinder 231 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 19144
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: HISTORICAL
Name: PINCHAS GELLER
Potential SSN 🛈 : 073-60-xxxx
Address: 1280 56TH ST APT 3, BROOKLYN NY 11219-4500. KINGS COUNTY
Tag Number: D917DV
Earliest Registration Date: 7/1/1999
Latest Registration Date: 7/1/1999
Expiration Date: 7/12/2001
License Plate Type: Private

**Vehicle:**
Description: 1990 Pontiac BONNEVILLE - Sedan 4 Door
VIN: 1G2HZ54C5L1247687
State Of Origin: NEWYORK
Engine: 6 Cylinder 231 Cubic Inch

Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 19144
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Owner(s)*
    Name: PINCHAS GELLER
    Potential SSN 🔟: 073-60-xxxx
    Address: 1280 56TH ST APT 2R, BROOKLYN NY 11219-4500, KINGS COUNTY
    Title Issue Date: 6/29/1999

*Lien Holder(s)*
    None

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Florida Accidents:
[None Found]

## Professional License(s):
[None Found]

## Voter Registration:
Name: PINCHAS M GELLER
Address: 1014 46TH ST, BROOKLYN NY 11219-2401
DOB: 10/27/1968
Gender: Male
Last Vote Date: 11/7/2006
Political Party: DEMOCRAT
State of Registration: New York
Status: ACTIVE

## Hunting/Fishing Permit:
[None Found]

## Concealed Weapons Permit:
[None Found]

## Possible Associates:
[None Found]

## Source Information:

| | |
|---|---|
| All Sources | 23  Source Document(s) |
| Motor Vehicle Registrations | 8  Source Document(s) |
| Person Locator 1 | 1  Source Document(s) |
| Voter Registrations | 1  Source Document(s) |
| Phone | 3  Source Document(s) |
| Historical Person Locator | 4  Source Document(s) |
| Person Locator 2 | 4  Source Document(s) |
| Person Locator 4 | 2  Source Document(s) |