UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN GENERAL LIFE INSURANCE
COMPANY,

JUDGMENT
09-CV- 5428 (KAM)

                           Plaintiff,

    -against-

HANA SALAMON, JOEL KATZ, Individually
and as Trustee for the HANA FAMILY
TRUST, AARON KNOPFLER, Individually and
as Trustee for the HANA FAMILY TRUST,
and the HANA FAMILY TRUST,

                           Defendants.
-------------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 16, 2011, granting defendants' motion for summary judgment in its entirety; directing the Clerk of Court to enter judgment in favor of defendants; and dismissing plaintiff's complaint in its entirety; it is

       ORDERED and ADJUDGED that defendants' motion for summary judgment is granted in its entirety; that judgment is hereby entered in favor of defendants; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
         March 17, 2011

Robert C. Heinemann
Clerk of Court
      s/MG
by: _____
    Michele Gapinski
    Chief Deputy for
    Court Operations