UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> HANA SALAMON, JOEL KATZ, Individually and as Trustee for the HANA FAMILY TRUST, AARON KNOPFLER, Individually and as Trustee for the HANA FAMILY TRUST, and the HANA FAMILY TRUST, <br><br> Defendants. | Civil Action No. 09-CV-5428 <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that American General Life Insurance Company, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Memorandum and Order dated March 16, 2011, granting the defendants' Motion for Summary Judgment, and the final judgment entered in this action on March 18, 2011.

Dated: April 14, 2011

/s/ Michelle Arbitrio
Michelle Arbitrio
Attorney for Plaintiff/Appellant
Wilson Elser LLP
3 Gannett Drive
White Plains, NY 10604
Tel. 914-323-7000
Fax. 914-323-7001
Email. michelle.arbitrio@wilsonelser.com

3224526.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a copy of the foregoing Notice of Appeal was served on defendants' counsel, Ira Lipsius and Cheryl Lipsius at Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, 14 Penn Plaza – Suite 500, New York, NY 10122 by first class mail.

/s/ Michelle Arbitrio
Michelle Arbitrio
Attorney for Plaintiff/Appellant
Wilson Elser LLP
3 Gannett Drive
White Plains, NY 10604
Tel. 914-323-7000
Fax. 914-323-7001
Email. michelle.arbitrio@wilsonelser.com

3224526.1