&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653028005
Cashier ID: tenecora
Transaction Date: 04/18/2011
Payer Name: WILSON ELSER MOSKOWITZ
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: WILSON ELSER MOSKOWITZ
 Case/Party: D-NYE-1-09-CV-005428-000
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 080632
 Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00